IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISHYNIQUE MCCOY,<br><br>                  Plaintiff,<br><br>          vs.<br><br>T-MOBILE STORE, ET AL.,<br><br>                  Defendants. | CIVIL ACTION<br><br>NO. 2:18-CV-04079 |

**T-MOBILE USA, INC.'S REPLY TO CROSS-CLAIM OF DEFENDANT APPLE INC.**

Defendant, T-Mobile USA, Inc. ("T-Mobile"), by and through its counsel, Kleinbard LLC, hereby submits the following reply to the Cross-Claim of Defendant Apple Inc.

1. T-Mobile incorporates herein by reference as though fully set forth at length, its Answer with New Matter and Cross-Claim to the Complaint of Plaintiff Ishynique McCoy.

2. Denied.

3. The averments of this paragraph constitute conclusions of law to which no responsive pleading is required. To the extent that a response is deemed required, T-Mobile denies the allegations in this paragraph.

**WHEREFORE**, T-Mobile demands judgment in its favor and against Plaintiff and Defendant Apple Inc., as well as an award of costs, expenses and fees, and any other such relief this Court deems just and appropriate.

2

           <u>/s/ Lorena E. Ahumada</u>
           Steven J. Engelmyer, Esquire
           Lorena E. Ahumada, Esquire
           **KLEINBARD LLC**
           Three Logan Square, 5th Floor
           1717 Arch Street
           Philadelphia, PA 19103
           (215) 568-2000

Dated:  February 14, 2019

## CERTIFICATE OF SERVICE

I, Lorena E. Ahumada, counsel for defendant, T-Mobile USA, Inc., hereby certify that on this 14th day of February 2019, a true and correct copy of the foregoing Reply to the Cross-Claim has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that I caused a true and correct copy of the same to be served upon all counsel of record in this matter via the court's electronic filing system.

/s/ Lorena E. Ahumada
Lorena E. Ahumada, Esq.

{01714313;v1 }