IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISHYNIQUE MCCOY, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 18-4079 |
| | : | |
| CWORK SOLUTIONS, LP, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of March 2022, it is **ORDERED** that:

- The Motion for Summary Judgment of Defendant C-Work Solutions, L.P. (ECF No. 74) is **GRANTED**.

- The Motion for Summary Judgment of Third-Party Defendant, ATC Logistics & Electronics, Inc. d/b/a Genco Technology Solutions d/b/a Fedex Supply Chain (ECF No. 76) is **GRANTED**.

                                                                                                                                                                                                __s/ANITA B. BRODY, J._____
                                                                                                                                                                                      ANITA B. BRODY, J.

Copies **VIA ECF**