IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISHYNIQUE MCCOY<br><br>V.<br><br>APPLE, INC., T-MOBILE USA, C-WORK SOLUTIONS L.P., ASURION, ATC LOGISTICS AND ELECTRONIC D/B/A GENCO TECHNOLOGY SOLUTIONS (NOW FEDEX LOGISTICS) | NO. 2:18-CV-04079-AB |

**ORDER**

      **AND NOW**, this _____ day of _____, 2022, upon consideration of Defendant, T-Mobile USA's Motion for Summary Judgment, the Memorandum of Law in support thereof, and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED** and all claims and cross-claims against Defendant T-Mobile USA, are **DISMISSED** with prejudice.

BY THE COURT:

_____

{PH812535.1}