**CERTIFICATE OF SERVICE**

This is to certify that on this 21st day of March 2022, the foregoing document, Defendant's Motion for Summary Judgment, was electronically filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania, using the CM/ECF system, which will send notification of such filing to all counsel of record. This document was filed electronically and is available for viewing and downloading from the ECF system.

                BY:  /s/ J. Mark Pecci, II
                        J. Mark Pecci, II, Esquire