# "EXHIBIT 4"

Ishynique McCoy 07/19/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL No. 2:18-CV-04079

ISHYNIQUE MCCOY,               )   DEPOSITION UPON
                               )
          Plaintiff,           )   ORAL EXAMINATION
                               )
     - vs -                    )        OF
                               )
T-MOBILE STORE;                )   ISHYNIQUE MCCOY
T-MOBILE USA, INC.;            )
ASSURANT, INC.;                )
ASURION AND APPLE,             )
INC.,                          )
                               )
          Defendants.          )
- - - - - - - - - - -

            TRANSCRIPT OF VIDEO
DEPOSITION, taken by and before CAROL NEALIS,
Professional Reporter and Notary Public, via
ZOOM, Haddonfield, New Jersey, on Monday, July
19, 2021, commencing at 10:45 a.m.

1

APPEARANCES:

BERNHARDT, ROTHERMEL & SIEGEL
BY:  FRANK ROTHERMEL, ESQUIRE
     1515 Market Street
     Suite 1540
     Philadelphia, PA  19102
     Attorneys for the Plaintiff
LAW OFFICES OF ANDREA J. BULLOCK
BY:  CHENG I. TO, ESQUIRE
     1600 Market Street
     Suite 2020
     Philadelphia, PA  19103
     Attorneys for Asurion

MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY
BY:  MARC PECCI, ESQUIRE
     1617 JFK Boulevard
     Suite 1010
     Philadelphia, PA  19103
     Attorneys for T-Mobile and Cworks
MARSHALL, DENNEHEY, WARNER, COLEMAN &
GOGGIN
BY:  MELANIE FOREMAN, ESQUIRE
     2000 Market Street
     Suite 2300
     Philadelphia, PA  19103
     Attorneys for ATC Logistics and
     Electronics, Inc.

SHOOK, HARDY & BACON
BY:  ERIN LEFFLER, ESQUIRE
     Two Commerce Square
     2001 Market Street
     Suite 3000
     Philadelphia, PA  19103
     Attorneys for Apple, Inc.

ALSO PRESENT:

     Adam Balenciaga - Videographer

2

            I N D E X

WITNESS                                PAGE

ISHYNIQUE MCCOY

     By:  Ms. To                      5, 153
     By:  Ms. Foreman                93, 154
     By:  Mr. Pecci                     106
     By:  Ms. Leffler                   125

                - - -


            E X H I B I T S

                              PAGE
NUMBER       DESCRIPTION      MARKED

McCoy-1      Photographs        87


                - - -

3

          (By agreement of counsel, the
sealing, filing, and certification of the
transcript have been waived; and all
objections, except as to the form of the
question, have been reserved until the time
of trial.)

          VIDEOGRAPHER:  We are now on the
record.  My name is Adam Balenciaga.  I am
a videographer retained by ERSA Court
Reporting.
          This is a video deposition for
the United States District Court for the
Eastern District of Pennsylvania.  Today's
date is July 19, 2021 and the video time is
10:45 a.m.
          This deposition is being held
over a Zoom in the matter of Ishynique
McCoy vs. T-Mobile.  The deponent is
Ishynique McCoy.
          All counsel will be noted on the
stenographic record.  Will all Counsel
please identify themselves?
          MR. ROTHERMEL:  Frank Rothermel

4

Pages 1 to 4

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

**Page 5**

1  for plaintiffs -- for plaintiff.
2      MS. TO:  Cheng To for Asurion.
3      MR. PECCI:  Marc Pecci for
4  T-Mobile and CWorks.
5      MS. FOREMAN:  Melanie Foreman on
6  behalf of third-party defendant, ATC
7  Logistics and Electronics Inc.
8      MS. LEFFLER:  Erin Leffler on
9  behalf of the defendant, Apple Inc.
10     VIDEOGRAPHER:  The court reporter
11  is Carol Nealis and will now swear in the
12  witness.
13     ISHYNIQUE MCCOY, after having
14  been duly sworn, was examined and testified
15  as follows:
16
17     MS. TO:  Great, are we ready?
18     MR. ROTHERMEL:  We're ready.
19  BY MS. TO:
20  Q.    Okay, thank you.  Good morning, Ms. McCoy.
21  My name is Cheng To.  I am an attorney.  I
22  represent -- I represent Asurion in this matter, in
23  this lawsuit that you've brought relating to an
24  incident where you allege personal injury.

**Page 6**

1      So before we begin, I just want to go over
2  some ground rules with you.  And I absolutely
3  appreciate your patience this morning.  So thank you
4  again for waiting with us while we were working
5  through some technical difficulties.
6      So normally, we would be doing this in
7  person.  But given the pandemic, we're doing this on
8  Zoom.
9      And today, the deposition is going to be
10  recorded by a videographer.  Do you understand that?
11  A.    Yes.
12  Q.    Okay.  And, Ms. McCoy, you're very soft
13  spoken.  So we're going to ask, or I'm going to ask,
14  that you please speak up so that I can hear you and
15  so that the court reporter, you know, will
16  definitely be able to transcribe you and so that the
17  computer can take down what you say accurately; is
18  that fair?
19  A.    Yes.
20  Q.    Okay, thank you.  And so with this
21  technology, number one rule is, if for whatever
22  reason the computer or the connection goes crazy and
23  you can't hear me or I can't hear you or, you know,
24  I ask you a question and you hear maybe, you know,

**Page 7**

1  most of it but you're missing just like a tiny bit,
2  tell me that.
3      I want you to be able to hear the entire
4  question and I want to be able to hear your entire
5  answer; okay?
6  A.    Okay.
7  Q.    All right.  So if that means that you have
8  to wave at me on the screen because, you know, I've
9  lost the connection and you've lost connection,
10  please do that.
11     You know, don't feel like you have to
12  answer my question just because, you know, I said it
13  even if you didn't finish hearing it.
14     So other than that, I'm here to ask you
15  some questions about you today and about the
16  incident.  And some of the other attorneys may also
17  ask you questions when I'm finished.
18     But it's important that you understand that
19  you are under oath today even though we're not in
20  the same room and we're not in a courtroom.
21     Do you understand what it means to be under
22  oath?
23  A.    Yes.
24  Q.    Okay.  So you understand that the court

**Page 8**

1  reporter placed you under oath and you are obligated
2  to tell the truth.  Do you understand that?
3  A.    Yes.
4  Q.    Okay.  And so this goes, normally as well
5  but this is especially the case when we're doing
6  this by Zoom, it's very important that we speak one
7  at a time.  We're doing this pretty well so far.
8      Sometimes when we start talking, you might
9  think that, you know, you know where my question is
10  going and start to answer it before my question is
11  finished.
12     You may be very well correct that, you
13  know, it's exactly the question that I'm going to be
14  asking.
15     But in order for the court reporter to get
16  a clean record so that she types down everything
17  correctly and so that everything sounds, you know,
18  in such a way that we can hear it, it's important
19  that you let me finish my question and I let you
20  finish your answer.  Is that okay?
21  A.    Yes.
22  Q.    Great.  At any point if you don't
23  understand my question, whether it's you don't hear
24  me, I use a word that you're not familiar with,

Ishynique McCoy 07/19/2021

1  anything at all, tell me that. And I will make an
2  effort to have the question repeated or rephrased in
3  a way that you understand it. Does that make sense
4  to you?
5  A.    Yes.
6  Q.    Okay. If you answer the question that I
7  pose, I'm going to assume that you understood it.
8  Is that okay?
9  A.    Yes.
10  Q.    Great. So my job here today is to get
11  answers from you based on your knowledge, your
12  understanding and your recollection and your memory
13  of stuff.
14        I don't need you to guess. Please do not
15  guess. If you don't know the answer to something, I
16  don't know, I don't remember, that's totally fine.
17        You know, if you're able to estimate or
18  approximate, which, for example, if I ask you about,
19  you know, the size of a room, right, and, you know,
20  unless you know the exact measurement, if you're
21  able to tell me, well, I think it's approximately 10
22  feet, you know, 10 feet by 10 feet wide, if you're
23  able to give me an approximation or estimation, tell
24  me that.

9

1        But if you just really have no idea, don't
2  feel like just because I asked you a question you
3  have to give me an answer. You can tell me I don't
4  remember, I don't know, got it?
5  A.    Okay.
6  Q.    Okay. And then please keep all your
7  answers verbal. So I know that this is being
8  recorded and I can see you, you can see me.
9        But, you know, sometimes I talk with my
10  hands. I don't know if you do. But talking with
11  our hands, the court reporter is not going to be
12  able to get that.
13        And even though it's recorded, sometimes,
14  you know, you look at this six months later and
15  nobody knows what we're talking about.
16        So it's important to just put all of your
17  responses in words even when we're describing things
18  that we can, you know, otherwise describe with our
19  hand or things like uh-huh, uh-uh, it just doesn't
20  mean anything six months from now, so yes, no.
21        And at some point, you know, if I say to
22  you something like was that a yes, was that a no,
23  I'm not trying to be rude. I just want to make sure
24  that we're getting the record clean; okay?

10

1  A.    Okay.
2  Q.    Great. And I am going to -- you know, I
3  hope not to take up too much of your time today.
4  But, you know, if you need any --
5        If you need a break or anything, this is
6  not intended to be a marathon. I'm not trying to
7  see how much of this you can endure.
8        If you need a break, I would ask that you
9  answer the question that I, you know, have asked you
10  and then just let us know. And we can, you know,
11  accommodate you to, you know, stretch your legs, use
12  the restroom, whatever; okay?
13  A.    Okay.
14  Q.    All right. And so before we get started, I
15  know we've had some time this morning even before
16  now, do you need any time, any additional time, to
17  speak with your attorney before we begin?
18  A.    No.
19        MR. ROTHERMEL: I would like to
20  say -- I would like to reserve the right to
21  read and sign the deposition, so.
22        MS. TO: Okay.
23        MR. ROTHERMEL: I'll put that on
24  the record.

11

1        MS. TO: Sure.
2  BY MS. TO:
3  Q.    And so, Ms. McCoy, are you ready to begin
4  your deposition today?
5  A.    Yes.
6  Q.    Great. So, Ms. McCoy, is there anything --
7  anything right now that would prevent you from being
8  able to fully understand my questions today?
9  A.    No.
10  Q.    Okay. Is there anything about today, any
11  condition, any situation at all, that would prevent
12  you from being able to answer my questions
13  truthfully today?
14  A.    No.
15  Q.    Okay. So are you taking any medication
16  today?
17  A.    No.
18  Q.    Okay. In the last 24 hours, have you taken
19  any medication?
20  A.    Yes.
21  Q.    Okay. What have you taken?
22        MR. ROTHERMEL: Can you just
23  phrase it as to whether or not the
24  medication would be such that would impair

12

Pages 9 to 12

Ishynique McCoy 07/19/2021

| | |
|---|---|
| 1 | her ability to give full and -- fulsome and |
| 2 | truthful testimony? |
| 3 | MS. TO:  That's fine. |
| 4 | BY MS. TO: |
| 5 | Q.     Ms. McCoy, in the last 24 hours, have you |
| 6 | taken any medication that would prevent you from |
| 7 | being able to fully understand my questions today? |
| 8 | A.     No. |
| 9 | Q.     Okay.  Have you taken any medication in the |
| 10 | last 24 hours that would prevent you from being able |
| 11 | to answer my questions truthfully today? |
| 12 | A.     No. |
| 13 | Q.     Okay.  And in the last 24 hours, have you |
| 14 | had any alcohol, anything -- any alcohol to drink? |
| 15 | A.     No. |
| 16 | Q.     Okay.  Have you ever been in a deposition |
| 17 | before?  Do you understand what I mean by |
| 18 | deposition? |
| 19 | A.     I understand what you mean.  But, no, I've |
| 20 | never been in a deposition before. |
| 21 | Q.     Okay.  Have you ever been part of a lawsuit |
| 22 | before whether or not you have been part of a |
| 23 | deposition? |
| 24 | A.     No. |

13

| | |
|---|---|
| 1 | the incident or about anything related to it? |
| 2 | A.     No. |
| 3 | Q.     Okay, all right.  Ms. McCoy, can you give |
| 4 | me your full name, please? |
| 5 | A.     Yes, Ishynique Tamiyah McCoy. |
| 6 | Q.     Can you spell your middle name for me? |
| 7 | A.     T-A-M-I-Y-A-H. |
| 8 | Q.     And, Ms. McCoy, how old are you now? |
| 9 | A.     I'm 22 years old. |
| 10 | Q.     And have you ever been known by any other |
| 11 | names? |
| 12 | A.     No. |
| 13 | Q.     All right.  Are you currently married or |
| 14 | single? |
| 15 | A.     Single. |
| 16 | Q.     Have you ever been married? |
| 17 | A.     No. |
| 18 | Q.     What is your birth date? |
| 19 | A.     12/18/98. |
| 20 | Q.     And what is your current address? |
| 21 | A.     731 Maple Lane. |
| 22 | Q.     And where is that located? |
| 23 | A.     Philadelphia, PA  19124. |
| 24 | Q.     How long have you lived there? |

15

| | |
|---|---|
| 1 | Q.     Okay.  I'll phrase it a different way just |
| 2 | to make sure we've crossed off all of our Ts. |
| 3 | Have you ever sued anyone before? |
| 4 | A.     No. |
| 5 | Q.     Have you ever been sued before? |
| 6 | A.     No. |
| 7 | Q.     Okay.  Other than this particular lawsuit |
| 8 | that brings us here today, do you have any other |
| 9 | lawsuits that are going on? |
| 10 | A.     No. |
| 11 | Q.     Okay.  Prior to starting our deposition |
| 12 | today, other than any discussions that you've had |
| 13 | with your attorney, which I do not want to hear |
| 14 | about whatsoever, did you talk to anyone about the |
| 15 | fact that you are going to be doing this deposition |
| 16 | today? |
| 17 | A.     No. |
| 18 | Q.     Okay.  Did you review anything, any |
| 19 | documents, before coming to do this deposition |
| 20 | today? |
| 21 | A.     No. |
| 22 | Q.     Okay.  And relating to this incident that |
| 23 | we're here for today, have you kept any journals, |
| 24 | notes, diaries, anything that you've written about |

14

| | |
|---|---|
| 1 | A.     Two months. |
| 2 | Q.     Do you live there with anyone? |
| 3 | A.     No. |
| 4 | Q.     Where did you live before 731 Maple Lane? |
| 5 | A.     2012 West Oxford Street, Philadelphia, PA |
| 6 | 19121. |
| 7 | Q.     Okay.  And how long have you lived there or |
| 8 | did you live there rather? |
| 9 | A.     I've lived there since 2017. |
| 10 | Q.     And did you live there with anyone else? |
| 11 | A.     Siblings and parents. |
| 12 | Q.     And can you give me the names of your |
| 13 | siblings who live there with you? |
| 14 | A.     Yes.  Shamiyah McCoy, Aniyah McCoy, Rhianna |
| 15 | McCoy, Sharifa McCoy, Malaya McCoy, Shamir McCoy, |
| 16 | that's all my siblings that lived there. |
| 17 | Q.     Okay.  And the name of your parents who |
| 18 | lived there with you? |
| 19 | A.     Ateriyah McCoy and Shameek McCoy. |
| 20 | Q.     Okay.  Do the six siblings and two parents |
| 21 | still live at this West Oxford location? |
| 22 | A.     Yes. |
| 23 | Q.     Okay.  Is there anyone else that lives in |
| 24 | that location now? |

16

Pages 13 to 16

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

1    A.    No.
2    Q.    Okay.  And of the siblings that you
3    identified, are they all minors or is anyone 18 and
4    above?
5    A.    One is 18 and older.  The rest are all
6    minors.
7    Q.    Okay.  Who is the person who is 18 and
8    above -- or above?
9    A.    Shamiyah McCoy.
10   Q.    Is that a brother or a sister?
11   A.    Sister.
12   Q.    Why did you move from the West Oxford
13   Avenue location to your current address?
14   A.    I just wanted to get out of my mom's house.
15   Q.    Okay.  Can you tell me how far you went in
16   school?
17   A.    I received my high school diploma.
18   Q.    Okay.  When did you receive your high
19   school diploma?
20   A.    December 16, 2017.
21   Q.    Okay.  And was that a high school diploma
22   like after four years of high school or was that a
23   GED?
24   A.    It was GED.

17

1    A.    Yes.
2    Q.    Where was that?
3    A.    I went to two schools before that.  The
4    first one was World Communications High School and
5    the second one was Yes Philadelphia High.
6    Q.    Okay.  And when did you leave World
7    Communication High School?
8    A.    I'm not sure.
9    Q.    Okay.  Do you remember what grade you were
10   in?
11   A.    Ninth grade.
12   Q.    Okay.  And then did you transfer to Yes
13   Philadelphia High School immediately or was there a
14   period of time that you were not at any school
15   between World Communication and Yes Philadelphia?
16   A.    It was a small period of time when I wasn't
17   in school before I went to Yes Philly.
18   Q.    Okay, thank you.  Sorry I cut you off
19   there.
20          So when you went to Yes Philadelphia, did
21   you essentially start in the 9th grade or did you go
22   to the 10th grade?
23   A.    Yes Philly was the same as Connection
24   Academy.  It's for people who was behind on credits

19

1    Q.    Okay.  Where did you go to high school?
2    A.    Connection Academy.
3    Q.    And when was -- what year was it that you
4    were last in high school?
5    A.    2017.
6    Q.    So did you leave Connection Academy in 2017
7    and then later obtain your GED?
8    A.    No.  I graduated Connection Academy in
9    2017.
10   Q.    Okay.  And is it that just Connection
11   Academy, after you graduate, you receive a GED?
12   A.    Yes.
13   Q.    Okay.  So you finished all four years at
14   Connection Academy?
15   A.    It was a credit recovery type of school, so
16   it wasn't years.
17   Q.    Okay.  So can you explain to me what a
18   credit recovery school is?
19   A.    Okay.  So since I was behind on credits, it
20   was basically a program that helps you graduate
21   faster.
22   Q.    Sure.  And so did you go to a high school
23   program at like a different high school at any other
24   time before Connection Academy?

18

1    and it was a credit recovery school as well.
2    Q.    Okay.  Did you go to any other high school
3    or similar type of program, these credit recovery
4    programs, other than what you've already told me
5    about which is Connection Academy, World
6    Communication High School and Yes Philly, any other?
7    A.    No.
8    Q.    Okay.  Other than obtaining your GED, do
9    you have any other specialized training?
10          And let me explain to you what I mean about
11   that.  Some people have like an aesthetician
12   certificate or like some kind of training they get
13   after high school or after college.
14          Do you have anything like that other than
15   your GED?
16   A.    No.
17   Q.    Okay.  Are you working towards anything
18   like that currently?
19   A.    No.
20   Q.    Okay.  And, Ms. McCoy, are you currently
21   working?
22   A.    I'm self-employed.
23   Q.    Okay.  And what do you do?
24   A.    I'm an eyelash tech.

20

Ishynique McCoy 07/19/2021

| | |
|---|---|
| 1 | Q.    And so do you have your own business? |
| 2 | A.    Yes. |
| 3 | Q.    Okay.  Is there a name for the business? |
| 4 | A.    No. |
| 5 | Q.    Okay.  How long have you been self-employed |
| 6 | as an eyelash tech? |
| 7 | A.    Two weeks. |
| 8 | Q.    Okay.  Do you work out of like your house |
| 9 | or do you work at like a retail space? |
| 10 | A.    My apartment. |
| 11 | Q.    So prior to the two weeks, were you |
| 12 | working? |
| 13 | A.    No. |
| 14 | Q.    Okay.  Have you ever held a job before |
| 15 | becoming self-employed as an eyelash tech? |
| 16 | A.    Yes. |
| 17 | Q.    Okay.  So what else did you do? |
| 18 | A.    I was a home health care agent for Aveanna |
| 19 | Healthcare.  And before that, I was a cargo agent at |
| 20 | Worldwide Flight. |
| 21 | Q.    Okay.  So when were you a home health care |
| 22 | aide? |
| 23 | A.    I'm not sure on specific dates, but my last |
| 24 | day of home health care agent was March 2020. |

21

| | |
|---|---|
| 1 | Q.    Okay. |
| 2 | A.    I just never went back. |
| 3 | Q.    And then you said that at some point you |
| 4 | were a cargo agent for Worldwide Flight.  Did I get |
| 5 | that correct? |
| 6 | A.    Yes. |
| 7 | Q.    Okay.  What is a cargo agent? |
| 8 | A.    Okay.  A cargo agent is someone that signs |
| 9 | off airway bills for drivers to pick up cargo and |
| 10 | freight. |
| 11 | Q.    And how long did you do that for? |
| 12 | A.    I'm not sure specifically, but it was |
| 13 | probably about a year. |
| 14 | Q.    Okay.  And was that before you were a home |
| 15 | health care aide? |
| 16 | A.    Yes. |
| 17 | Q.    Okay.  And was it after you had turned 18? |
| 18 | A.    Yes. |
| 19 | Q.    Okay.  So that narrows it down a little |
| 20 | bit. |
| 21 |       And so why did you leave that job? |
| 22 | A.    Because I was working on getting my license |
| 23 | at the time.  And they switched me to second shift |
| 24 | where I had got stuck in the middle of the night |

23

| | |
|---|---|
| 1 | Q.    Okay.  Do you have any idea how long you |
| 2 | did that for? |
| 3 | A.    I started -- I started September 2020 -- |
| 4 | wait, I'm sorry.  It was September -- I'm not -- it |
| 5 | was September 2019. |
| 6 | Q.    Okay.  And what did you do as a home health |
| 7 | aide? |
| 8 | A.    I was providing food, taking my clients to |
| 9 | their appointments, helping them back and forth to |
| 10 | freshen up, changing sheets and stuff like that. |
| 11 | Q.    Sure.  And you said this is with Arianna |
| 12 | Healthcare? |
| 13 | A.    Aveanna. |
| 14 | Q.    Aveanna, do you know where their office |
| 15 | was? |
| 16 | A.    I'm not sure on the specific address. |
| 17 | Q.    Okay.  And then so why did you stop doing |
| 18 | that in March 2020? |
| 19 | A.    Because of COVID-19. |
| 20 | Q.    Okay.  Were you laid off or did you just |
| 21 | quit? |
| 22 | A.    I was already on call and they weren't |
| 23 | calling me anyway.  But since COVID-19, I believe I |
| 24 | was laid off since no one ever called me back, so. |

22

| | |
|---|---|
| 1 | because I missed the train. |
| 2 |       And I asked them can they put me back on |
| 3 | first shift until I got a license.  And they said |
| 4 | no, so I quit. |
| 5 | Q.    Okay.  And when you say you were working on |
| 6 | your license, you mean your driver's license, right? |
| 7 | A.    Yes. |
| 8 | Q.    Okay.  Good, okay.  So can you tell me the |
| 9 | date of the accident that we're here for today? |
| 10 | A.    I don't remember the specific day.  I just |
| 11 | remember the month. |
| 12 | Q.    Okay.  So if I tell you that based on your |
| 13 | complaint you allege that on July 17, 2016 that this |
| 14 | incident involving a cell phone occurred, can we -- |
| 15 | can we agree that your incident occurred or |
| 16 | allegedly occurred on July 17, 2016? |
| 17 | A.    Yes. |
| 18 | Q.    Okay.  And that's what we're here to talk |
| 19 | about today? |
| 20 | A.    Yes. |
| 21 | Q.    Okay.  So on July 17, 2016, how old were |
| 22 | you? |
| 23 | A.    One second. |
| 24 | Q.    Sure. |

24

Pages 21 to 24

Ishynique McCoy 07/19/2021

1    A.    I believe I was 17 years old.
2    Q.    Okay.  And at that time, at the time of the
3    incident, were you in school?  Were you enrolled in
4    school anywhere?
5    A.    Yes.
6    Q.    And where were you enrolled?
7    A.    Yes Philadelphia High.
8    Q.    Okay.  And Yes Philadelphia High, I know
9    that you told me that was a credit recovery school.
10        But was it the kind of school where you had
11   to be there, you know, Monday through Friday from a
12   particular time or did it operate on a totally
13   different schedule?
14   A.    Yes.  It was actually all year round,
15   Monday through Friday.
16   Q.    Okay.  And was it -- what was the time that
17   you actually had to be in school?
18   A.    I believe it was 9:00 a.m. to 3:00 p.m.
19   Q.    And were you working at all, like a side
20   job or a part-time job or anything, while you were
21   at -- while you were at Yes Philly High School?
22   A.    No.
23   Q.    Okay.  So at the time of this incident on
24   July 17, 2016, did you have any standing medical

                                                    25

1    conditions?
2    A.    No.
3    Q.    Okay.  Do you currently have any standing
4    medical conditions, like chronic conditions like
5    diabetes or heart disease, anything like that?
6    A.    Just stomach ulcer.
7    Q.    Okay.  And how long have you had that for?
8    A.    A few years.
9    Q.    Okay.  And is that something that you like
10   have a doctor that you treat with regularly for?
11   A.    Yes.
12   Q.    Okay.  What kind of doctor is it?
13   A.    It's a doctor at my local clinic.
14   Q.    And the local clinic that you go to, do you
15   go to that local clinic for like primary care, as
16   well?
17   A.    Yes.
18   Q.    Okay.  And what is the name of the local
19   clinic or doctor that you see there?
20   A.    Stephen Klein Wellness Center.
21   Q.    Where is Stephen Klein Wellness Center?
22   Where is it?
23   A.    It's located on 21st and Cecil B. Moore.
24   Q.    And how long have you been going there?

                                                    26

1    A.    A few years.
2    Q.    Okay.  And so when you say a few years, do
3    you -- were you going there before you turned 18?
4    A.    No.
5    Q.    Okay.  So after you turned 18, you started
6    going there; is that fair?
7    A.    Yes.
8    Q.    Okay.  Before you were 18 years old, did
9    you have a family doctor that you would go to?
10   A.    Yes.
11   Q.    Okay.  And who was that?
12   A.    I'm not sure of the name.
13   Q.    Okay.  Do you know where they were?
14   A.    I believe it was 55th and Woodland Avenue
15   in Southwest Philadelphia.
16   Q.    Sure, thank you.  And do you know the name
17   or names of any of the doctors or practitioners that
18   you would see there?
19   A.    No.
20   Q.    Okay.  And that particular doctor or that
21   office, was that an office that you'd been going to
22   since you were a kid?
23   A.    Yes.
24   Q.    Okay.  Were there any other doctors that,

                                                    27

1    you know, you had been going to since you were a kid
2    whether or not you continued to see them?
3    A.    No, just that one.
4    Q.    Great, thank you.  And I -- looking at you
5    now, you're not wearing eyeglasses.  But do you need
6    eyeglasses?
7    A.    No.
8    Q.    Okay.  Do you wear contacts?
9    A.    No.
10   Q.    Is your vision impaired in any way?
11   A.    No.
12   Q.    Okay.  And we talked about your driver's
13   license a couple minutes ago.
14        Do you have a driver's license now?
15   A.    Yes.
16   Q.    Okay.  On your driver's license, is there
17   any type of restriction, like for your eyes?
18        Like my driver's license, I need corrective
19   lenses.  Do you have a corrective lens restriction
20   on your driver's license?
21   A.    No.
22   Q.    Okay, all right.  So let's talk about the
23   day of July 17, 2016; okay?
24        I'm just -- I'm going to ask you what

                                                    28

Pages 25 to 28

Ishynique McCoy 07/19/2021

**Page 29**

1  happened.  You can tell me and then I'll ask you
2  some more questions to break it down.
3          On July 17, 2016, can you tell me what
4  happened that gives rise to this lawsuit that you
5  have filed?
6  A.      Yes.  Okay.  So that morning, I woke up.  I
7  laid in bed for a few minutes.  And my sister came
8  in the room.  I asked her if I could use her phone
9  and she let me use it.  And then she walked out the
10  room.
11         It was like a brand-new phone by the way.
12  She walked out the room and I used her phone to
13  check my Facebook.
14         And when I sat up, the next thing you know,
15  I heard like a loud -- like a loud boom, like a
16  gunshot sound.
17         And she came running back up and we noticed
18  that the bed was on fire.  So we -- we started
19  grabbing like stuff that we saw nearby and we were
20  trying to put like the fire out on the bed.
21         We threw the -- we threw some stuff out the
22  window that was on fire.  And then my cousin, they
23  came in the room.
24         We told her to just get everybody out the

**Page 30**

1  house.  We then proceeded to check all the rooms and
2  made our way outside.  And then they were telling me
3  that my butt was on fire.
4          So then we kind of like patted the fire
5  out.  I had one of my sisters go to the park to get
6  my dad.  Then we called my grandmom and then we
7  called my mom.  And it went from there.
8  Q.      Okay, sounds good.  Let me just finish my
9  notes and then I'll ask you some follow-up
10  questions.
11         All right.  So that morning when you woke
12  up, what time did you wake up?
13  A.      It was about 10:00 or 11:00.
14  Q.      Okay.  And were you -- did you wake up like
15  in your own room?
16         Like did you share a room with someone else
17  or was it just your room?
18  A.      I shared the room with my sister, but I
19  woke up alone.
20  Q.      Okay.  And the room that you shared with
21  your sister, is that sister the same sister who came
22  in and you asked if she -- if you could borrow her
23  phone?  Is it the same sister?
24  A.      Yes.

**Page 31**

1  Q.      Okay.  And which sister is that?
2  A.      Shamiyah McCoy.
3  Q.      Okay.  And she still lives at the Oxford
4  Street location now, right?
5  A.      Yes.
6  Q.      Okay.  And so when you -- when you asked
7  her if you could borrow her phone -- what kind of
8  phone does she have?
9  A.      She had an iPhone 5SE.
10  Q.      Okay.  And did you have a phone?
11  A.      Yes.
12  Q.      What kind of phone did you have?
13  A.      I had an iPhone 6 Plus.
14  Q.      Okay.  Where was your phone?
15  A.      My phone was on the bed.
16  Q.      Okay.  Did you -- had you fallen asleep
17  with your phone?  Was your phone in your bed while
18  you were sleeping?
19  A.      Yes.  My phone was on the bed while I was
20  sleeping.
21  Q.      Okay.  Was it plugged in?
22  A.      The only thing that was plugged into it was
23  earphones.
24  Q.      Okay.  Was your phone -- was your iPhone 6

**Page 32**

1  Plus on?
2  A.      Yes.
3  Q.      Okay.  Had it been -- well, let me ask you
4  this.
5          What time did you go to bed the night
6  before?
7  A.      I'm not sure on the exact time, but it was
8  kind of late.  Because we had a family reunion the
9  day before.
10  Q.      Okay.  Would you say that you went to bed
11  before or after midnight?
12  A.      After midnight.
13  Q.      Okay.  So when you went to bed after
14  midnight, was your phone on at that time?
15  A.      Yes.
16  Q.      Okay.  Did you happen to notice how much
17  charge in the battery was left when you went to bed
18  the night before?
19  A.      No.
20  Q.      Okay.  Were you using your phone when you
21  went to sleep?
22          For example, were you listening to music?
23  Was it on and then you fell asleep with the earbuds
24  in your ears, anything like that the night before?

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ishynique McCoy 07/19/2021

1    A.    The night before, I was actually on the
2    phone.
3    **Q.    So you were -- you were using the phone to**
4    **make a phone call the night before?**
5    A.    Yes. Someone called me the night before.
6    **Q.    Okay. Did you fall asleep during the call**
7    **or did the call end and then you went to sleep?**
8    A.    I ended the call and then I went to sleep.
9    **Q.    Do you remember turning off your phone at**
10    **any time before you went to bed?**
11    A.    No.
12    **Q.    Okay. But when you woke up in the morning,**
13    **the phone was still on?**
14    A.    Yes.
15    **Q.    Okay. When you woke up the next morning,**
16    **did you notice at that point what the charge in the**
17    **battery was?**
18    A.    Could you repeat that?
19    **Q.    Sure. So when you woke up the next**
20    **morning, did you at any point even look at your**
21    **iPhone, your iPhone 6 Plus, when you woke up in the**
22    **morning?**
23    A.    Oh, yes. I actually like glanced at it and
24    saw that I had a bunch of missed calls. But then I

33

1    put it back down because I was actually avoiding the
2    person.
3    **Q.    And so when you glanced at it, did you**
4    **happen to notice like how much power was left like**
5    **in the little battery picture?**
6    A.    No.
7    **Q.    Okay. And after you glanced at it, did you**
8    **do anything with your phone?**
9    A.    No. I just looked at the missed calls and
10    just put it right back down.
11    **Q.    Okay. And did you put it right back down**
12    **on your bed?**
13    A.    Yes.
14    **Q.    Okay. And was it on top of bedding? Did**
15    **it go underneath your blanket? Where did you put**
16    **it?**
17    A.    It was on top of the sheets.
18    **Q.    Okay. This particular iPhone 6 Plus, when**
19    **did you get it?**
20    A.    I'm not sure the exact timing, but I do
21    believe it was like March.
22    **Q.    Okay. So you believe that you had had that**
23    **phone from about March of 2016?**
24    A.    Yes.

34

1    **Q.    Okay. So in -- from March 2016 until July**
2    **17, 2016, were you the only person to use that**
3    **phone?**
4    A.    Yes.
5    **Q.    Okay. When you got that phone in March**
6    **2016, did you purchase it?**
7    A.    My mom and my aunt purchased it.
8    **Q.    Okay. And what is your aunt's name?**
9    A.    Nikita Williams.
10    **Q.    Nikita?**
11    A.    Yes.
12    **Q.    Where does Ms. Williams live?**
13    A.    848 North Brooklyn Street, Philadelphia,
14    PA, I'm not sure the ZIP code.
15    **Q.    That's fine, thank you. So when you say**
16    **that your mom and your aunt bought it, do you know**
17    **where they bought the phone, how they came to**
18    **actually get the phone?**
19    A.    Okay. So since my previous phone before
20    that was stolen, my mom reported it to the insurance
21    company I believe and they sent out a new phone.
22    **Q.    Okay. What kind of phone was your phone**
23    **that was stolen?**
24    A.    It was an iPhone 6 Plus, as well.

35

1    **Q.    Okay. And was it stolen sometime in March**
2    **2016?**
3    A.    I believe it was stolen in February.
4    **Q.    Okay. So was there some period of time**
5    **that you maybe didn't have a phone between when**
6    **you -- your phone was stolen and when this new phone**
7    **came?**
8    A.    Yes, probably about a few weeks.
9    **Q.    So with the iPhone 6 Plus that was stolen,**
10    **did you -- where did you get that phone?**
11    A.    T-Mobile.
12    **Q.    Okay. And did you actually get that like**
13    **at a T-Mobile store?**
14    A.    I'm not sure. My mom got it. But usually,
15    she'll get the phones from T-Mobile.
16    **Q.    Okay. So -- and I understand you were**
17    **under 18 at the time.**
18    **So when your mom gave you the iPhone 6**
19    **Plus, the one that was stolen, were you there when**
20    **she purchased that one?**
21    A.    No.
22    **Q.    Okay. Do you remember how long you had**
23    **that iPhone 6 Plus before it was stolen?**
24    A.    No.

36

Pages 33 to 36

Ishynique McCoy 07/19/2021

1  Q.      All right.  Do you know if it was more than
2  a year?
3  A.      I'm not sure.
4  Q.      Sure.  So that iPhone 6 Plus that was
5  stolen, did you have any problems with it when you
6  did have it?
7  A.      No.
8  Q.      Okay.  Was it -- was that iPhone 6 Plus,
9  the one that was stolen, ever repaired or sent in
10  for repair?
11  A.      No.
12  Q.      Okay.  And before the stolen iPhone 6 Plus,
13  before that phone, did you have a cell phone?
14  A.      Yes.
15  Q.      Okay.  How long -- what kind of phone was
16  that?
17  A.      An iPhone 6.
18  Q.      All right.  Do you remember how long you
19  had that one?
20  A.      I'm not sure.
21  Q.      Okay.  Do you have any idea where that one
22  came from, whether that came from a T-Mobile store
23  or any other source or you just don't know?
24  A.      Oh, that one I had purchased from a friend,

37

1  replacement phone, right?
2  A.      Yes.
3  Q.      Okay.  And that was an iPhone 6 Plus,
4  correct?
5  A.      Yes.
6  Q.      Okay.  And is that the iPhone 6 Plus that
7  basically gives rise to this lawsuit that you allege
8  was involved in a fire incident?
9  A.      Yes.
10  Q.      Okay.  So that iPhone 6 Plus, was it mailed
11  to you directly?  How did you receive it?
12  A.      I received it through mail.
13  Q.      Okay.  So do you remember who it came from,
14  like who the return address was?
15  A.      I'm not sure.  In the email that you sign,
16  I believe it was T-Mobile.  Because it was like an
17  e-document that my mom had to sign.
18  Q.      Okay.  And it was an e-document that you
19  had to sign before you got the replacement phone?
20  A.      Yes.
21  Q.      Okay.  Do you still have access to that
22  email?
23  A.      No.  It wasn't my email.  I'm not sure.
24  Q.      Okay.  Was that -- do you know if that was

39

1  the 6.
2  Q.      And that iPhone 6, did you have any
3  problems with that phone?
4  A.      Not technical problems, just that it was
5  locked but I had paid and got it unlocked.
6  Q.      So what was the reason for replacing the
7  iPhone 6 with the iPhone 6 Plus that was eventually
8  stolen?
9  A.      I wanted a bigger phone.
10  Q.      Okay.  So the stolen iPhone 6 Plus, was
11  that on your mom's T-Mobile plan or was that on
12  someone else's T-Mobile plan?
13  A.      I'm not sure.
14  Q.      Okay.  But it was not your T-Mobile plan,
15  correct?
16  A.      No.
17  Q.      Okay.  Do you know if it was your mom or
18  your aunt who actually made a claim for the lost
19  phone?
20  A.      I'm not sure if it was my mom's account or
21  my aunt's account.  But if it was my aunt's account,
22  she probably would have made the claim or if my mom
23  asked her to.  I'm not sure.
24  Q.      Okay.  So eventually, you did get a

38

1  an email that your mom got?
2  A.      I'm not a hundred percent, but it may have
3  been an email that my mom got or my aunt.
4  Q.      Okay.  So somebody, your mom or your aunt,
5  signed an e-document.  And after signing the
6  e-document, a phone was mailed to the Oxford Street
7  location; is that fair?
8  A.      It wasn't mailed to Oxford Street location.
9  Q.      Okay.  Where was it mailed to?
10  A.      2046 Turner Street, Philadelphia, PA
11  19121.
12  Q.      Why was it mailed there?
13  A.      That was our address at the time.
14  Q.      Okay.  So you were living at 2046 Turner
15  Street at that time?
16  A.      Yes.
17  Q.      Okay.  And were all of -- was it just you
18  or who else was living there?
19  A.      Everyone that lives in the Oxford Street
20  location, lived at that one, too.
21  Q.      Okay.  And why the difference in address
22  for that period of time?
23  A.      I'm not sure I heard you correctly.  Could
24  you repeat that?

40

Pages 37 to 40

Ishynique McCoy 07/19/2021

1    Q.    Sure.  That was a bad question.  Why did
2    you guys move from the Oxford Street location to the
3    2046 Turner Street location?
4    A.    Okay.  I'm not sure.
5    Q.    Okay.  How long did you live at the Turner
6    Street location for?
7    A.    A few years.
8    Q.    Okay.  And eventually -- well, let me make
9    sure I have this clear.
10        So all of your siblings and your parents
11   moved from the Oxford Street location to the Turner
12   Street location and lived there for a few years?
13   A.    From the Turner Street location to the
14   Oxford location.
15   Q.    Okay.  Wait, let me just go back.  So this
16   incident occurred at what address?
17   A.    2046 Turner Street.
18   Q.    Okay.  Okay.  So at the time of the
19   incident, you were living at 2046 Turner Street?
20   A.    Yes.
21   Q.    Okay.  And before that, you were living at
22   the Oxford Street location, right?
23   A.    No.  Oxford Street came after Turner
24   Street.  That's where I just moved from to Maple

41

1    Lane.
2    Q.    Okay.  That's -- that's fine.  And so --
3    okay.
4        So then in 2017, your family moved to
5    Oxford Street, right?
6    A.    Yes.
7    Q.    Okay.  That was my mistake, my apologies.
8    So the phone was mailed to 2046 Turner Street.  Was
9    it addressed to you?
10   A.    I'm not sure.
11   Q.    Okay.  Were you home when it was delivered?
12   A.    Yes.
13   Q.    Okay.  Did it come in a box?
14   A.    Yes.
15   Q.    What did the box look like?
16   A.    It was just like a brown box from UPS.
17   Like it was a box and then it was like a box inside
18   of it with like the Apple --
19       The Apple phone box, a charger.  I believe
20   it was like some Apple stickers in there.  It was
21   either -- the box was either brown or black.  I'm
22   really not sure.
23   Q.    Sure.  So it came in like a brown box and
24   it was delivered by like UPS or FedEx or something

42

1    like that; is that fair?
2    A.    Yes.
3    Q.    And that brown box, that paper board -- or
4    cardboard box on the outside, was that sealed?
5    A.    Yes.
6    Q.    Okay.  So it wasn't opened or like
7    obviously tampered with when you received it; is
8    that fair?
9    A.    Yes.
10   Q.    Okay.  So once you -- did you -- were you
11   the person who opened up the box?
12   A.    Yes.
13   Q.    Okay.  And when you opened up the box,
14   inside was another box and you're saying that was
15   like an Apple box?
16   A.    It was like a box and then it had like the
17   phone inside of it and like a charger and stuff
18   inside that box.
19   Q.    Okay.  Can you -- do you remember what that
20   interior box looked like, the one that had the phone
21   and the charger in it?  Like what color was it?  How
22   big was it?
23   A.    Okay.  It was a small box.  It was white.
24   It was like one of those boxes that you lift the top

43

1    off, yeah.  It wasn't too big.  It was almost the
2    same size as the phone.
3    Q.    Okay.  Was that inside box, that white box,
4    was that sealed?
5    A.    No.
6    Q.    Okay.  Was it just closed?
7    A.    Yes.
8    Q.    Okay.  Were there any stickers or anything
9    on the box to try to close the box?
10   A.    No, not the white box.
11   Q.    Okay.  And so when you got this phone, did
12   you -- did you then open the white box and take out
13   what was inside?
14   A.    Yes.
15   Q.    Okay.  And inside the small white box, you
16   told me that there was a charger, a phone and maybe
17   some stickers, right?
18   A.    Yes.
19   Q.    Okay.  Were there any manuals,
20   instructions, papers or anything in there that would
21   direct you to a manual or instruction?
22   A.    I'm not sure.
23   Q.    Okay.  And the phone itself, can you
24   describe for me what it looked like when you unboxed

44

Pages 41 to 44

Ishynique McCoy 07/19/2021

1  it?
2  A.      It was -- I believe it was a gray phone and
3  it had like plastic around it.  It was like -- it
4  was an iPhone 6 Plus.
5          Yeah.  I believe it was like plastic on the
6  top of it and that was it.  It wasn't too much.
7  Q.      Okay.  And when you say there was plastic
8  on top of it, do you mean like that film or like
9  very thin plastic that's like over the phone screen
10  that wraps the phone?  Is that what you mean or do
11  you mean something else?
12  A.      It was like the type of plastic that you
13  pull off of a phone when it's brand-new.
14  Q.      Okay.  So it was like a little sticky and
15  you -- like there's like a little tab and you pull
16  it off the screen.
17          Is that the type of plastic that you were
18  referring to?
19  A.      Yes.
20  Q.      Okay.  And was there that type of plastic
21  or film on the phone screen itself when you unboxed
22  the phone?
23  A.      Yes.
24  Q.      Okay.  Were there any stickers or any other

45

1  type of signs that were on the plastic or on the
2  phone itself when you unboxed it?
3  A.      It was plastic on the charger.  It was like
4  some type of plastic on the charger.  Like it was a
5  brand-new charger.  And it was also the plastic on
6  the back of the phone, too.
7  Q.      Okay.  What did you do when you finally
8  unboxed this phone?  Did you set it up?
9  A.      Yes.
10  Q.      How did you do that?
11  A.      Usually, I will just create like an iCloud
12  and just verify the stuff at the beginning.
13  Q.      Okay.  Did you charge the phone?
14  A.      I'm not sure.
15  Q.      Okay.  Do you remember if you were able to
16  turn on the phone when you pulled it out of the box
17  like automatically?
18  A.      Yes.  The phone came on with like half a
19  battery.
20  Q.      Okay.  Was there anything on the phone --
21  well, when you got the phone, was there anything on
22  the phone that told you what its condition was,
23  whether it was new, used or anything like that?
24  A.      No.

46

1  Q.      Okay.  Did the phone power on without any
2  issues?
3  A.      No issues.
4  Q.      Okay.  So from March of 2016 through July
5  17, 2016, did you have any issues with this phone?
6  A.      No.
7  Q.      Did you -- during that time period
8  when you had this phone, what was your phone number?
9  A.      I'm not sure.
10  Q.      Okay.  Do you have a phone now?
11  A.      Yes.
12  Q.      Do you have the same phone number?
13  A.      No.
14  Q.      Okay.  What kind of phone do you have now?
15  A.      iPhone 11.
16  Q.      Okay.  So during the time from March 2016
17  until July 2016, did you -- did you ever get the
18  phone repaired for any reason?
19  A.      No.  I've never had a phone repaired
20  before.
21  Q.      Okay.  Did you get that phone, this iPhone
22  6 Plus, did you ever --
23          Was it modified in any way, like the actual
24  phone?

47

1          I'm not talking about the apps on the
2  phone.  But the actual physical phone, was it
3  modified in any way?
4  A.      I'm not sure what you mean.
5  Q.      Okay.  So did you change the phone in any
6  way for the time period that you had it?
7          And I'm not talking about apps on the
8  phone, like the, you know, stuff that's actually on
9  the phone, but the physical phone itself?
10  A.      I've never changed anything on the phone,
11  but I would like to ask if I could use the bathroom
12  really fast.  I've had a lot of water.
13  Q.      Yes.  That's fine.  Let's just take a
14  five-minute break.
15  A.      Okay.  Thank you.
16          MR. ROTHERMEL:  Thank you.
17          VIDEOGRAPHER:  The time is 11:45
18  a.m.  We are going off the video record.
19          (At this time, a short break was
20  taken.)
21          VIDEOGRAPHER:  The time is 11:54
22  a.m.  We are now back on the video record.
23  BY MS. TO:
24  Q.      Great.  Ms. McCoy, we just took a very

48

Pages 45 to 48

Ishynique McCoy 07/19/2021

1  brief break and now we are back on.  Are you ready
2  to get started again?
3  A.     Yes.
4  Q.     Great, thank you.  So the -- before we went
5  on the break, we were talking about the iPhone that
6  was the replacement for a stolen iPhone.
7       The stolen iPhone, did that have a charger
8  associated with it?
9  A.     Yes.
10  Q.     Okay.  Was that an Apple -- like was that a
11  charger that was an Apple charger or was it some
12  other kind of charger?
13  A.     It was an Apple charger.
14  Q.     Okay.  And that was kind of a bad question,
15  so let me phrase it differently.
16       I know that lots of different types of
17  chargers can charge many different types of phones.
18       But the charger that you used for -- to
19  charge the stolen iPhone 6, was that an original
20  charger that came with that Apple iPhone or was it
21  some other type of manufacturer charger that could
22  charge an Apple iPhone?
23  A.     It was an Apple iPhone that came with the
24  phone.

49

1  Q.     It was an Apple charger that came with the
2  phone?
3  A.     Oh, yeah, sorry.  It was an Apple charger
4  that came with the phone.  Because I always check my
5  chargers.  It says like Apple California somewhere
6  really small on the charger and I always check for
7  that on it.
8  Q.     Okay.  And so the charger for your stolen
9  iPhone 6 Plus, that was an Apple charger, as well?
10  A.     Yes.
11  Q.     Okay.  And so when you got your new iPhone,
12  or rather your replacement iPhone 6 Plus, is it fair
13  to say that at that point you then had two Apple
14  chargers?
15  A.     Yes.
16  Q.     Okay.  And the charger that came with the
17  stolen iPhone 6 Plus, did you use that charger to
18  charge the replacement phone?
19  A.     No.  Because when my phone was stolen, it
20  was stolen off the charger and with the charger.
21  Q.     Okay.  So by the time you got your
22  replacement phone, you no longer had your old
23  charger?
24  A.     Yes.

50

1  Q.     Okay.  So what I said earlier is incorrect.
2  When you had your replacement phone, you had one
3  charger?
4  A.     Yes.  I had one charger.
5  Q.     Okay.  During the time that you had the
6  replacement phone from March until July of when this
7  incident occurred, did you ever charge your iPhone 6
8  Plus on any charger other than the one that came
9  with the replacement phone?
10  A.     No.
11  Q.     Okay.  How often would you charge your
12  phone?
13  A.     Okay.  So I would normally just charge it
14  overnight and then just go about my day.  Because I
15  was still in school.
16  Q.     Okay.  Did you ever have the battery on
17  your replacement phone replaced or looked at during
18  the time that you had it from March until about July
19  2016?
20  A.     No.
21  Q.     Okay.  Did you notice anything unusual
22  about the performance of your replacement phone from
23  the time that you got it in March of 2016 until July
24  17, 2016?

51

1  A.     No.
2  Q.     Okay.  Did it work, function, in a way that
3  was basically like the iPhone 6 Plus that was
4  stolen?
5  A.     Could you repeat that?
6  Q.     Sure.  So this replacement iPhone 6 Plus,
7  okay, for the time period that you had it, from, you
8  know, March 2016 to July 17, 2016, did it basically
9  behave and work in the same way like your iPhone 6
10  Plus that was stolen?
11  A.     Yes.  It was the same.
12  Q.     Was it in any way -- other than the fact
13  that it was a different phone, did it in any way
14  behave differently or seem to you different in
15  function from the iPhone 6 Plus that had been
16  stolen?
17  A.     No.
18  Q.     Okay.  At any point during your ownership
19  that you had an iPhone 6 Plus, so that's including
20  the one that was stolen and the one that we're here
21  to talk about today, right, at any point, did you
22  ever read an instruction manual for the use of this
23  iPhone 6 Plus?
24  A.     No.

52

Pages 49 to 52

Ishynique McCoy 07/19/2021

1   Q.    Okay.  Okay.  So the night before the
2   morning of the incident, you told me earlier that
3   the iPhone 6 Plus it was just in your bed that
4   morning, right?  Because you had fallen asleep and
5   the phone was just in your bed, right?
6   A.    Yes.
7   Q.    Okay.  Was that typical?  Like did that
8   happen a lot where you would be using it at night
9   and then it would just -- you would just leave it in
10  your bed and it would be there when you wake up?
11  A.    Yes.
12  Q.    Okay.  And did it have a case of any kind?
13  A.    No.
14  Q.    Okay.  Did it ever have a case?
15  A.    Yes.
16  Q.    Okay.  And do you understand what I mean
17  when I say like a phone case?
18  A.    Yes.
19  Q.    Okay.  So when did the iPhone -- the
20  replacement iPhone 6 Plus have a case on it?
21  A.    I would usually just like have different
22  cases while I'm in school, stuff like that.
23  Q.    Okay.
24  A.    I would just -- for the colors and stuff.

53

1   Q.    I'm sorry.  Say that again.
2   A.    I said sometimes I would just switch cases
3   up for the colors and stuff.
4   Q.    Okay.  At the time of this incident, July
5   17, 2016, did the phone have a case?
6   A.    No.
7   Q.    Okay.  So the night before the morning of
8   the incident, was the phone acting weird in any way?
9   A.    No.
10  Q.    Okay.  When you woke up and glanced at it
11  and you saw that you had a number of missed calls,
12  was the phone acting weird or different in any way?
13  A.    No.
14  Q.    Okay.  How long would you say -- how much
15  time passed between when you got up and glanced at
16  your phone and when you heard the -- the loud sound?
17  A.    I would say from the time I got up, the
18  first thing I do usually is check my phone.  So I
19  probably was up for about like two minutes and then
20  I looked at my phone.
21         I saw a bunch of missed calls from the
22  person, and I just put it right back down because I
23  didn't want to talk to that person.
24  Q.    Okay.  And then how much time from that

54

1   point when you put the phone back down to when you
2   heard the loud noise?
3   A.    I would say a minute or two.
4   Q.    Okay.  That replacement phone, has it --
5   had it ever gotten wet?
6   A.    No.
7   Q.    Why did you ask to use your sister's phone
8   instead of using your phone?
9   A.    To check my Facebook, and plus, she had a
10  new phone, so.
11  Q.    And did you not have Facebook on your
12  replacement iPhone 6 Plus?
13  A.    I did.
14  Q.    So why didn't you use it on yours?
15  A.    I just wanted to use her phone.  Like she
16  had just got it the day before and it was new.  So I
17  just asked her can I use her phone.
18  Q.    Okay.  And where was -- was your sister's
19  phone in the same room as you when you asked her if
20  you could use it?
21  A.    Yes.
22  Q.    Okay.  What kind of phone is it?
23  A.    It was an iPhone 5SE.
24  Q.    So at this point when you asked your sister

55

1   if you could use her phone, were you standing,
2   sitting?  Where were you?
3   A.    I was sitting on the bed.
4   Q.    And how far away would you say your iPhone
5   6 Plus was relative to where you were sitting?
6   A.    It was like -- it was like -- I'm not
7   really sure on like measurements, but it was pretty
8   like -- it was close by.
9   Q.    Okay.  Now if you reached out, like reached
10  your hand out, was it close enough that you could
11  grab it without moving off of the spot that you were
12  sitting?
13  A.    Yes.
14  Q.    Okay.  And how tall are you?
15  A.    5'5".
16  Q.    And so when your sister said you could use
17  her phone, did you just sit there and basically use
18  her phone for Facebook?
19  A.    Yes.  I was like doing different stuff.  I
20  was like kind of taking pictures and on Facebook at
21  the same time.
22  Q.    Were you taking selfies?
23  A.    Yes.
24  Q.    Okay.  And so how long were you playing

56

Pages 53 to 56

Ishynique McCoy 07/19/2021

1   with your sister's phone before you heard the loud
2   sound?
3   A.      Probably about a minute or two.
4   Q.      Okay.  And so when you heard the loud
5   sound, where did the sound come from?
6   A.      It just was in the room.  It was just like
7   a really loud sound.
8   Q.      Okay.  Can you describe to me what the
9   sound sounded like?
10  A.      It was like -- it was like --
11              (At this time, the court reporter
12          lost connection.)
13          THE WITNESS:  -- a loud boom like
14      as if a gun went off, like a gunshot.
15  BY MS. TO:
16  Q.      Okay.  And what happened after you hear the
17  sound?
18  A.      My sister ran back up the steps and we
19  noticed that the bed was on fire.
20  Q.      Okay.  And where were you -- well, did you
21  do anything after you heard the loud sound?
22  A.      After I heard the loud sound, I pretty much
23  just stood up from off the bed.
24  Q.      Okay.  Were you holding anything?

57

1   A.      Just my sister's phone.
2   Q.      Okay.  What were you wearing at that time?
3   A.      I had on some black shorts and a t-shirt.
4   Q.      Okay.  And where was your phone when you
5   heard the loud sound?
6   A.      On the bed.
7   Q.      Okay.  Did you actually see it on the bed
8   when you heard the loud sound?
9   A.      Not until I noticed there was a fire.
10  Q.      Okay.  So after you heard the loud sound,
11  you got up and you were holding your sister's phone,
12  correct?
13  A.      Yes.
14  Q.      Okay.  Did you move away from the bed?
15  A.      I stood up in front of the bed.  I didn't
16  notice that it came from the bed.
17  Q.      What came from the bed?
18  A.      The loud sound.
19  Q.      Okay.  So you heard a loud sound, but
20  you -- at that time you didn't know one way or the
21  other where the sound came from; is that fair?
22  A.      Yes.
23  Q.      Okay.  So at some point did you look at
24  your bed after you stood up and faced the bed?

58

1   A.      Yes.
2   Q.      And what did you see?
3   A.      The bed on fire.
4   Q.      Okay.  Now, what kind of bed was it?  Was
5   it a twin bed?  Was it a full-sized?  How big was
6   the bed?
7   A.      I'm not sure.
8   Q.      Okay.  Can you describe what the bed looked
9   like?  Is it a wood bed?  Is it a metal bed?
10  A.      It was like a box spring with a mattress
11  and like a railing under it, like framing under it.
12  Q.      Okay.  And there was bedding on it you
13  said?
14  A.      Yes.
15  Q.      Okay.  So your bedding, how many pillows do
16  you have on your bed?
17  A.      I don't sleep with pillows.
18  Q.      Okay.  Did you have blankets?
19  A.      Yes.  I had one blanket and one sheet.
20  Q.      Okay.  So when you looked at the bed being
21  on fire, was the fire in -- where was the fire on
22  the bed?
23  A.      The fire was on the plastic and also the
24  phone.

59

1   Q.      Where was there plastic on the bed?
2   A.      The bed was wrapped in plastic.  It was
3   pretty much new.
4   Q.      Okay.  So the mattress was wrapped in
5   plastic?
6   A.      Yes.
7   Q.      Okay.  Was there a between -- so when you
8   slept on it the night before, was there a sheet,
9   like a fabric sheet, that you slept on between the
10  plastic-wrapped mattress and your body?
11  A.      Yes.
12  Q.      Okay.  Was it a fitted sheet or was it like
13  a flat sheet?  Do you know the difference?
14  A.      Yes.  It was a fitted sheet.
15  Q.      Okay.
16          COURT REPORTER: Hello, sorry to
17      interrupt, but I was kicked off for a
18      while.
19          MS. TO: Oh, I'm sorry.  That's
20      no good.  Where were you when --
21          COURT REPORTER: Do you want to
22      go off the record to figure it out, or?
23          MS. TO: What was the last
24      question you had?

60

Pages 57 to 60

Ishynique McCoy 07/19/2021

| | |
|---|---|
| 1 | COURT REPORTER:  The last |
| 2 | question I have is can you describe to me |
| 3 | what the sound sounded like, so I'm sure |
| 4 | that was a while ago. |
| 5 | MR. ROTHERMEL:  Wow, that's -- |
| 6 | MS. TO:  Okay. |
| 7 | COURT REPORTER:  I don't -- |
| 8 | VIDEOGRAPHER:  I can give you a |
| 9 | copy of my audio afterwards if that will |
| 10 | help. |
| 11 | COURT REPORTER:  That's exactly |
| 12 | what I was going to say. |
| 13 | VIDEOGRAPHER:  Okay. |
| 14 | COURT REPORTER:  But -- |
| 15 | MS. TO:  Is that okay with |
| 16 | everybody? |
| 17 | MR. PECCI:  Yes.  It's fine with |
| 18 | me. |
| 19 | COURT REPORTER:  It does say that |
| 20 | my bandwidth is low, so I'm not sure if |
| 21 | that's going to happen again. |
| 22 | MS. TO:  Okay.  Could you -- |
| 23 | VIDEOGRAPHER:  I'll keep a closer |
| 24 | eye on it. |

61

| | |
|---|---|
| 1 | kicked off? |
| 2 | COURT REPORTER:  Yes. |
| 3 | BY MS. TO: |
| 4 | Q.  Okay.  Ms. McCoy, so when you saw the fire |
| 5 | and you said the plastic and the phone was on fire, |
| 6 | the plastic wrap on the mattress, that was on all of |
| 7 | the mattress, correct? |
| 8 | A.  Yes. |
| 9 | Q.  Okay.  And so was -- where was the fire on |
| 10 | the bed?  Was it in multiple spots or was it in one |
| 11 | spot? |
| 12 | A.  It was in one spot, but it was kind of like |
| 13 | spreading like formed as a circle kind of. |
| 14 | Q.  Okay.  And you said the phone was on fire? |
| 15 | A.  Yes. |
| 16 | Q.  Okay.  Did -- what happened after you saw |
| 17 | that the -- that the phone and the -- there was a |
| 18 | circle area or an area on the bed that was on fire? |
| 19 | What did you do next? |
| 20 | A.  Me and my sister, we grabbed some clothes |
| 21 | and we were just like beating the fire out of the |
| 22 | bed. |
| 23 | Q.  Okay.  And at this point when you first -- |
| 24 | when you saw that the plastic on the bed and the |

63

| | |
|---|---|
| 1 | COURT REPORTER:  Okay.  Thank |
| 2 | you. |
| 3 | MS. TO:  Thank you. |
| 4 | COURT REPORTER:  Sorry about |
| 5 | that. |
| 6 | MS. TO:  Zoom depositions, right? |
| 7 | COURT REPORTER:  Yeah. |
| 8 | MR. ROTHERMEL:  Can the audio |
| 9 | recording be sent to all of us, too? |
| 10 | COURT REPORTER:  I'm sorry? |
| 11 | MR. ROTHERMEL:  Can the audio |
| 12 | recording that's going to be sent to the |
| 13 | court reporter, can that be sent to each of |
| 14 | the parties, as well? |
| 15 | VIDEOGRAPHER:  I was going to ask |
| 16 | about that at the end of the deposition, if |
| 17 | you guys wanted copies of the video. |
| 18 | MR. ROTHERMEL:  Sure. |
| 19 | VIDEOGRAPHER:  Okay. |
| 20 | MR. ROTHERMEL:  I do. |
| 21 | MS. TO:  Okay.  Are we ready? |
| 22 | MS. FOREMAN:  Just to be clear, |
| 23 | the court reporter will then transcribe |
| 24 | this portion that -- during which she was |

62

| | |
|---|---|
| 1 | phone was on fire, you were not sitting on the bed, |
| 2 | right? |
| 3 | A.  I was sitting on the bed while it was on |
| 4 | fire, but I didn't notice until after. |
| 5 | Q.  Okay.  And when you say after, what do you |
| 6 | mean by that? |
| 7 | A.  Okay.  So after we attempted to put the |
| 8 | fire out, we went in rooms to make sure everyone was |
| 9 | out. |
| 10 | And then we went outside and that's when |
| 11 | I -- well, they noticed that my butt was on fire |
| 12 | still. |
| 13 | Q.  Okay.  So when your sister ran upstairs, |
| 14 | how long did it take her to get upstairs? |
| 15 | A.  Seconds. |
| 16 | Q.  Okay.  And then you and her started to try |
| 17 | to put the fire out by putting other clothes on it? |
| 18 | A.  Yes. |
| 19 | Q.  Okay.  Were you successful? |
| 20 | A.  I believe so. |
| 21 | Q.  Okay.  So you and your sister, by putting |
| 22 | clothes onto the bed, were able to put out the fire? |
| 23 | A.  Yes.  We kind of like beat the fire with |
| 24 | the clothes. |

64

Pages 61 to 64

**Page 65**

1  Q.     Okay.  By beating the fire with the
2  clothes, you were able to put it out?
3  A.     Yes.
4  Q.     Okay.  And was your sister standing next to
5  you when you guys were beating this fire with the
6  clothes?
7  A.     Yes.
8  Q.     Okay.  And how long did it take, in beating
9  the fire with clothes, did it take to actually put
10 out the fire?
11 A.     I'm not sure how long, but it didn't take
12 too long.
13 Q.     Okay.  How big was that room?
14 A.     It's like a mid-sized room.
15 Q.     Okay.  Are you able to approximate for me
16 like an actual measurement?
17 A.     No.
18 Q.     Okay.  For this time that the fire was
19 actually going, did the fire ever get beyond the
20 bed?
21 A.     No.
22 Q.     Okay.  So the fire stayed on the bed,
23 right?
24 A.     Yes.

65

**Page 66**

1  Q.     Okay.  Did the fire -- how big did -- was
2  the fire at its largest point on the bed?  Like what
3  size did it take up?
4  A.     It was like -- it took up like the end of
5  the -- the end of the bed kind of towards like the
6  middle.
7  Q.     Other than -- so what did the fire burn?
8  Did it destroy anything?
9  A.     It destroyed the bedding, the clothes, the
10 phone and my butt.
11 Q.     Okay.  So in terms of the bedding, are you
12 referring to like the sheets and the blanket?
13 A.     Yes, and the mattress.
14 Q.     Okay.  And the clothes, you mean the
15 clothes that you put on the fire to put it out,
16 right?
17 A.     Yes.
18 Q.     Okay.  And then the phone, the iPhone 6
19 Plus, right?
20 A.     Yes.
21 Q.     Okay.  And then at some point you had
22 mentioned that you had threw something out the
23 window.  What was that?
24 A.     The sheet with the phone on it.

66

**Page 67**

1  Q.     Okay.  And you threw that out the window.
2  When did you do that?
3  A.     Right after we put the fire out.
4  Q.     Is this room on an upper floor?
5  A.     On the third floor.
6  Q.     Okay.  And when -- did you throw it out or
7  did your sister throw the sheet and phone out the
8  window?
9  A.     I threw it out.
10 Q.     Okay.  When you threw it outside, was there
11 still -- or as you were throwing it outside --
12 actually, never mind.
13        And then after you threw the sheet and the
14 phone outside, then what did you do?
15 A.     We both were just running through all of
16 the rooms together, starting from the third floor
17 going down, just to make sure that my cousin had got
18 everybody out.
19        And then we had -- went to the backyard
20 where we had threw the phone out the window.
21 Q.     Okay.  So why did you run through the house
22 trying to get everybody out?
23 A.     Because it was multiple children there and
24 we wasn't sure if the fire was even all the way out.

67

**Page 68**

1  Q.     Okay.  Before you left your room, was there
2  any -- before you left your room to go and sort of
3  usher all the kids out of the house, was there
4  anything that was still on fire that you could see?
5  A.     No.
6  Q.     Okay.  And when you and your sister were
7  going around the house to get, you know, people and
8  to get them out of the house, how long did that
9  process take?
10 A.     Probably about a minute.
11 Q.     How many floors does this house have?
12 A.     Three.
13 Q.     How many rooms?
14 A.     Five.
15 Q.     Okay.  And so when you got everybody, you
16 guys left the house and went to the backyard?
17 A.     Could you say that again, please?
18 Q.     Sure.  Once you got everybody, you guys all
19 went to the -- you exited the home and went to the
20 backyard?
21 A.     Yes.  Me and my sister did.  Everyone else
22 was already outside of the front of the house.
23 Q.     Were you the last person to exit the house?
24 A.     Yes.

68

Pages 65 to 68

Ishynique McCoy 07/19/2021

1  Q.    Okay. Other than the fire that was in your
2  room, was there any other -- anything else on fire
3  in the home?
4  A.    No.
5  Q.    Okay. Are there extinguishers, fire
6  extinguishers, inside the house?
7  A.    No.
8  Q.    Okay. Are there smoke detectors in the
9  house?
10  A.    Yes.
11  Q.    Was there a smoke detector in your room?
12  A.    Yes.
13  Q.    Did that go off?
14  A.    Yes. All -- all of the smoke detectors
15  throughout the house went off.
16  Q.    Are the smoke detectors the kind that they
17  just go off in your house or are they the kind that
18  are connected to the fire department and the fire
19  department comes out?
20  A.    They're just connected to our house.
21  Q.    Okay. Do you have sprinklers in your
22  house?
23  A.    Sprinklers?
24  Q.    Like sprinklers like inside the house that

69

1  turn on when there's a fire?
2  A.    No.
3  Q.    Okay. So once you got out of the house,
4  then what did you do?
5  A.    Once we got out of the house, my dad had
6  just arrived and he called the fire -- I believe it
7  was the -- I'm not sure if it was firefighters or
8  ambulance, but one of those trucks came.
9  Q.    Okay. And did a fire truck eventually
10  respond?
11  A.    Yes. I'm not sure if it was the
12  firefighters or the ambulance. But whoever it was,
13  they did respond.
14  Q.    Okay. Well, do you remember if a fire
15  truck showed up?
16  A.    No. I don't remember.
17  Q.    Okay. Did you leave the like area of your
18  house after the incident?
19       Like did you go somewhere else or did you,
20  you know, stand outside of the house?
21  A.    I stayed outside of the house. Yes. I
22  stayed outside of the house until they arrived, yes.
23  Q.    Okay. Well, when you say they, who is
24  they, who arrived?

70

1  A.    The ambulance, because they took me to the
2  hospital.
3  Q.    All right. So did police show up at all?
4  A.    No. No police were called.
5  Q.    Okay. When -- do you know who -- well, the
6  ambulance that showed up, do you know if that
7  ambulance showed up responsive to your dad calling
8  for help?
9  A.    Yes.
10  Q.    Okay. And when the ambulance showed up,
11  were there medics who came out to talk to you?
12  A.    Yes.
13  Q.    Okay. And what did they ask you? What did
14  you guys talk about?
15  A.    I believe they asked me -- they were asking
16  me about the burn that was on my butt and like how
17  did the fire happen. And I told them that my phone
18  had blew up.
19  Q.    Okay. And the ambulance that came, was
20  that a Philadelphia County ambulance or was that
21  like a private ambulance?
22  A.    It was Philadelphia.
23  Q.    Okay. And so then they transported you,
24  right?

71

1  A.    Yes.
2  Q.    Okay. Where did they take you?
3  A.    Hahnemann Hospital.
4  Q.    Hahnemann?
5  A.    Yes.
6  Q.    Okay. Did you ask to go there or did they
7  just take you there?
8  A.    I didn't ask. But my mom was with us, so
9  maybe she asked them to take us there.
10  Q.    Okay. And so that was going to be my next
11  question.
12       Did somebody go with you in the ambulance?
13  A.    Yes, my mom.
14  Q.    Okay. And when you got to the hospital,
15  what did they do for you?
16  A.    They treated my burn.
17  Q.    Okay. And where was the burn located?
18  A.    On my butt.
19  Q.    Okay. Which side of your body?
20  A.    The left side.
21  Q.    Okay.
22       MS. TO: And, Frank, I'm not
23       going to ask your client to look at her
24       burn, clearly, on Zoom. But can I request

72

Pages 69 to 72

Ishynique McCoy 07/19/2021

**Page 73**

1  that she please, or through you, send
2  supplemental photographs of what the area
3  looks like now?
4      MR. ROTHERMEL: Yeah. Didn't I
5  send photographs? I sent photographs I
6  thought you had.
7      MS. TO: I have photographs, but
8  they're not dated. So I would request that
9  we get updated photographs.
10      Because I'm not going to ask her
11  to show me, you know, whatever the area
12  looks like now on video. I'm not sure that
13  would be appropriate.
14      MR. ROTHERMEL: Yeah, sure. We
15  had -- we had -- you know, we had a
16  photographer come in, took photographs and
17  then we had provided those to you which --
18  I'm trying to think if that was -- it was
19  before COVID, so I think it was probably
20  2019. But if you want to ask her --
21      MS. TO: Okay. Well --
22      MR. ROTHERMEL: -- if it looks
23  any different now than it was, if you want
24  to -- you know, you can ask her if she

**Page 74**

1  thinks --
2      MS. TO: Okay. I mean I can ask
3  her, but -- and I guess we'll deal with
4  that but, you know.
5  BY MS. TO:
6  Q.     So, Ms. McCoy, what did they do for you to
7  treat the burn?
8  A.     They cleaned it, put like a burn cream and
9  wrapped it up for me.
10  Q.     Okay. And were you admitted to the
11  hospital or were you basically just seen in the
12  emergency room?
13  A.     I was seen in the emergency room.
14  Q.     Okay. Did you get any stitches or
15  anything?
16  A.     No.
17  Q.     Okay. And other than the burn, did you
18  sustain any other injuries from this incident?
19  A.     No.
20  Q.     Okay. And how long were you at the ER?
21  A.     Probably about an hour.
22  Q.     Okay. And so after they cleaned the burn
23  and put some burn cream on it, wrapped it up, they
24  sent you home?

**Page 75**

1  A.     Yes.
2  Q.     Okay. And that ER visit, do you know if
3  that was paid for from insurance?
4  A.     I'm not sure.
5  Q.     Okay. And after that ER visit, did you
6  have any other follow-up medical visits for that
7  burn?
8  A.     Yes.
9  Q.     Okay. And when was that?
10  A.     It was probably a few days later.
11  Q.     And who was that with?
12  A.     The clinic I told you about on Woodland,
13  I'm not sure of the name.
14  Q.     Okay. And that was the family doctor that
15  you'd been seeing since you were a kid?
16  A.     Yes.
17  Q.     Okay. And did you just go to see like a
18  family doctor or did you go see like a burn
19  specialist?
20  A.     A family doctor.
21  Q.     Okay. And so did you go to your family
22  doctor because the ER told you you should follow up
23  or was there something that caused you to go?
24  A.     I went for both reasons.

**Page 76**

1  Q.     Okay. So what was the reason that caused
2  you to go?
3  A.     It was just like hurting a lot. Like the
4  cream would sometimes just not like stop the pain.
5  It just was like for the burn.
6  Q.     Okay. And so then when you went to your
7  family doctor, the Woodland Ave office, what did
8  they do for you?
9  A.     They just gave me like some instructions on
10  what to do and stuff like that. And they also told
11  me to take my creams and wrap it up and all the
12  stuff that the hospital was telling me to do.
13  Q.     Okay. So -- and I'm sorry. You may have
14  told me this, but I missed it.
15      How long after you went to the ER did you
16  go to the Woodland Ave doctor?
17  A.     A few days.
18  Q.     A few days, okay. So during those few days
19  when you were at home, were you doing anything
20  special with the burn?
21  A.     I was just doing what I was told to do.
22  Q.     Okay. And what were you told to do, do you
23  remember?
24  A.     Yeah. I was told to keep it clean, put the

Pages 73 to 76

Ishynique McCoy 07/19/2021

---

1  creams on and try to keep it wrapped up.
2  Q.    Okay.  So did you have to change the
3  bandage?
4  A.    Yes.
5  Q.    Okay.  And you did that, right?
6  A.    Yes.
7  Q.    Okay.  And so then you went to your primary
8  care doctor and they basically told you to just keep
9  doing that?
10  A.    Yes.
11  Q.    Okay.  Did they give you any other
12  medications or anything, any other instruction?
13  A.    They gave me just more burn creams and
14  bandages.
15  Q.    Okay.  Did they tell you to follow up with
16  anybody else?
17  A.    No.
18  Q.    Okay.  Did you follow up with anybody else?
19  A.    I believe just with them.
20  Q.    Okay.  Do you remember when it was that you
21  ended up following up with them?
22  A.    No.
23  Q.    All right.  Do you remember why you ended
24  up following up with them?

77

1  A.    Just because of the pain and stuff or like
2  if I needed refills of more cream and bandages and
3  stuff like that.
4  Q.    Okay.  Did you ever go to any type of burn
5  specialist, a plastic surgeon, anything like that?
6  A.    No.
7  Q.    Okay.  So how long would you say the burn
8  continued to bother you after July 17, 2016?
9  A.    I would say about like six months or so.
10  Q.    Okay.  Would you say that after six months
11  that it didn't hurt anymore?
12  A.    No.  It was still hurting, but it was just
13  like -- it just took like that period of time to
14  stop like -- like if I was to change the bandage, it
15  would like stick to me and stuff like that, yeah, so
16  that stuff kind of stopped.
17  Q.    Okay.  So is it fair to say that it took
18  about six months for the skin to heal?
19  A.    It wasn't necessarily healed.  It was just
20  like -- it was just like -- I would say like -- it
21  just took for like the bandages to stop, you know,
22  like ripping like more skin off and stuff like that
23  when I changed it.  Sometimes when I changed the
24  bandage, it would like be stuck to like the inside

78

1  of my skin.
2  Q.    Okay.  So let me ask you this way.  Today
3  is July 19, 2021; okay?
4        As we sit here today, do you consider the
5  area on the left side of your butt to be healed?
6  A.    Yes.
7  Q.    Okay.  So at what point would you say, and
8  I know you gave me six months before as the time
9  when you changed bandages and, you know, the
10  bandages stopped ripping skin off, but you tell me
11  at what point -- how much time passed was it when
12  you first felt like this burn is healed?
13  A.    I'm not sure on the exact timing, but it
14  did take a long time.
15  Q.    Okay.  Would you say that it -- a year
16  after, so July 17, 2017?  Would you say that at that
17  point it had healed?
18  A.    Probably longer, because that would make it
19  the year after in the summertime and I still wasn't
20  healed in the summertime completely.
21        Because I still couldn't like sit on it
22  or -- and it would still hurt and stuff like that.
23  I couldn't participate in a lot of activities that
24  summer.  So, no, it wasn't healed.

79

1  Q.    Okay.  So when you first -- when the
2  incident first happened and you had pain in that
3  area of -- on the left side of your butt, on a scale
4  of, you know, one being almost nothing, ten being
5  absolutely the worst pain you've ever felt, so in
6  the days right after the incident, how would you
7  rate your pain?
8  A.    Days after, I would rate it a ten.  It was
9  like really sore and it was like really tight
10  feeling.  And it still was like a burning, tingly
11  feeling.  So like it was really like bad.
12  Q.    Okay.  At some point, did that -- did that
13  pain lessen?  Like did it come down from the ten?
14  A.    Yes, at some point.
15  Q.    Okay.  So at some point, did it come down
16  to a number that you felt like, oh, this is a real
17  difference, like this is a lot less?  Did that ever
18  happen?
19  A.    Yes.
20  Q.    Okay.  Do you remember when that was that
21  it came down appreciably to a place where you're
22  just like, oh, well, this -- this is a lot better?
23  A.    I would probably say -- I would probably
24  say in about a year and a half or so, something like

80

Pages 77 to 80

Ishynique McCoy 07/19/2021

1  that.
2  Q.    Okay.  So at a year and a half on that one
3  to ten scale, what was it like?
4  A.    It was probably like a five because I still
5  couldn't sit without having pain.
6  Q.    Okay.  When you first -- when you first had
7  the burn and you were like changing bandages and
8  stuff, there was probably a little bit of like
9  weeping and oozing, right?  Yes?
10  A.    Yes.
11  Q.    Okay.  When did that stop?
12  A.    I'm not sure.
13  Q.    Okay.  By a year and a half, had -- was the
14  burn itself like weeping or oozing at all?
15  A.    After like a year and a half, it was
16  starting to heal.  It was kind of like closing.
17  Q.    Was it kind of closing in that it was still
18  weeping and there was moisture coming out of there
19  or was it dry?
20  A.    I'm not sure.  Yeah.  I'm not sure.
21  Q.    Okay.  As we sit here today, though, the
22  area of the burn is dry, correct?
23  A.    Yes.
24  Q.    Okay.  When did you have to stop -- when

81

1  did you stop bandaging it?
2  A.    I stopped bandaging it after it closed up.
3  Q.    And when was that?
4  A.    Probably about a year and a half after the
5  incident.
6  Q.    Okay.
7  A.    I'm not too sure.
8  Q.    Okay.  Well, I mean if giving me numbers or
9  years is hard, you can do it based on how old you
10  were.
11      Do you remember how old you were when you
12  stopped bandaging it?
13  A.    I'm not even sure on that part neither.
14  Q.    Okay.  So other than the ER and two visits
15  to your primary care doctor, have you ever gotten
16  any other follow-up care for the burn?
17  A.    No.
18  Q.    Okay.  And I know we talked about the ER
19  and whether or not that was paid for by insurance.
20      Do you know if the two primary care visits
21  were paid by insurance?
22  A.    I'm sure they were.
23  Q.    Okay.  And to your knowledge, do you know
24  if there's any outstanding billing?

82

1      Like do you owe anybody money for any of
2  these visits, these three visits?
3  A.    No.
4  Q.    Okay.  And are you alleging that you have
5  any other injuries other than this burn related to
6  the July 17, 2016 incident?
7  A.    I don't have any other injuries.
8  Q.    Okay.  And are there any things that
9  you're -- you couldn't do or were limited in doing
10  as a result of the burn?  Yeah.
11  A.    Yeah.  I couldn't participate -- first, I
12  couldn't take showers.  I couldn't take baths.  I
13  couldn't go swimming.
14      I couldn't like get on rides or anything if
15  we was to go like have family trips because I
16  couldn't sit.
17      And, yeah, I really had to hold off for
18  like a long time with doing anything.
19  Q.    Okay.  Did you miss any school as a result
20  of this incident?
21  A.    Not really, no, I was still going to
22  school.  I just would stand up instead of sitting
23  down.
24  Q.    Anything else other than what you told me

83

1  about, that you couldn't swim, that you couldn't
2  take baths, you couldn't take showers, you couldn't
3  get on rides?
4      Is there anything else that you need me to
5  know, the things that you either couldn't do or are
6  limited in doing?
7  A.    Yeah.  It was like I could barely sleep
8  neither.  It was just very uncomfortable.
9      And I just basically had to miss out and
10  just stay in the house for a lot of stuff or just
11  watch everybody do everything because of me sitting
12  or me even getting in a car.  It was hard to get in
13  a car, as well, so.
14  Q.    Okay.  Did you have to pay anyone any money
15  to take care of you after the incident relating to
16  your injuries?
17  A.    No.  My siblings or my mom would help out.
18  Q.    Okay.  And when could you start taking
19  showers again?
20  A.    I'm not sure, but it was -- like I would
21  just like wash off without even getting in the
22  shower for a long time because --
23  Q.    How long was that, do you remember?
24  A.    I'm not really sure on how long.

84

Pages 81 to 84

Ishynique McCoy 07/19/2021

Q. Okay. And as we sit here today, is there
anything that still bothers you about the injury?
A. Yes.
Q. Okay. And what is that?
A. Wait, I'm sorry. Did you say bothered me
like the injury itself or the situation?
Q. Well, the injury.
A. No. The burn, it doesn't bother me to this
day, no. The only thing that bothers me is like the
image of it, but that's it.
Q. Okay. And when you say the image of it,
what do you mean?
A. I mean like how nasty it looks and like how
it looks in general.
Q. Okay. Is there a scar?
A. Yes.
Q. Okay. How big is the scar?
MR. ROTHERMEL: It's big. We
sent photos.
THE WITNESS: Yeah. It's pretty
big. I'm not really too accurate on like
measurements and stuff.
MS. TO: Okay. Hold on one
second. Okay. Is -- and I know that your

85

attorney sent photos, but the photos sort
of exist outside of context.
So, Frank, can you -- Frank, do
you have in front of you the photos that
you provided December 9, 2019?
There were, I mean me see, one, two,
three, four, five, six, seven, eight, nine,
ten, eleven, twelve, thirteen, fourteen, it
was like thirty-seven pages in the entire
production. Do you have that in front of
you, Frank?
MR. ROTHERMEL: I did. I mean I
have them on my server. I don't have them
on my iPad.
MS. TO: Okay. Can we go off the
record for one second, please?
VIDEOGRAPHER: The time is 12:45
p.m. We are going off the video record.
(At this time, a discussion was
held off the record.)
VIDEOGRAPHER: The time is 12:47
p.m. We are now back on the video record.
BY MS. TO:
Q. Thank you. Ms. McCoy, I am hopefully

86

showing you -- sharing my screen with you, or
sharing actually Ms. Foreman's screen with you, that
has some photographs that were distributed by
your -- your attorney. Do you see photographs on
your screen?
A. Yes.
Q. Okay. So right now on your screen -- and
I'm just going --
MS. TO: I'm going to mark the
entire stack as McCoy-1 just because I'm
not sure how to extract them separately.
(At this time, photographs were
marked for identification as Exhibit No.
McCoy-1.)
BY MS. TO:
Q. So I'm showing you IshyniqueMcCoy.zip and
it says 2.jpg. There's a photograph on the screen.
Do you see that?
A. Yes.
Q. Okay. And what does this picture show?
A. That shows the scar and that's what it
looks like today.
Q. Okay. And so this is the scar that is
on -- on your body as a result of the incident,

87

correct?
A. Yes.
Q. Okay. Let me just move on to the next page
if I can do that, my goodness, hold on.
Okay. And then the next page is
IshyniqueMcCoy.zip, 3.JPG. Is this also just
another view of the scar and this is what it looks
like now?
A. Yes.
Q. Okay. Okay. This one looks almost
identical. Let me move on to the next one if I can.
Okay. And then this is page 31 of McCoy-1.
This IshyniqueMcCoy.zip, 7.JPG, is this another view
of the scar and this is what it looks like now?
This is I guess a view from -- taking the
picture from the back?
A. Yes.
Q. Okay. Okay. And looking on page 34 of
McCoy-1, what does this picture show?
A. That shows the scarring when it first
happened.
Q. Okay. Do you know who took this
photograph?
A. I'm not sure.

88

Ishynique McCoy 07/19/2021

| | |
|---|---|

1  Q.    Okay.  But this photograph depicts right
2  after the incident occurred, correct?
3  A.    Yes.
4  Q.    Okay.  And this is not what your scar looks
5  like today?
6  A.    No.
7  Q.    Okay.  I'm trying to make this smaller.
8         MR. ROTHERMEL:  Control minus
9  might work.
10        MS. TO:  I'm sorry?
11        MR. ROTHERMEL:  Control minus.
12        MS. TO:  Okay.  I think I took
13  the pictures off the screen which is fine.
14  I'm done with them.
15 BY MS. TO:
16 Q.    Ms. McCoy, did you ever give -- and again,
17 I don't want to hear about anything that you've
18 talked about with your attorney.
19        Did you ever give a statement to anyone
20 about this incident?
21 A.    I've told like people that my phone blew
22 up, but I never told anyone nothing about a lawsuit
23 or anything, no.
24 Q.    Okay.  So after the phone was thrown out

89

1  Q.    Okay.  Did you ever bring your phone to
2  your attorney?
3  A.    I believe -- yeah, me and my mom.
4  Q.    Okay.  Do you know when you did that?
5  A.    I'm not sure.
6  Q.    Okay.  Do you know -- before you brought it
7  to your attorney, did anyone try to figure out what
8  happened with the phone?
9  A.    I'm not sure.
10 Q.    Okay.  After the incident, did anyone ever
11 take the phone apart?
12 A.    No.  Not that I know of, no.
13 Q.    Do you know where the phone was stored
14 before it went to your attorney?
15 A.    No.
16 Q.    Okay.  So at the very beginning of my
17 questions for you, I told you that my client was
18 Asurion.
19        Do you know who they are?  Have you ever
20 heard of their name?  Have you ever heard of
21 Asurion?
22 A.    No.
23 Q.    Okay.  Do you have any intention of getting
24 any treatment, any other treatment, for your

91

1  the window, was the phone ultimately recovered?
2  Like did you go get it?
3  A.    I don't think so.  I think the ambulance --
4  I'm not sure who got the phone.
5  Q.    Okay.  Did you ever take a look at the
6  phone after the incident?
7  A.    Yes.
8  Q.    Okay.  When was that?
9  A.    When we got out the house and went to the
10 backyard.
11 Q.    And what did you see?
12 A.    I saw like -- I saw like -- it was like
13 smoke in the sheet.  It was kind of like wrapped in
14 the sheet, but I did see like it was like burnt
15 earphones.
16 Q.    Okay.  And fair to say the phone was not
17 usable after that, right?
18 A.    No.
19 Q.    Okay.  And did you do anything with the
20 phone after you saw it on the ground?
21 A.    No.
22 Q.    Okay.  Do you -- do you know who, if it was
23 not you, ultimately recovered the phone?
24 A.    No.

90

1  injuries whatsoever?
2  A.    I've looked into it.  But I'm not
3  comfortable with even letting anyone touch it or do
4  any work on it.  I've just accepted the fact that
5  it's there and it's not going away.
6  Q.    Okay.  And now when you say you've looked
7  into it, what have you looked into?
8  A.    I've just looked into like how I could get
9  rid of it.  But from what I've seen, it could be
10 painful or result into another healing process or --
11 and stuff like that, so.
12 Q.    Okay.  Well, when you say you've looked
13 into getting rid of it, have you had any type of
14 medical consults or like seen anybody about doing
15 whatever it is to get rid of it?
16 A.    No.  I just did like research online and
17 stuff like that.
18 Q.    Okay.  Okay.
19        MS. TO:  I am going to look
20 through my notes, but some of the other
21 attorneys might have a few questions for
22 you.  But thank you so much again for your
23 patience.
24        THE WITNESS:  You're welcome.

92

Pages 89 to 92

Ishynique McCoy 07/19/2021

| | |
|---|---|
| | **93** |

BY MS. FOREMAN:
1
2    Q.    Hi, my name is Melanie Foreman.
3    A.    Hi.
4    Q.    Hi.  As I mentioned at the very beginning
5    of the deposition, I represent third-party
6    defendant, ATC Logistics and Electronics, Inc.
7         Now, before I get into asking you some
8    questions, do you need a break?
9    A.    No.  I'm fine.
10   Q.    Okay.  And Ms. To gave you a lot of
11   instructions at the very beginning of the
12   deposition.
13        Those instructions still apply, including
14   that if you do end up needing a break while I'm
15   asking you questions, please just let me know and
16   we'll go off the record and take a few minutes.
17   A.    All right.
18   Q.    And it looks like you are in your
19   attorney's office; is that correct?
20   A.    Yes.
21   Q.    And is it just you and Mr. Rothermel in the
22   room that you are in?
23   A.    Yes.
24   Q.    Thank you.

                                                   93

1         MS. FOREMAN:  Thanks, Frank.  For
2    the record, Frank scanned the room to show
3    me there was no one else.  Thank you.
4    BY MS. FOREMAN:
5    Q.    Now, I'm going to jump around a little bit
6    because Ms. To did a good job asking you a lot of
7    questions.  So it might seem like I am jumping
8    around because I don't want to ask you the same
9    questions that you've already been asked.
10   A.    All right.
11   Q.    You were telling us about a doctor that you
12   saw on Woodland Avenue.
13        Was that one of the Philadelphia public
14   health clinics?
15   A.    Yes.
16   Q.    Did you take any photographs of the
17   mattress after this incident?
18   A.    No.
19   Q.    Did you end up getting rid of the mattress?
20   A.    I believe so, yes.
21   Q.    Do you know when you got rid of the
22   mattress?
23   A.    I'm not sure.
24   Q.    Did you continue to use it for a period of

                                                   94

1    time?
2    A.    No.
3    Q.    Did you take any photographs of the
4    headphones that were plugged into your phone at the
5    time of the incident?
6    A.    No.  I didn't, no.
7    Q.    Did anybody else?
8    A.    I'm not really sure.  Yeah.  I'm not really
9    sure.  I don't think so.
10   Q.    Do you still have those earphones?
11   A.    No.
12   Q.    Did you throw them away?
13        MR. ROTHERMEL:  They were
14   provided in the non-destructive testing and
15   also at the destructive testing.  So you'll
16   see their images.  It was part of what we
17   provided.
18        MS. FOREMAN:  So did you get rid
19   of the headphones?
20        MR. ROTHERMEL:  No.  They're --
21        MS. FOREMAN:  I'm asking your
22   client.
23        THE WITNESS:  The earphones are
24   still attached to the phone wherever the

                                                   95

1    phone is.
2         MR. ROTHERMEL:  And I had
3    provided the phone pursuant to the protocol
4    for the non-destructive testing and then it
5    was out of my control and then it was --
6    and it just underwent the destructive
7    testing.
8         MS. FOREMAN:  Thanks.
9         MR. ROTHERMEL:  And I believe
10   that they were at least watching it.  They
11   had -- it was still a test.
12   BY MS. FOREMAN:
13   Q.    Did you take a photograph of the bundle as
14   it existed in your backyard after you threw it out?
15   A.    No.
16   Q.    Do you know if anybody else took a photo of
17   that?
18   A.    I'm not sure.
19   Q.    You said that you had a cousin at your
20   house at the time of the incident.
21        What was your cousin's name?
22   A.    Tyshirah Martin.
23   Q.    Can you spell her first name?
24   A.    T-Y-S-H-I-R-A-H.

                                                   96

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

Ishynique McCoy 07/19/2021

---

1　Q.　And last name, Martin, M-A-R-T-I-N?
2　A.　Yes.
3　Q.　How old was she at the time of the
4　incident?
5　A.　She was probably 15.
6　Q.　Do you know where she lives now?
7　A.　Yes, 848 North Brooklyn Street.
8　Q.　Did she live with your Aunt Nikita?
9　A.　Yes.
10　Q.　Is she Nikita's daughter?
11　A.　Yes.
12　Q.　Where was Tyshirah when the incident
13　happened?
14　A.　She was in another room.  But once the loud
15　noise came throughout the house, that's when like
16　she like ran up to the --
17　Q.　And your sister whose phone you were using,
18　was that Shymira?
19　A.　Yes, Shamiyah.
20　Q.　Shamiyah, was Shamiyah in the room at the
21　time of the incident?
22　A.　She came right after the loud noise.
23　Q.　Since -- you said that at the time of the
24　incident you were going to Yes Philadelphia High?

97

---

1　A.　Yes.
2　Q.　And so even though it was the summer, you
3　were still going to school?
4　A.　Yes.
5　Q.　How would you get to school?
6　A.　Sometimes I would walk and sometimes I
7　would catch like SEPTA or sometimes I would get a
8　ride from my mom.
9　Q.　Did you ever take a school bus?
10　A.　No.
11　Q.　After this incident, how would you get to
12　school?
13　A.　I walked.
14　Q.　Do you know what kind of health insurance
15　you current -- you had at the time of the accident?
16　A.　I'm not sure.  But if I did have insurance,
17　it would be Keystone First.
18　Q.　Do you currently have health insurance?
19　A.　Yes, Keystone First.
20　Q.　Do you have your Keystone First card with
21　you?
22　A.　I could check.
23　Q.　Okay.  Well, we can check a little later,
24　but I'll be asking your counsel for that

98

---

1　information.
2　A.　Okay.
3　Q.　Thank you.  Do you know if you submitted
4　any bills to Keystone First?
5　A.　No.
6　Q.　You don't know?
7　A.　No.
8　Q.　If you needed to go to a doctor today for a
9　primary care visit, where would you go?
10　A.　Stephen Klein Wellness Center.
11　Q.　And at the time of the incident, was
12　your -- was the iPhone 6 Plus plugged into the
13　charger?
14　A.　No.
15　Q.　Immediately before the incident, I believe
16　you said you were sitting on your bed; is that
17　correct?
18　A.　Yes.
19　Q.　Where was the phone in relation to your
20　body?
21　　　For instance, was it to the left of you?
22　Was it behind you?  Was it in front of you?
23　A.　It was to the left close by like on the
24　side of me kind of.

99

---

1　Q.　Were you sitting on the bed or were you
2　lying down on the bed?
3　A.　I was sitting on the bed.
4　Q.　Were your legs off to the side of the bed?
5　A.　My legs was hanging off the bed.
6　Q.　Between the time of the incident occurring
7　and someone telling you that your butt was on fire,
8　did you feel anything on your left butt -- buttocks?
9　A.　No, not until after.
10　Q.　Until after what?
11　A.　Until after I noticed it was there and we
12　put it out and then that's when I started to feel
13　like the burning and stuff.  But I didn't feel
14　anything at the time.
15　Q.　So you didn't feel it before you got
16　outside; is that correct?
17　A.　No.
18　Q.　That's correct?
19　A.　Yes, that's correct.
20　Q.　What kind of things would you use the
21　iPhone 6 Plus for?
22　A.　Just talking, texting, Facebook, pictures
23　and stuff like that.
24　Q.　Would you use it for music?

100

---

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ishynique McCoy 07/19/2021

| | |
|---|---|
| 1 | A.   Oh, yeah, music, too. |
| 2 | Q.   **Browsing the internet?** |
| 3 | A.   Yep. |
| 4 | Q.   **Would you use like the GPS, like the maps** |
| 5 | **function?** |
| 6 | A.   Yes. |
| 7 | Q.   **Between the time you got the phone and the** |
| 8 | **time of the incident, had you dropped it?** |
| 9 | A.   No. |
| 10 | Q.   **Can you -- you said earlier that you** |
| 11 | **usually charged the phone at night; is that correct?** |
| 12 | A.   Yes. |
| 13 | Q.   **Would you charge it any other times, as** |
| 14 | **well?** |
| 15 | A.   Usually, like just -- I'll make sure I do |
| 16 | it for sure on school nights.  But since it was like |
| 17 | a weekend and someone like that I was talking to was |
| 18 | like getting on my nerves really bad, I just didn't |
| 19 | care to charge it at all or even be on it. |
| 20 | Q.   **When you noticed that your -- that there** |
| 21 | **was something wrong with your left buttocks, what** |
| 22 | **did you do?** |
| 23 | A.   I called my mom. |
| 24 | Q.   **On the phone?** |

101

| | |
|---|---|
| 1 | A.   Yes.  Not the phone that blew up, on my |
| 2 | sister's phone. |
| 3 | Q.   **Did somebody put -- like was -- were your** |
| 4 | **clothes on fire?** |
| 5 | A.   My clothes wasn't on fire because the |
| 6 | shorts were like kind of small.  So it was really |
| 7 | just my butt was on fire and like my sisters had |
| 8 | like -- just was like hitting it and it was just |
| 9 | out. |
| 10 | Q.   **So which sister hit it?** |
| 11 | A.   Shamiyah, and I'm not sure who else did it, |
| 12 | but it was more than one person. |
| 13 | Q.   **Did they hit it with their hands or with** |
| 14 | **something else?** |
| 15 | A.   Their hands. |
| 16 | Q.   **Did they get burned?** |
| 17 | A.   No. |
| 18 | Q.   **Did you end up taking your shorts off?** |
| 19 | A.   I just pulled it up and stuff because -- |
| 20 | yeah.  I had pulled it up because someone took a |
| 21 | picture of it I believe, but I never took them off. |
| 22 | They were just like stretchy shorts that I could |
| 23 | just pull up. |
| 24 | Q.   **Did you put any water on your butt?** |

102

| | |
|---|---|
| 1 | A.   Yes. |
| 2 | Q.   **Did you pour water over it or how did that** |
| 3 | **work?** |
| 4 | A.   Yeah.  I poured like water from out the |
| 5 | sink. |
| 6 | Q.   **Do you know what kind of cream the hospital** |
| 7 | **gave you?** |
| 8 | A.   No. |
| 9 | Q.   **Did you ever go to a burn clinic?** |
| 10 | A.   No. |
| 11 | Q.   **Did you ever go to see a social worker in** |
| 12 | **relation to this incident?** |
| 13 | A.   No. |
| 14 | Q.   **Did you go to a counselor in relation to** |
| 15 | **this incident?** |
| 16 | A.   No. |
| 17 | Q.   **How about a psychiatrist?** |
| 18 | A.   No. |
| 19 | Q.   **How about a psychologist?** |
| 20 | A.   No. |
| 21 | Q.   **Have you seen a plastic surgeon in relation** |
| 22 | **to this incident?** |
| 23 | A.   No. |
| 24 | Q.   **Do you have a -- any tattoos on your left** |

103

| | |
|---|---|
| 1 | **leg?** |
| 2 | A.   Yes. |
| 3 | Q.   **Where is that?** |
| 4 | A.   It's at the top of my thigh. |
| 5 | Q.   **In the front?** |
| 6 | A.   Kind of on the side. |
| 7 | Q.   **The side of your left -- the topside of** |
| 8 | **your left thigh?** |
| 9 | A.   Yes. |
| 10 | Q.   **When did you get that?** |
| 11 | A.   I'm not sure.  It was a few years ago. |
| 12 | Q.   **Was it before or after this incident?** |
| 13 | A.   I really don't remember. |
| 14 | Q.   **I'm going to show you a photo -- two** |
| 15 | **photographs.  I'll do them one at a time, just give** |
| 16 | **me one moment.  You see that on your screen?** |
| 17 | A.   Yes. |
| 18 | Q.   **Is that what your -- the back of your phone** |
| 19 | **looked like after the incident?** |
| 20 | A.   Yes. |
| 21 |      MR. ROTHERMEL:  May I ask is that |
| 22 | from the -- before the destructive and |
| 23 | non-destructive testing?  I couldn't hear |
| 24 | them.  Did you hear the question? |

104

Pages 101 to 104

Ishynique McCoy 07/19/2021

```
1          MS. FOREMAN:  What was the
2   question?
3          MR. ROTHERMEL:  Was this a
4   photograph that was taken at the
5   destructive/non-destructive testing?
6          MS. FOREMAN:  I believe so.  And
7   I apologize.  My computer is acting a
8   little slow right now.
9          MR. ROTHERMEL:  No.  You're doing
10  great.  I just finished an eight-day Zoom
11  trial in Collinsport.  It was like, oh, my
12  God, I don't know.  We had a couple hundred
13  exhibits and it was -- I needed a -- I
14  needed a high-tech person to do the share
15  because it was impossible.
16         MS. FOREMAN:  I may have to pop
17  off and resign on just because my
18  connection has sort of petered out here.
19  I'm going to try to stay connected, but.
20         MS. TO:  Melanie, you still
21  there?  I think she's probably off.  We can
22  probably just go off video and off the
23  transcript while she's reconnecting.
24         VIDEOGRAPHER:  The time is 1:18
```

105

```
1   p.m.  We are going off the video record.
2          (At this time, a short break was
3   taken.)
4          VIDEOGRAPHER:  The time is 1:19
5   p.m.  We are now back on the video record.
6   BY MS. FOREMAN:
7   Q.    Can you see the photo up on the screen?
8   A.    Yes.
9   Q.    Is that what your phone looked like after
10  the incident?
11  A.    Yes.
12  Q.    And again, you don't know who had the phone
13  before you took it to your attorney?
14  A.    No.
15  Q.    When did you first think about filing a
16  lawsuit?
17  A.    My mom handled everything, so.
18         MS. FOREMAN:  I'm going to pass
19  it along to one of the other attorneys
20  while I also look at my notes.
21  BY MR. PECCI:
22  Q.    I'll jump in with a few.  Good afternoon,
23  my name is Marc Pecci.
24         You mentioned earlier that there were some
```

106

```
1   family trips with regard to things that may have
2   been impacted by the incident.
3          Did you actually miss any family trips
4   because of the burn?
5   A.    I didn't miss the trips.  I just missed out
6   on the activities.
7   Q.    And what were the activities?
8   A.    Just like getting in the ocean, going
9   swimming, riding rides, it was just like stuff like
10  that.
11  Q.    When did you miss out on swimming in the
12  ocean?
13  A.    You said when?
14  Q.    When?
15  A.    I'm not sure on the exact dates, but we go
16  to like Atlantic City and stuff multiple times in
17  the summer.
18  Q.    All right.  Well, this incident happened in
19  the summer of 2016.
20         Did you miss any opportunities to go
21  swimming in the ocean in Atlantic City that summer?
22  A.    Yes.  And I missed the school trip at
23  Dorney Park.  I wasn't able to swim or ride the
24  rides, as well.
```

107

```
1   Q.    Let's stay with Atlantic City and the
2   ocean.
3          So how many times in the summer of 2016
4   after this first happened did you miss an
5   opportunity to swim in the ocean?
6   A.    Two times.
7   Q.    Okay.  What about the next summer, 2017,
8   did you miss any opportunities to go in the ocean
9   then or were you okay to do that by then?
10  A.    Oh, no.  I missed activities in that
11  summer, as well.
12  Q.    What activities did you miss in that
13  summer, as well?
14  A.    I missed the pool at Dorney Park.  We went
15  there as a family trip.  And we went to Atlantic
16  City multiple times.  I'm not sure on how many times
17  it was.
18  Q.    Okay.  So you weren't able to go into the
19  pool or in the ocean in the summer of 2017.  Is that
20  what you're telling us?
21  A.    Yes.
22  Q.    What about the summer of 2018; were you
23  able to go in the ocean then?
24  A.    I'm not sure.
```

108

Pages 105 to 108

Ishynique McCoy 07/19/2021

1  Q.    Well, this is two years after the incident.
2  I think you already testified that you pretty well
3  had healed at that point, right?
4  A.    '18, yes, I'm not sure.  I don't think we
5  had any beach trips in 2018.
6  Q.    Okay.  So that summer you and your family
7  didn't go down to Atlantic City multiple times?
8  A.    No.
9  Q.    What year was the school trip to Dorney
10  Park?
11  A.    It was July 2017.
12  Q.    Did you miss any other school trips besides
13  that one?
14  A.    No.
15  Q.    In preparation for your deposition today,
16  did you review the complaint that actually started
17  this lawsuit?
18  A.    No.
19  Q.    Did you ever review the complaint that you
20  filed or was filed on your behalf by your lawyers
21  that started this case?
22  A.    I'm not sure what you mean.  Could you
23  repeat that?
24  Q.    Well, the complaint is the legal document,

109

1  and you can always talk to your lawyer off the
2  record if you want before you continue, but that's
3  what starts the lawsuits.
4       It sets forth the factual allegations and
5  then you say and this is why you defendants did
6  something wrong.
7       So that's what this is.  Are you familiar
8  with that complaint?
9  A.    Yes.
10  Q.    All right.  Are you aware that paragraph 11
11  of the complaint says that your iPhone 6 was in your
12  back pocket when the phone suddenly and without
13  warning exploded?
14  A.    No.
15  Q.    Was your iPhone in your back pocket when it
16  made this loud boom?
17  A.    No.
18  Q.    Was the phone in your back pocket at all at
19  any time in relation to the incident that you say
20  caused those burns?
21  A.    No.
22  Q.    Okay.
23        MR. ROTHERMEL:  Apologies for
24  that.

110

1        MR. PECCI:  I'm sorry?
2        MR. ROTHERMEL:  Apologies for
3  that.
4        MR. PECCI:  No need, Frank.
5  BY MR. PECCI:
6  Q.    The tattoo that you were being asked about
7  a short while ago, did you get that before or after
8  you were 16?
9  A.    Probably after.
10  Q.    Did you go to an actual tattoo parlor to
11  get that done or did somebody do that for you?
12  A.    Somebody did it for me.
13  Q.    Okay.  So did you pay for it?
14  A.    Yes.
15  Q.    Did you need your parents' consent in order
16  to get the tattoo?
17  A.    No.
18  Q.    What's the tattoo of?
19  A.    It's a flower.
20  Q.    How big?
21  A.    It's like mid-sized.
22  Q.    Could you describe that in inches for me
23  instead of just mid-sized?
24  A.    I'm not too sure on measurements, but it's

111

1  kind of -- it's like kind of like a medium-sized
2  flower.
3  Q.    Do you have any photos of it that you took?
4  A.    No.
5  Q.    And so I believe you said on the top of
6  your left thigh, right?
7  A.    Yes.
8  Q.    Is that the front of your left thigh, the
9  side of your left thigh, the rear?
10  A.    It's kind of like on the side.  Some of it
11  is touching the front.
12  Q.    So sort of like your left hip area moving
13  to the front of your thigh?
14  A.    Yes.
15  Q.    Is it in color?
16  A.    No.
17  Q.    I think, if I heard your testimony
18  correctly, that you said that you were wearing a
19  t-shirt and a pair of shorts when this happened.  Am
20  I right?
21  A.    Yes.
22  Q.    What was the t-shirt made of?
23  A.    Cotton.
24  Q.    And what were the shorts made of?

112

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ishynique McCoy 07/19/2021

1    A.    Cotton.
2    Q.    Did the shorts have any pockets in them?
3    A.    No.
4    Q.    Was the t-shirt tucked into your shorts or
5    outside of your shorts?
6    A.    Outside of my shorts.
7    Q.    Do you remember what color the shorts and
8    the t-shirt were?
9    A.    I believe the shorts and the shirt was
10   black.
11   Q.    Was there any damage at all to the shorts
12   or the t-shirt after this fire?
13   A.    No.
14   Q.    No?
15   A.    No.
16   Q.    There were no holes in them?
17   A.    No.
18   Q.    There were no burn marks on them?
19   A.    No.
20   Q.    No scorching marks on them?
21   A.    No.  The shorts were like -- they were
22   small shorts.
23   Q.    So at no time was either the t-shirt or the
24   shorts actually on fire.  Is that true or false?

113

1    A.    True.
2    Q.    And you said that your sister and perhaps
3    your cousin had to actually put fire out on your
4    skin?
5    A.    Yes.
6    Q.    How long would you estimate it was between
7    when the loud boom occurred and when you were out in
8    your backyard and your family started trying to put
9    this fire out on your leg?
10   A.    I would say about -- probably about two
11   minutes.
12   Q.    In that two-minute period, did you feel any
13   pain in the area where you say the burn is?
14   A.    No.
15   Q.    None at all?
16   A.    No.
17   Q.    Where was your father when this happened?
18   A.    He was at the park.
19   Q.    What park?
20   A.    It's called the Martin Luther King Center.
21   Q.    And where was that in relation to where you
22   were living at the time on -- what was that, Turner
23   Street?
24   A.    Yes.  It was a block across.

114

1    Q.    A block across what?
2    A.    From Turner Street, actually, it was two
3    blocks across.  You could see the park from the
4    house.
5    Q.    Okay.  I believe you then said your sister
6    called your grandmother and then she called your
7    mother?
8    A.    My sisters and cousin called my grandmom,
9    but I called my mom.
10   Q.    Where was your mom at the time?
11   A.    She was at work.
12   Q.    And where was she working then?
13   A.    Worldwide Flight Services.
14   Q.    Is that at the airport?
15   A.    Yes.
16   Q.    And that was where you were working for a
17   period of time, too, right?
18   A.    Yes.
19   Q.    Was she also a -- what was it called, a
20   gate agent?
21   A.    Yes, a cargo agent.
22   Q.    A cargo agent.  Did she come home after you
23   called her?
24   A.    Yes.

115

1    Q.    Was she able to leave work immediately and
2    come meet you?
3    A.    Yes.
4    Q.    How long did it take her to get home?
5    A.    It took her about 15 minutes.
6    Q.    And I kind of -- while we've been doing the
7    deposition, I looked at where -- and it was 2046
8    Turner Street in Philadelphia, right?
9    A.    Yes.
10   Q.    What area of Philadelphia would you call
11   that?
12   A.    North Philadelphia.
13   Q.    And did your mom's employer have a facility
14   at the Philadelphia International Airport or
15   someplace else?
16   A.    Could you repeat that?
17   Q.    Yeah.  Where was your mother coming from?
18   A.    She was coming from the airport.
19   Q.    How soon after you called your mother --
20   well, let me back up.
21         Who called the EMTs or fire department,
22   whichever entity arrived first?
23   A.    My dad.
24   Q.    How long after you were now in the backyard

116

Pages 113 to 116

Ishynique McCoy 07/19/2021

1   was it before your father arrived?
2   A.    He arrived probably a minute or two later.
3   Q.    What did your father do when he got there?
4   A.    He called the fire department or the
5   ambulance.
6   Q.    I assume he just dialed 911 or do you not
7   know?
8   A.    Yeah.  I'm not sure.
9   Q.    Okay.  Did your grandmother come over?
10  A.    No.  She -- she actually didn't believe us.
11  Q.    How do you know that?
12  A.    She told us that she thought we was playing
13  around.
14  Q.    Did she say what she thought you were
15  doing?
16  A.    No.  She just was telling us like stop
17  playing and stuff like that and where was my mom and
18  stuff like that.
19  Q.    Were you guys playing with lighters or
20  matches or anything?
21  A.    No.
22  Q.    Were you smoking anything, cigarettes,
23  cigars, whatever?
24  A.    No.

117

1   Q.    How long after your father called 911 did
2   they arrive?
3   A.    They arrived the same time as my mom.  I
4   would say like probably ten minutes or more.
5   Q.    Is that an estimation?
6   A.    Yes.  I would probably say like ten minutes
7   after.
8   Q.    And I think you said that your mother
9   traveled with you via the ambulance to Hahnemann?
10  A.    Yes.
11  Q.    I want to make sure that I heard the
12  testimony correctly.  My notes say that you heard a
13  sound like a loud boom as if a gun went off.  Is
14  that what you had said?
15  A.    Yes.
16  Q.    And at that point, I think based on other
17  testimony, you were seated on the bed.  The phone
18  was somewhere close by you, maybe on your left side,
19  with your legs dangling off the bed.  So far
20  correct?
21  A.    Yes.
22  Q.    Was the phone underneath the -- the sheet?
23  A.    No.  It was on top.
24  Q.    Got it.  Was it also on top of the blanket?

118

1   A.    No.
2   Q.    Was it between a sheet -- because you had a
3   contour sheet, right, right?
4   A.    Yes.
5   Q.    And you had a blanket, right?
6   A.    Yes.
7   Q.    And no pillows?
8   A.    Yes.
9   Q.    Was it -- the phone between the contour
10  sheet and the blanket?
11  A.    No.  It was just on the sheet.
12  Q.    Okay.  So it was on the sheet, but the
13  blanket wasn't covering it?
14  A.    Yeah, no.
15  Q.    That's confusing to me.  Was the blanket
16  covering the phone that was on the sheet?
17  A.    No.
18  Q.    Okay.  So when you say it was a loud boom
19  as if a gun went off, was it really that loud as if
20  somebody just shot a gun?
21  A.    Yes.
22  Q.    Did you see any sparks come out of it?
23  A.    No.
24  Q.    Did I hear you say that you weren't sure

119

1   the source of that boom?
2   A.    Yes.
3   Q.    Even though it was right next to you?
4   A.    Yes.
5   Q.    What did you think the source of the sound
6   was?
7   A.    I wasn't sure at the moment.  I noticed the
8   fire once my sister came in the room.
9   Q.    And then I don't think that was my -- I was
10  trying to figure out what you thought may have
11  caused that loud boom.
12         Did you think it was a gunshot outside or
13  did you think it was a backfire from a car?  What
14  did you think it was?
15  A.    Honestly, I don't remember.  I just
16  remember it was a really loud noise.
17  Q.    Okay.  And again, these are just my notes,
18  so I'm just going to double check your testimony.
19         If I recall, I thought you said that once
20  you heard that noise, you stood up from the bed?
21  A.    Yes.
22  Q.    Okay.  So you didn't sit on the bed for any
23  period of time.  Once you heard that noise, you
24  stood up?

120

Pages 117 to 120

Ishynique McCoy 07/19/2021

1    A.    Yes.
2    Q.    At that point, did you feel anything on
3    your butt?
4    A.    No.
5    Q.    It wasn't hurting?
6    A.    No.
7    Q.    It wasn't burning?
8    A.    No.
9    Q.    And obviously, your clothes weren't burning
10   because they were never burned, correct?
11   A.    Yes.
12   Q.    And then you stood -- when you stood up,
13   you looked and you saw that the bed was on fire?
14   A.    Yes.
15   Q.    What was exactly burning?
16   A.    The sheets and the plastic and the phone.
17   Q.    And the phone.  Did you see actual flames?
18   A.    Yes.
19   Q.    Was the blanket burning at all at this
20   point?
21   A.    No.
22   Q.    And it sounds to me like your sister and
23   your cousin came in pretty quickly after that,
24   right?

121

1    A.    Yes.
2    Q.    And then you all tried to put the fire out?
3    A.    Yes.
4    Q.    When you gathered up -- what was it you
5    threw out the window?  Was it just the sheet and the
6    phone or was it the blanket, too?
7    A.    Just the sheet and the phone.
8    Q.    This bedroom that you were in -- it was a
9    bedroom, right?
10   A.    Yes.
11   Q.    Where did it -- where was it in relation to
12   the front yard or the backyard, closer to the back
13   of the house, front of the house?
14   A.    Yes.  It was close to the back.
15   Q.    Did it have a window facing out the back?
16   A.    Yes.
17   Q.    This house did not have windows on the
18   side, correct?
19   A.    Just one in the bathroom.
20   Q.    Is the bathroom a smaller addition off the
21   back of this house?
22   A.    Yes.
23   Q.    And you were on the third floor, correct?
24   A.    Yes.

122

1    Q.    When you threw the sheet and the phone out
2    the window, where did it land exactly?
3    A.    It landed like right outside the window.
4    It was on the concrete kind of.
5    Q.    Was there like a concrete patio down there?
6    A.    Yes.  It was half concrete, half dirt.
7    Q.    Was the backyard enclosed by a wall or a
8    fence at all?
9    A.    A gate.
10   Q.    Well, what did the gate open into?
11   A.    The gate opened into the front of our block
12   to the backyard.
13   Q.    When you came downstairs and went to the
14   backyard, was the sheet on fire still?
15   A.    No.
16   Q.    Was the phone on fire?
17   A.    No.
18   Q.    And I think -- I think you said that at no
19   point did -- well, let me ask this.  You can tell me
20   if you already said something about it.
21         Did anybody put any water on the phone to
22   make sure that it wasn't going to blow up again?
23   A.    I'm not sure.  I don't think so.
24   Q.    And I think one of the things you said is

123

1    that you stood up in school sometimes instead of
2    sitting down because of the burn.  Did I hear you
3    tell me that?
4    A.    Yes.
5    Q.    For what period of time did you
6    occasionally stand instead of sit at school?
7    A.    So around this time school started at 9:00.
8    I would leave at 1:00 most days.
9    Q.    Are you saying you had to be in school at
10   9:00 and then you would finish at 1:00?
11   A.    Yes.
12   Q.    My question was a little more specific.
13   Was there a period of time that you stood instead of
14   sitting at school because of this burn?
15   A.    Yes.
16   Q.    How long?
17   A.    Almost the whole day, I couldn't sit at
18   all.
19   Q.    Okay.  And for how many weeks or months or
20   whatever the time period was?
21   A.    I'm not sure.
22   Q.    Okay.  You also told us that sleeping
23   wasn't comfortable.
24         For what period of time was sleeping

124

Pages 121 to 124

Ishynique McCoy 07/19/2021

1  uncomfortable before it wasn't uncomfortable
2  anymore?
3  A.     It was a long period of time, probably like
4  a couple months.
5  Q.     And when somebody uses the word a couple, I
6  like to find out what they mean by it because my
7  definition may be different from yours.  What do you
8  mean?
9  A.     It was about like I would say about five to
10 six months.
11 Q.     Okay.
12          MR. PECCI:  I think that those
13     are the only questions I have.  I may have
14     some followup as we circle back around, but
15     thank you very much.
16          THE WITNESS:  You're welcome.
17 BY MS. LEFFLER:
18 Q.     Hi, Ms. McCoy.
19 A.     Hi.
20 Q.     My name is Erin Leffler and I represent
21 Apple in this lawsuit.
22     Before we start, I think I probably have
23 another -- at least another 30 minutes or so.  So
24 I'm wondering -- this may be a good time now to take

125

1  A.     No.  I barely use computers.
2  Q.     Okay.  And besides the phone device that
3  you've talked about today, whether that was the
4  iPhone 6 Plus that was stolen or the iPhone 6 Plus
5  involved in this incident or a phone later on, have
6  you used any other kind of like tablet or mobile
7  device or anything like that?
8  A.     No.
9  Q.     Okay.  Have you ever called or emailed
10 Apple about this incident?
11 A.     No.
12 Q.     Okay.  Do you know if anyone in your family
13 has called Apple about the incident?
14 A.     No.
15 Q.     No, you don't -- it was a bad question, so
16 let me ask it a different way.
17     Are you aware of anyone having called Apple
18 on your behalf?
19 A.     No one called.
20 Q.     Okay.  Have you ever posted anything about
21 this incident on social media?
22 A.     Yes.
23 Q.     What social media like apps have you used
24 to post about this incident?

127

1  a break.  I don't know if you want to get something
2  to eat, whatever you want to do.  Would you like to
3  take a break?
4  A.     No.  I'm fine.
5          MS. LEFFLER:  Is everyone else
6     okay to continue?
7          MR. PECCI:  I'm good.
8          MS. FOREMAN:  Yes, thank you.
9          MS. LEFFLER:  Okay.
10 BY MS. LEFFLER:
11 Q.     So again, like the other attorneys here,
12 I'm going to try not to repeat what you've already
13 testified to.  I may have to jump around a little
14 bit.
15     But before you filed this lawsuit, have you
16 ever filed any other kind of complaints about a
17 product or anything like that before?
18 A.     No.
19 Q.     Do you use a computer?
20 A.     No.
21 Q.     Did you use a computer back in 20 -- the
22 summer of 2006(sic) when this incident happened?
23     Like did you have your own computer like
24 for schoolwork or anything like that?

126

1  A.     Well, at the time it was Facebook.
2  Q.     Okay.  Any other apps, like Instagram or
3  TikTok, Snapchat, anything like that?
4  A.     No.
5  Q.     Okay.  And when you posted on Facebook,
6  when did you post?
7  A.     The same day as the incident.
8  Q.     Do you remember generally what you posted?
9  A.     Yes.
10 Q.     What did you post?
11 A.     I made a status and I said that my phone
12 had blew up.
13 Q.     Did you post any pictures that day?
14 A.     I don't believe so.
15 Q.     Since the day of the incident, do you
16 recall -- like it's been almost -- I guess almost
17 exactly five years now.
18     Have you posted anything else about this
19 incident or this lawsuit on social media?
20 A.     No.
21 Q.     Okay.  Have you ever posted anything about
22 Apple besides what you just described on the
23 Facebook post?
24 A.     No.

128

Pages 125 to 128

Ishynique McCoy 07/19/2021

1    Q.    Have you ever performed any like research
2    of your own, looking at websites or anything like
3    that, related to the claims in this lawsuit?
4    A.    I haven't researched, no, but I did like
5    see stuff.
6    Q.    So -- and I don't want to get into anything
7    that you or your lawyer may have talked about.  So
8    if you can answer this question without telling me
9    what you and your lawyer talked about, great.  And
10   if not, just tell me that you can't; okay?
11   A.    Okay.
12   Q.    How did you come to see whatever you saw
13   that you just described?
14   A.    Someone had showed me.
15   Q.    Sorry, I'm sorry.  What did you say?
16   A.    I said someone had showed me, showed it to
17   me.
18   Q.    And what did they show you?
19   A.    It was just like an internet search with my
20   name on it.
21   Q.    Who showed you that?
22   A.    A friend.
23   Q.    And was it soon after the incident happened
24   or was it later on?

129

1    A.    Yes.
2    Q.    Okay.  And is that a plan with your mom?
3    A.    No.
4    Q.    Okay.  Who is the plan with?
5    A.    My sister.
6    Q.    Which sister is that?
7    A.    Shamiyah McCoy.
8    Q.    When your iPhone 6 Plus was stolen, so the
9    phone that you had before the phone you had on the
10   date of the incident, do you recall did you ever
11   file a report about that phone being stolen like or
12   contact the police?
13   A.    I don't think the police was involved.
14   Q.    Okay.  So I think you said before that
15   either you or your mom reported the phone being
16   stolen to like a phone insurance program; is that
17   right?
18   A.    Yes.
19   Q.    Okay.  Did you make that report or did your
20   mom?
21   A.    My mom.
22   Q.    Do you know if your mom contacted T-Mobile
23   or did she contact an actual insurance company?
24   A.    I'm not sure.

131

1    A.    It was later on.
2    Q.    And have you ever done any research about
3    the iPhone device, the 6 Plus device?
4    A.    No.
5    Q.    Okay.  I just want to confirm.  I think I
6    know the answer to this just because of how old you
7    were when this happened, but.
8          You're not claiming as part of this lawsuit
9    that you lost any wages or anything like that
10   related to a job, right?
11   A.    No.
12   Q.    Okay.  Have you ever used any type of
13   e-cigarettes or a vape pen?
14   A.    No.
15   Q.    Do you know how long you've been a T-Mobile
16   customer?
17   A.    I would probably say since I've been like
18   using phones.  I haven't never been with any other
19   carriers before.
20   Q.    Okay.  And have you always been on a plan
21   with a family member?
22   A.    Yes.
23   Q.    Are you -- today, are you on someone's
24   family member plan?

130

1    Q.    As far as you know, was that iPhone 6 Plus
2    that was stolen did anyone ever recover what
3    A.    What do you mean, like give it back, or?
4    Q.    Yeah.  Like did you ever hear of someone
5    recovering the phone that was stolen?
6    A.    Oh, no.
7    Q.    Okay.  Did you have any understanding that
8    the iPhone 6 Plus that was involved in this incident
9    that you said you received around March of 2016, did
10   you ever understand that that phone had been
11   refurbished or repaired before it came to you?
12   A.    No.
13   Q.    Did anyone ever tell you that it was a new
14   phone?
15   A.    My mom told me it was a new phone.
16   Q.    Okay.  Did anyone from any company that was
17   providing the phone, whether or not it was T-Mobile
18   or someone else, did anyone ever indicate that the
19   phone was new to you or your mom?
20   A.    I'm not sure.  My mom always handled like
21   the phones.
22   Q.    Okay.  Did you have -- so I think I --
23   based on what you just said, I think I know the
24   answers to these questions.  But I'm just going to

132

Pages 129 to 132

Ishynique McCoy 07/19/2021

1  ask you to confirm; okay?
2  A.    Okay.
3  Q.    Did you have an understanding that a
4  company had performed a battery replacement on the
5  iPhone 6 Plus that you received that was involved in
6  this incident?
7  A.    No.
8  Q.    Did you have any understanding that a
9  company had replaced the back cover of the iPhone 6
10  Plus that was involved in this incident?
11  A.    No.
12  Q.    Did you have any understanding that the
13  camera on the iPhone 6 Plus that was involved in
14  this incident had been replaced or serviced before
15  you received it?
16  A.    No.
17  Q.    And did you have any idea that the screen
18  had been replaced on the iPhone 6 Plus before you
19  received it?
20  A.    No.
21  Q.    Okay.  So you've testified a lot about sort
22  of what was in the box when the iPhone 6 Plus came
23  to you around March of 2016.  And I just want to
24  make sure that I understand and I think I do.

133

1  cord.  Does that make sense to you, the two parts of
2  a charger?
3  A.    Yes.  That makes sense.
4  Q.    In the box that you're describing, were
5  there both parts of a charger inside that box?
6  A.    Yes.  Yes.  It was both parts.
7  Q.    Okay.  And I think you said -- you
8  testified before that you would typically look at
9  the -- I guess the plug-in part of the charger to
10  see if it said Apple or California on it; is that
11  right?
12  A.    Yes.
13  Q.    Did the charger that came in the box say
14  Apple on it?
15  A.    Yes.
16  I believe you said that that charger and
17  the cord that came in that box was the only charger
18  you ever used from whenever you received the iPhone
19  around March until the incident in July of 2016; is
20  that correct?
21  A.    Yes.
22  Q.    Okay.  Were there headphones in the box
23  that came with the iPhone 6 Plus?
24  A.    I'm not sure.

135

1       When you opened the shipping box that it
2  was in, there was a smaller white box inside; is
3  that correct?
4  A.    Yes.
5  Q.    Do you know if that box was a box that had
6  an Apple logo on it?
7  A.    Yes, it did.
8  Q.    Okay.  And inside the box, you said that
9  there was the phone, the charger and I think you
10  said some stickers?
11  A.    Yes.
12  Q.    Were the stickers just loose inside the box
13  or were they somewhere else?
14  A.    I believe it was like inside the box like
15  under the phone if I'm not mistaken.
16  Q.    They weren't attached to anything, right?
17  A.    No.
18  Q.    And what did the stickers look like, if you
19  remember?
20  A.    They were like white stickers.  I think
21  they were like Apple stickers.
22  Q.    Okay.  And did the charger -- usually, the
23  charger will have a part that plugs into the wall,
24  like maybe a little box or a cube and then an actual

134

1  Q.    Okay.  The headphones that were eventually,
2  on the date of the incident, actually plugged into
3  the phone, what kind of headphones were those?
4  A.    They were Apple -- Apple earphones.
5  Q.    Okay.  Do you know how you got those
6  headphones?
7  A.    No.  I don't remember.
8  Q.    Okay.  And I believe you said the box did
9  not come with any kind of written documentation,
10  whether or not it was a user guide or instructions
11  to go to a website to look at the user guide, right?
12  A.    Yes.
13  Q.    Did anyone else use the phone between when
14  you received it around March of 2016 until the date
15  of the incident?
16  A.    No.  No one used it.
17  Q.    Was your iPhone 6 Plus password protected
18  on the date of the incident?
19  A.    I believe so.
20  Q.    And did you also have some other way to
21  open it, like maybe a fingerprint or something like
22  that?
23  A.    Yes.  It was -- I think it was like a
24  thumbprint.

136

Pages 133 to 136

Ishynique McCoy 07/19/2021

---

1    Q.    Okay.  Generally speaking, between when you
2    received the iPhone 6 Plus and the date of the
3    incident, did you generally use the phone every day?
4    A.    Yes.
5    Q.    Okay.  Did you usually take it with you
6    most places that you went to?
7    A.    Yes.
8    Q.    How did you normally carry it?  Did you
9    normally have it in like a purse or a bag or in your
10   pocket or something else?
11   A.    Sometimes I'll have it in like a bag or
12   sometimes I'll have it in a pocket.
13   Q.    Okay.  And you said that you never had any
14   problems with the function or the performance of the
15   phone before the date of the incident, right?
16   A.    Yeah, no problem.
17   Q.    Did the phone ever feel hot before the date
18   of the incident?
19   A.    No.
20   Q.    You never dropped or damaged the phone,
21   correct?
22   A.    No.
23   Q.    I just want to make sure, sorry.  Let me
24   take the correct out of there.

137

---

1          Did you ever drop or damage the phone?
2    A.    No.
3    Q.    Was the screen on the phone cracked before
4    the incident?
5    A.    No.
6    Q.    Did you ever try to like remove or replace
7    the sim card or any of the screws on the phone?
8    A.    No.
9    Q.    I think you said before that this -- as far
10   as you know, this device, this phone, was never
11   repaired or modified as long as you had it between
12   March and July, right?
13   A.    Yeah, no.
14   Q.    Did you ever take the iPhone 6 Plus to an
15   Apple store for service?
16   A.    I'm not sure if it was that phone or the
17   one before.  But the only time I would go to Apple
18   is if like the earphones break and then they'll
19   like -- I'll trade it in and get new ones and stuff
20   like that, but never for nothing else.
21   Q.    As you sit here today, do you remember
22   going into an Apple store to replace headphones or
23   earphones?
24   A.    I replaced earphones a lot of times.  I'm

138

---

1    just not sure if I did with that phone or not.
2    Q.    Okay.  I want to ask you a couple questions
3    now about what you testified to about the actual
4    incident itself on July 17, 2016.
5    A.    Okay.
6    Q.    I think you -- you talked about how you
7    heard the loud sound and you got up off the bed and
8    you noticed that the sheet and the plastic covering
9    of the mattress and the phone were on fire, correct?
10   A.    Yes.
11   Q.    When you say on fire, I'm trying to
12   understand whether or not there were actual flames
13   or if it was smoking or both.  Can you tell me which
14   it was?
15   A.    It was actual flames.  It was like actual
16   orange fire.  Afterwards, like when we put it out,
17   it was like dark smoke.
18   Q.    Okay.  And at the time of the fire, the
19   headphones were inserted into the phone, correct?
20   A.    Yes.
21   Q.    Were the headphones in the phone the night
22   before when you were talking on the phone before you
23   fell asleep?
24   A.    Yes.

139

---

1    Q.    And so you were -- you were listening to
2    the phone call through the headphones?
3    A.    Yes.
4    Q.    Okay.  Did the headphones stay in the phone
5    all throughout the night until the next morning?
6    A.    Yes.
7    Q.    You said that you shared that bedroom with
8    your sister; is that right?
9    A.    Yes.
10   Q.    Were there two different beds in the room?
11   A.    It was one bed at the time.
12   Q.    Okay.  I just want to make sure.  There's
13   no video of any part of this incident, right, either
14   in your bedroom or in the backyard afterwards?
15   A.    No.
16   Q.    Okay.  Was there any smell in your room
17   around the time of the fire or after you and your
18   sister had put the fire out?
19   A.    Yes.  It was just like a burning smell.  It
20   was -- it was like a burning smell throughout the
21   whole house.
22   Q.    Okay.  Was there anything other than the
23   smell of just like a general burn?
24          Was there anything else that was unique

140

---

Pages 137 to 140

Ishynique McCoy 07/19/2021

1  about the smell that you remember?
2  A.    No.
3  Q.    Okay.  Do you know if -- you described how
4  the phone was on the sheet but not under a blanket,
5  right?  The blanket was off to the side; is that
6  right?
7  A.    Yes.
8  Q.    Okay.  Do you know if the phone was the
9  front screen facing up or facing down at the time of
10  the incident, if you remember?
11  A.    I think it was facing up.
12  Q.    Okay.  And when you and your sister noticed
13  the fire, were you able to tell, and I understand
14  this happened probably very quickly and was scary,
15  but I'm wondering if you were able to tell whether
16  or not the fire was coming from a certain part of
17  the phone, like the bottom of the phone or the top
18  of the phone or anything like that or if it just all
19  looked like flames?
20  A.    Yeah.  I'm not sure.  We just saw like a
21  circle of fire.  And I know that by the time I
22  noticed the fire, I noticed it was the phone since
23  the loud noise, ma'am.
24  Q.    Right.  Do you know when the last time that

141

1  phone had been charged was?
2  A.    It was probably I would say the day before
3  but like at 7:00 or 8:00 at night.
4  Q.    Okay.  You said that you had a family
5  reunion or a family party the night before?
6  A.    Yes.
7  Q.    Did you go to that party later on in the
8  night, like after 7:00?
9  A.    No.  We had went around like 3:00 p.m. that
10  day before and we got home around like 7:00.
11  Q.    Okay.  So you think you charged the phone
12  when you got home after the party?
13  A.    Yes.
14  Q.    Okay.  And I think you said, as best you
15  can remember, the phone the next morning probably
16  had maybe like a half a charge or something like
17  that on the battery?
18  A.    I'm not sure what was the percentage of the
19  phone, but it wasn't dead.
20  Q.    Okay.  Do you recall when the last time the
21  phone had a case on it?
22  A.    Probably like two days before, because I
23  usually have a case on my phones when I be in
24  school.

142

1  Q.    Okay.  So after you -- after you got home
2  from the hospital that day a few hours after the
3  incident, do you remember where the phone was?
4        Like do you remember if you went to look
5  for it so you could take a look at the phone?
6  A.    No.  I never looked for the phone.  I'm not
7  sure where it was.
8        When I got back from the hospital that day,
9  I didn't even like go to the third floor of the
10  house.
11  Q.    Okay.  So you can't tell us where the phone
12  was stored after the incident or how it was stored;
13  is that right?
14  A.    Yes, no.  I just know that probably if my
15  mom had it, it never left the sheet.
16  Q.    Okay.  Is the sheet something that was
17  thrown away eventually?
18  A.    No.
19  Q.    Do you know where that sheet is?
20  A.    My attorney has the sheet.
21  Q.    Okay.  And do you know if after the
22  incident and before your attorney took the phone, if
23  anyone ever took a look, just examined the phone out
24  of curiosity or tried to look at what happened to

143

1  the phone to cause the fire, anything like that?
2  A.    Did you say before or after?
3  Q.    That's a good question.  Between the time
4  of -- the date of the incident and whenever your
5  attorney took over the phone or had, you know,
6  received it, in whatever --
7        Well, first of all, let me ask you this.
8  Do you know how long that period of time was?
9  A.    No.  But I don't believe it was too long.
10  Q.    Okay.  So do you think it was a matter of
11  like a few weeks or more than a year or something
12  else?
13  A.    It was probably a few weeks, yeah.  It was
14  like soon.
15  Q.    So in that few weeks' time after the
16  incident but before your attorney took the phone, do
17  you know did you ever take a look at the phone and
18  just try to examine it or see what had happened?
19  A.    Oh, no.  I never saw the phone after the
20  incident, yeah.
21  Q.    In that few weeks' time between the
22  incident and when your attorney took the phone, are
23  you aware of anyone else that would have taken a
24  look at the phone or examined it to see what had

144

Pages 141 to 144

Ishynique McCoy 07/19/2021

1  happened?
2  A.    Yes.  I'm aware that like professionals
3  probably examined it.  But from my end, I never got
4  anyone to do it, no.
5  Q.    Okay.  So I understand, like as we sit here
6  today, the phone has been looked at as part of the
7  lawsuit.
8       But besides the lawsuit examinations, are
9  you aware of anyone, like family or friends or
10  someone in your life, that would have looked at the
11  device, phone?
12  A.    No.
13  Q.    Okay.  Did you ever contact T-Mobile about
14  this incident?
15  A.    No.
16  Q.    Did you ever get a replacement phone for
17  the iPhone that was damaged in this incident?
18  A.    No.
19  Q.    Do you know why not?  I mean like do you
20  know if a claim was ever made like the stolen phone
21  claim was made?
22  A.    I'm not sure.  I just know that I didn't
23  have another phone for a while.
24  Q.    Okay.  How long did you go without a phone

145

1  A.    No.
2  Q.    Did you know that several screws on the
3  exterior of the iPhone were missing?
4  A.    No.
5  Q.    Okay.  Do you -- do you have any
6  information on how a loose screw could have been
7  inside the iPhone?
8  A.    No.
9  Q.    Would you have any information on how
10  screws may have come loose on the iPhone?
11  A.    No.
12  Q.    Okay.  As a result of that inspection,
13  there's also -- the bottom of an iPhone where the
14  charger goes, there's two screws that go like up
15  into the iPhone from the bottom.
16       And the inspection showed that one of those
17  screws had been stripped.  Do you know what a
18  stripped screw is?  Do you know what that means?
19  A.    No.  No.
20  Q.    Okay.  Do you have any information on
21  someone that would have like used the wrong tool to
22  try to open up the iPhone before this inspection?
23  Do you know anything about that?
24  A.    No.  No one has never did any work or

147

1  after this incident?
2  A.    I would probably say about a couple months.
3  I was just using my sister's phone here and there.
4  But it was probably about three to four months.
5  Q.    Okay.  And you now have an iPhone 11?
6  A.    Yes.
7  Q.    Did you -- how long have you had the iPhone
8  11?
9  A.    I believe it's almost a year.
10  Q.    Okay.  So you had some other phone after
11  the incident but before you got the iPhone 11,
12  right?
13  A.    Yes.
14  Q.    Do you recall what phone it was that you
15  got after the incident?
16  A.    Yes.  It was an iPhone 7.
17  Q.    So are you aware that the iPhone 6 Plus
18  involved in this incident has been inspected in a
19  laboratory, did you know that, as part of this
20  lawsuit?
21  A.    Yes.
22  Q.    Okay.  As a result of that inspection, did
23  you know that a loose screw was found inside the
24  iPhone 6 Plus?

146

1  anything on my phone.
2  Q.    Okay.  Right before the incident, like the
3  night before when you were using the iPhone, was
4  there anything wrong with the speaker?  Could you
5  hear out of the speaker on the iPhone?
6  A.    I'm not sure if anything was wrong, but I
7  always would like use earphones and stuff to talk.
8  Q.    Okay.  And the home button, which is the
9  button right below the screen like where you put
10  your thumb to open it, did you ever have any problem
11  with that the night before the incident?
12  A.    No.
13  Q.    Okay.  I'm just going through these real
14  quick so I don't have to come back to you, so just
15  bear with me for one more second here.
16  A.    Okay.
17  Q.    Thank you for your patience.
18       MR. ROTHERMEL:  Rather than wait
19  for the transcript, I was going to ask if
20  you would be kind enough to just repeat
21  your questions with regard to the missing
22  pieces of the iPhone.
23       MS. LEFFLER:  Sure.
24       MR. ROTHERMEL:  Could you do that

148

Pages 145 to 148

Ishynique McCoy 07/19/2021

```
1    just real quick?
2          MS. LEFFLER:  Yes, absolutely.
3    Let me just flip back here.
4          MR. ROTHERMEL:  I believe you
5    said there were several missing screws.
6          MS. LEFFLER:  So I had asked
7    different questions and I'll just for
8    the -- we can stay on the record.
9          But I had asked about a loose
10   screw that was found inside the iPhone.
11         MR. ROTHERMEL:  Loose screw
12   inside the -- inside, okay.
13         MS. LEFFLER:  Loose, but like
14   loose within the iPhone, right, not --
15         MR. ROTHERMEL:  Okay.
16         MS. LEFFLER:  That there were
17   several screws on the iPhone's exterior
18   that were missing and that one of the two,
19   they're called pentalobe screws,
20   P-E-N-T-A-L-O-B-E, but they're one of the
21   two screws that goes up on the bottom of
22   the iPhone by the charger, one of those --
23         MR. ROTHERMEL:  P-E-N-T-E --
24         MS. LEFFLER:  P-E-N-T-A-L-O-B-E,
```

149

```
1    I think, that one of those screws was
2    stripped.  I asked about that.  And then I
3    asked --
4          MR. ROTHERMEL:  That's at the
5    base of the charger.
6          MS. LEFFLER:  Yes.
7          MR. ROTHERMEL:  Okay.
8          MS. LEFFLER:  And I asked about
9    whether or not the speaker was working and
10   the home button was working, you know,
11   right before the incident.
12         MR. ROTHERMEL:  Okay.  Thank you
13   for that.
14         MS. LEFFLER:  Sure.
15   BY MS. LEFFLER:
16   Q.    Ms. McCoy, earlier in the deposition today,
17   you looked at some photographs of the injury on your
18   body and I'm wondering if you know -- if you recall
19   when the photos were taken.
20         So there was a set that seemed to be taken
21   very close to the date of the incident and then a
22   set later on when it was healed.  Do you recall
23   that?
24   A.    Sorry, are you asking like do I know the
```

150

```
1    dates, the specific dates, they were taken?
2    Q.    Not specific dates, but I'm wondering, the
3    photos that were taken closer to the date of the
4    incident, do you know if it was a matter of like a
5    week later or a month later, if you're able to
6    estimate?
7    A.    I know that one of the pictures that I saw
8    was the same day.
9    Q.    Okay.  And do you remember when that --
10   when a picture was taken on the day of the incident?
11   A.    You said when?
12   Q.    No.  No.  I'm just wondering like do you --
13   as you sit here today, can you remember that photos
14   were taken on the day of the incident?
15   A.    Yes.
16   Q.    Okay.  Do you recall were you in the
17   hospital when the photos were taken?
18   A.    No.
19   Q.    So this was after when you were back home?
20   A.    It was before I went to the hospital, right
21   when I -- like after they put the fire out and I
22   started feeling it.
23   Q.    Okay.  Who took those photos, if you
24   remember?
```

151

```
1    A.    My sister.
2    Q.    And did she use her phone to take those
3    pictures?
4    A.    Yes.
5    Q.    Okay.  And the pictures that were taken
6    later on after the wound had healed that show the
7    scar, do you recall what pictures I'm talking about
8    now?
9    A.    Yes.
10   Q.    Okay.  Do you know approximately when those
11   were taken, whether or not it was like a year later
12   or if you have any recollection?
13   A.    I believe they were taken about two years
14   later.
15   Q.    And do you know who took those pictures?
16         MR. ROTHERMEL:  We had a
17   professional photographer to do that.  The
18   ones -- they were the ones -- they were
19   taken shortly before you received them.  I
20   believe that was in the summer of 2019.
21         MS. LEFFLER:  Okay.
22         MR. ROTHERMEL:  Shortly after
23   they were provided in discovery, they were
24   taken.
```

152

Pages 149 to 152

Ishynique McCoy 07/19/2021

---

1              MS. LEFFLER:  Sure.
2  BY MS. LEFFLER:
3  Q.     Ms. McCoy, do you recall being present when
4  a professional photographer photographed your scars?
5  A.    Yes.
6  Q.    Okay.  Where were you physically when those
7  pictures were taken?  Were you in your lawyer's
8  office?
9  A.    Okay.  So for -- professional photographers
10  took them twice I believe.  One time it was at my
11  house and once it was in my lawyer's office.
12  Q.    Okay.  And I believe you said that -- well,
13  never mind, sorry, strike that.
14             MS. LEFFLER:  I believe those are
15      the only questions I have.  Thank you so
16      much, Ms. McCoy.
17             THE WITNESS:  You're welcome.
18  MS. TO:
19  Q.    Ms. McCoy, this is Cheng To again.  I just
20  have very quick one follow-up question.
21        You testified that -- well, let me put it
22  to you this way.
23        You understand that since the lawsuit, the
24  phone that's involved has been inspected by a number

153

---

1  of experts as it relates to the lawsuit, right?  You
2  understand that?
3  A.    Yes.
4  Q.    Okay.  Prior to the lawsuit, did any
5  professionals or experts of any kind inspect that
6  phone?
7  A.    No.
8  Q.    Okay.
9             MS. TO:  That's all I wanted to
10      know.  Thank you very much.  That's all I
11      have.
12             THE WITNESS:  You're welcome.
13             MR. ROTHERMEL:  Is that it --
14      okay.
15             MS. FOREMAN:  Quick question.
16  BY MS. FOREMAN:
17  Q.    Why was your mattress still in plastic at
18  the time of the incident?
19  A.    Usually, when we get new beds at home, my
20  mom tells us to like keep the plastic on for like
21  spills and stuff.
22  Q.    And then I want to put McCoy-1 back up on
23  the screen just one second.
24        You had just testify that there is a photo

154

---

1  that was taken the day of the incident before you
2  went to the hospital.  Is this that photograph?
3  A.    Yes, I believe so.
4  Q.    Okay.  And just for the record, this photo
5  is Bates stamped photo 000011, correct?  Can you see
6  that?
7  A.    Yes.  Yes.
8  Q.    Okay.  And then this next photograph, was
9  this taken the day of the accident?
10  A.    I believe that was after the hospital
11  visit.
12  Q.    Okay.  But the date of the accident?
13  A.    Yes.
14             MR. ROTHERMEL:  What's the Bates
15      number for that one?
16             MS. FOREMAN:  One second, I need
17      to zoom in for that.
18             MR. ROTHERMEL:  Just so it's
19      clear for the record.
20  BY MS. FOREMAN:
21  Q.    Yep.  And for the record, that's photo
22  000012, correct?
23  A.    Yes.
24        Okay, thank you.  And you said that a

155

---

1  professional photographer came to take photos of you
2  on two occasions, once at your home and once at your
3  lawyer's office.
4        Did those take place around the same time?
5  A.    I'm not sure.
6  Q.    Were they both a few years after the
7  accident happened?
8  A.    I think the one that took place at my home
9  I don't -- I think it may have been closer to the
10  incident after.
11  Q.    Okay.  And then the other --
12  A.    I'm not really sure.  Could you say that
13  again?
14  Q.    And the other one was two years after the
15  accident?
16  A.    Yes.
17  Q.    And how does the scar look today?
18  A.    The scar looks the same as the photos that
19  we saw earlier, the dark -- it's like a dark scar.
20  Q.    I'll --
21             MR. ROTHERMEL:  I think we talked
22      about that earlier, too.
23  BY MS. FOREMAN:
24  Q.    Is this what the scar looks like today?

156

---

Pages 153 to 156

Ishynique McCoy 07/19/2021

1  A.  Yes.

2  Q.  Okay.  And for the record, that's photo

3  000003 if you can see that down there at the bottom

4  corner.

5      Does the scar affect anything that you are

6  able to wear in terms of clothing?

7  A.  Yes.

8  Q.  What -- what does it affect in that regard?

9  A.  It just affects my appearance as like if

10 I'm out and like bathing suit clothes or like swim

11 clothes and stuff like that.  I'm just not

12 comfortable with showing it too much.

13 Q.  So -- go ahead.

14 A.  It's just like brings a little bit of

15 insecurity.

16 Q.  Other than swim clothes, does it affect any

17 other kind of clothing that you wear?

18 A.  No.

19 Q.  And I'll ask you about your insurance card

20 at the very finish.

21      MS. FOREMAN:  I'll pass it along.

22      MR. PECCI:  I have nothing else.

23      MS. LEFFLER:  I have nothing

24 else.  Thank you.

157

1      MR. ROTHERMEL:  Everybody, give

2  me like two minutes and I'm going to come

3  back on.  I want to check something; okay?

4      MR. PECCI:  Okay.

5      MS. FOREMAN:  While you're off,

6  can you check if she has her health

7  insurance card?

8      MR. ROTHERMEL:  Sure, I'll do

9  that, too.

10     MS. FOREMAN:  Thanks.

11     VIDEOGRAPHER:  Do you need me to

12 go off record?

13     MS. TO:  Yes.  We're done, right?

14 Wait, hold on, did Frank mean that we're

15 done?

16     VIDEOGRAPHER:  I heard him say he

17 needed to check something.

18     MR. PECCI:  Yeah.

19     VIDEOGRAPHER:  The time is 2:26

20 p.m.  We are going off the video record.

21     (At this time, a short break was

22 taken.)

23     VIDEOGRAPHER:  The time is 2:30

24 p.m.  We are now back on the video record.

158

1      MR. ROTHERMEL:  Okay.  So when I

2  became involved in this case, I had the

3  phone which we kept -- you know, we

4  separately kept it.  It was not, you know,

5  opened or investigated by anybody until it

6  was delivered for the non-destructive

7  testing.

8      I did have the sheet, though.  I

9  have it here, okay.  And when I just opened

10 it up, brought it up here, I don't know if

11 you can see this, there's a bag which

12 appears to be, I don't know, I'm assuming

13 these are the headphones.

14     Can you guys see that?  I can't

15 tell if you can see it.  Can you guys see

16 that?

17     MR. PECCI:  Yes.  We can, Frank.

18 It's not super clear.  But we can see that

19 there is a plastic bag with some black

20 wires in there.

21     MR. ROTHERMEL:  Okay.  So now, I

22 have to -- we should discuss -- first of

23 all, I apologize for not looking at the

24 sheet and seeing these before we went

159

1  through our non-destructive and destructive

2  testing.

3      But I don't know.  Here, I'll

4  just show you.  Here's the sheet.  I don't

5  know if you can -- that's -- and I'll just

6  pull it up further.

7      Just this one place appears to

8  have a -- okay.  So I just wanted to say

9  that.

10     And then we can go off the record

11 and then determine whatever you guys want

12 to do.  You know, I'll obviously send it

13 to --

14     Is it -- the non-destructive

15 testing lab, is it the same place in

16 Delaware?

17     MS. TO:  No.  Do we want to go --

18 do you want to stay on the record for this

19 part?

20     MR. ROTHERMEL:  No.  We don't

21 have to.  We can go off.

22     MR. PECCI:  I don't think we need

23 to.

24     MS. LEFFLER:  I don't care.  I

160

Pages 157 to 160

Ishynique McCoy 07/19/2021

1  just --
2      MS. TO:  Yeah.  We can just go
3  off.  Sorry, I didn't mean to interrupt
4  you.
5      MS. FOREMAN:  Before we go off
6  the record, did Ms McCoy have her health
7  insurance card?
8      MR. ROTHERMEL:  Can you speak up
9  a little bit?
10     MS. FOREMAN:  Before we go off
11 the record, did Ms. McCoy have her health
12 insurance card.
13     MR. ROTHERMEL:  Oh, right, yeah.
14 It is Keystone First.  Her ID is Y, as in
15 yellow, X as in X, M, as in Michael,
16 51008251, date of birth, 12/18/98 and
17 Keystone First.  Anything else you need?
18     MS. FOREMAN:  Nope, thank you.
19     MR. ROTHERMEL:  Okay.
20     VIDEOGRAPHER:  Are we going off
21 record?
22     MR. ROTHERMEL:  Sure.
23     VIDEOGRAPHER:  The time is 2:34
24 p.m.  We are going off the video record.

161

1      INSTRUCTIONS TO WITNESS
2
3      Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8      After doing so, please sign the
9  errata sheet and date it.
10     You are signing same subject to
11 the changes you have noted on the errata
12 sheet, which will be attached to your
13 deposition.
14     It is imperative that you return
15 the original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you.  If
18 you fail to do so, the deposition
19 transcript may be deemed to be accurate and
20 may be used in court.
21
22
23
24

163

1      (Witness excused.)
2      (Deposition concluded at 2:36
3  p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

162

1      - - - - - - - -
2      E R R A T A
3      - - - - - - - -
4  PAGE  LINE      CHANGE
5  --- --- --------------
6  --- --- --------------
7  --- --- --------------
8  --- --- --------------
9  --- --- --------------
10 --- --- --------------
11 --- --- --------------
12 --- --- --------------
13 --- --- --------------
14 --- --- --------------
15 --- --- --------------
16 --- --- --------------
17 --- --- --------------
18 --- --- --------------
19 --- --- --------------
20 --- --- --------------
21 --- --- --------------
22 --- --- --------------
23 --- --- --------------
24 --- --- --------------

164

Pages 161 to 164

Ishynique McCoy 07/19/2021

ACKNOWLEDGMENT OF DEPONENT

I, Ishynique McCoy, do hereby
certify that I have read the foregoing
pages, and that the same is a correct
transcription of the answers given by me to
the questions therein propounded, except
for the corrections or changes in form or
substance, if any, noted in the attached
errata sheet.

DATE                    _____
                   Ishynique McCoy

Subscribed and sworn to before me.
My commission expires March 2023.


        CAROL NEALIS
        NOTARY PUBLIC

165

CERTIFICATE

I, CAROL NEALIS, Court Reporter, certify that
the foregoing is a true and accurate transcript of
the foregoing deposition, that the witness was first
sworn by me at the time, place and on the date
herein before set forth.
I further certify that I am neither attorney nor
counsel for, not related to nor employed by any of
the parties to the action in which this deposition
was taken;  further, that I am not a relative or
employee of any attorney or counsel employed in this
case, nor am I financially interested in this
action.


        _____
        Carol Nealis
        Notary Public # 1261298
        County of Philadelphia
        My commission expires
        3/22/2023

166

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

Ishynique McCoy 07/19/2021

**A**

a.m
1:18 4:16 25:18 48:18
48:22
ability
13:1
able
6:16 7:3,4 9:17,21,23
10:12 12:8,12 13:7
13:10 46:15 64:22
65:2,15 107:23
108:18,23 116:1
141:13,15 151:5
157:6
absolutely
6:2 80:5 149:2
Academy
18:2,6,8,11,14,24 19:24
20:5
accepted
92:4
access
39:21
accident
24:9 98:15 155:9,12
156:7,15
accommodate
11:11
account
38:20,21,21
accurate
85:21 163:19 166:4
accurately
6:17
ACKNOWLEDGM...
165:1
acting
54:8,12 105:7
action
166:10,14
activities
79:23 107:6,7 108:10
108:12
actual
47:23 48:2 65:16
111:10 121:17
131:23 134:24 139:3
139:12,15,15
Adam
2:23 4:9
addition
122:20
additional
11:16
address
15:20 17:13 22:16
39:14 40:13,21 41:16
addressed
42:9
admitted
74:10
aesthetician
20:11
affect
157:5,8,16
afternoon
106:22
agent
21:18,19,24 23:4,7,8
115:20,21,22
ago

28:13 61:4 104:11
111:7
agree
24:15
agreement
4:1
ahead
157:13
aide
21:22 22:7 23:15
airport
115:14 116:14,18
airway
23:9
alcohol
13:14,14
allegations
110:4
allege
5:24 24:13 39:7
allegedly
24:16
alleging
83:4
ambulance
70:8,12 71:1,6,7,10,19
71:20,21 72:12 90:3
117:5 118:9
ANDREA
2:6
Aniyah
16:14
answer
7:5,12 8:10,20 9:6,15
10:3 11:9 12:12
13:11 129:8 130:6
answers
9:11 10:7 132:24 165:6
anybody
77:16,18 83:1 92:14
95:7 96:16 123:21
159:5
anymore
78:11 125:2
anyway
22:23
apart
91:11
apartment
21:10
apologies
42:7 110:23 111:2
apologize
105:7 159:23
appearance
157:9
appears
159:12 160:7
Apple
1:8 2:20 5:9 42:18,19
42:20 43:15 49:10,11
49:13,20,22,23 50:1
50:3,5,9,13 125:21
127:10,13,17 128:22
134:6,21 135:10,14
136:4,4 138:15,17,22
apply
93:13
appointments
22:9
appreciably
80:21

appreciate
6:3
appropriate
73:13 163:6
approximate
9:18 65:15
approximately
9:21 152:10
approximation
9:23
apps
48:1,7 127:23 128:2
area
63:18,18 70:17 73:2,11
79:5 80:3 81:22
112:12 114:13
116:10
Arianna
22:11
arrive
118:2
arrived
70:6,22,24 116:22
117:1,2 118:3
asked
10:2 11:9 24:2 29:8
30:22 31:6 38:23
55:17,19,24 71:15
72:9 94:9 111:6
149:6,9 150:2,3,8
asking
8:14 71:15 93:7,15
94:6 95:21 98:24
150:24
asleep
31:16 32:23 33:6 53:4
139:23
associated
49:8
assume
9:7 117:6
assuming
159:12
ASSURANT
1:8
Asurion
1:8 2:8 5:2,22 91:18,21
ATC
2:16 5:6 93:6
Ateriyah
16:19
Atlantic
107:16,21 108:1,15
109:7
attached
95:24 134:16 163:12
165:9
attempted
64:7
attorney
5:21 11:17 14:13 86:1
87:4 89:18 91:2,7,14
106:13 143:20,22
144:5,16,22 163:16
166:8,12
attorney's
93:19
attorneys
2:5,8,12,16,20 7:16
92:21 106:19 126:11
audio
61:9 62:8,11

aunt
35:7,16 38:18 40:3,4
97:8
aunt's
35:8 38:21,21
automatically
46:17
Ave
76:7,16
Aveanna
21:18 22:13,14
Avenue
17:13 27:14 94:12
avoiding
34:1
aware
110:10 127:17 144:23
145:2,9 146:17

**B**

B
3:14 26:23
back
22:9,24 23:2 24:2
29:17 34:1,10,11
41:15 46:6 48:22
49:1 54:22 55:1
57:18 86:22 88:16
104:18 106:5 110:12
110:15,18 116:20
122:12,14,15,21
125:14 126:21 132:3
133:9 143:8 148:14
149:3 151:19 154:22
158:3,24
backfire
120:13
backyard
67:19 68:16,20 90:10
96:14 114:8 116:24
122:12 123:7,12,14
140:14
BACON
2:17
bad
41:1 49:14 80:11
101:18 127:15
bag
137:9,11 159:11,19
Balenciaga
2:23 4:9
bandage
77:3 78:14,24
bandages
77:14 78:2,21 79:9,10
81:7
bandaging
82:1,2,12
bandwidth
61:20
barely
84:7 127:1
base
150:5
based
9:11 24:12 82:9 118:16
132:23
basically
18:20 39:7 52:3,8
56:17 74:11 77:8
84:9

Bates
155:5,14
bathing
157:10
bathroom
48:11 122:19,20
baths
83:12 84:2
battery
32:17 33:17 34:5 46:19
51:16 133:4 142:17
beach
109:5
bear
148:15
beat
64:23
beating
63:21 65:1,5,8
becoming
21:15
bed
29:7,18,20 31:15,17,19
32:5,10,13,17 33:10
34:12 53:3,5,10 56:3
57:19,23 58:6,7,14
58:15,16,17,24,24
59:3,4,5,6,8,9,9,16
59:20,22 60:1,2
63:10,18,22,24 64:1
64:3,22 65:20,22
66:2,5 99:16 100:1,2
100:3,4,5 118:17,19
120:20,22 121:13
139:7 140:11
bedding
34:14 59:12,15 66:9,11
bedroom
122:8,9 140:7,14
beds
140:10 154:19
beginning
46:12 91:16 93:4,11
behalf
5:6,9 109:20 127:18
behave
52:9,14
believe
22:23 25:1,18 27:14
34:21,22 35:21 36:3
39:16 42:19 45:2,5
64:20 70:6 71:15
77:19 91:3 94:20
96:9 99:15 100:22
105:6 112:5 113:9
115:5 117:10 128:14
134:14 135:16 136:8
136:19 144:9 146:9
149:4 152:13,20
153:10,12,14 155:3
155:10
BERNHARDT
2:2
best
142:14
better
80:22
beyond
65:19
big
43:22 44:1 59:5 65:13

66:1 85:17,18,21
111:20
bigger
38:9
billing
82:24
bills
23:9 99:4
birth
15:18 161:16
bit
7:1 23:20 81:8 94:5
126:14 157:14 161:9
black
42:21 58:3 113:10
159:19
blanket
34:15 59:19 66:12
118:24 119:5,10,13
119:15 121:19 122:6
141:4,5
blankets
59:18
blew
71:18 89:21 102:1
128:12
block
114:24 115:1 123:11
blocks
115:3
blow
123:22
board
43:3
body
60:10 72:19 87:24
99:20 150:18
boom
29:15 57:13 110:16
114:7 118:13 119:18
120:1,11
borrow
30:22 31:7
bother
78:8 85:8
bothered
85:5
bothers
85:2,9
bottom
141:17 147:13,15
149:21 157:3
bought
35:16,17
Boulevard
2:10
box
42:13,15,16,17,17,19
42:21,23 43:3,4,11
43:13,14,15,16,18,20
43:23 44:3,3,9,9,10
44:12,15 46:16 59:10
133:22 134:1,2,5,5,8
134:12,14,24 135:4,5
135:13,17,22 136:8
boxes
43:24
brand-new
29:11 45:13 46:5
break
11:5,8 29:2 48:14,19
49:1,5 93:8,14 106:2

126:1,3 138:18
158:21
**brief**
49:1
**bring**
91:1
**brings**
14:8 157:14
**Brooklyn**
35:13 97:7
**brother**
17:10
**brought**
5:23 91:6 159:10
**brown**
42:16,21,23 43:3
**Browsing**
101:2
**BULLOCK**
2:6
**bunch**
33:24 54:21
**bundle**
96:13
**burn**
66:7 71:16 72:16,17,24
74:7,8,17,22,23 75:7
75:18 76:5,20 77:13
78:4,7 79:12 81:7,14
81:22 82:16 83:5,10
85:8 103:9 107:4
113:18 114:13 124:2
124:14 140:23
**burned**
102:16 121:10
**burning**
80:10 100:13 121:7,9
121:15,19 140:19,20
**burns**
110:20
**burnt**
90:14
**bus**
98:9
**business**
21:1,3
**butt**
30:3 64:11 66:10 71:16
72:18 79:5 80:3
100:7,8 102:7,24
121:3
**buttocks**
100:8 101:21
**button**
148:8,9 150:10

**C**

**C**
2:1 166:1,1
**California**
50:5 135:10
**call**
22:22 33:4,6,7,8
116:10 140:2
**called**
22:24 30:6,7 33:5 70:6
71:4 101:23 114:20
115:6,6,8,9,19,23
116:19,21 117:4
118:1 127:9,13,17,19
149:19

**calling**
22:23 71:7
**calls**
33:24 34:9 54:11,21
**camera**
133:13
**car**
84:12,13 120:13
**card**
98:20 138:7 157:19
158:7 161:7,12
**cardboard**
43:4
**care**
21:18,21,24 23:15
26:15 77:8 82:15,16
82:20 84:15 99:9
101:19 160:24
**carefully**
163:4
**cargo**
21:19 23:4,7,8,9
115:21,22
**Carol**
1:15 5:11 165:19 166:3
166:21
**carriers**
130:19
**carry**
137:8
**case**
8:5 53:12,14,17,20
54:5 109:21 142:21
142:23 159:2 166:13
**cases**
53:22 54:2
**catch**
98:7
**cause**
144:1
**caused**
75:23 76:1 110:20
120:11
**Cecil**
26:23
**cell**
24:14 37:13
**Center**
26:20,21 99:10 114:20
**certain**
141:16
**certificate**
20:12
**certification**
4:2
**certify**
165:4 166:3,8
**change**
48:5 77:2 78:14 164:4
**changed**
48:10 78:23,23 79:9
**changes**
163:11 165:8
**changing**
22:10 81:7
**charge**
32:17 33:16 46:13
49:17,19,22 50:18
51:7,11,13 101:13,19
142:16
**charged**
101:11 142:1,11

**charger**
42:19 43:17,21 44:16
46:3,4,5 49:7,11,11
49:12,13,18,20,21
50:1,3,6,8,9,16,17,20
50:20,23 51:3,4,8
99:13 134:9,22,23
135:2,5,9,13,16,17
147:14 149:22 150:5
**chargers**
49:17 50:5,14
**check**
29:13 30:1 50:4,6
54:18 55:9 98:22,23
120:18 158:3,6,17
**Cheng**
2:6 5:2,21 153:19
**children**
67:23
**chronic**
26:4
**cigarettes**
117:22
**cigars**
117:23
**circle**
63:13,18 125:14 141:21
**City**
107:16,21 108:1,16
109:7
**CIVIL**
1:2
**claim**
38:18,22 145:20,21
**claiming**
130:8
**claims**
129:3
**clean**
8:16 10:24 76:24
**cleaned**
74:8,22
**clear**
41:9 62:22 155:19
159:18
**clearly**
72:24
**client**
72:23 91:17 95:22
**clients**
22:8
**clinic**
26:13,14,15,19 75:12
103:9
**clinics**
94:14
**close**
44:9 56:8,10 99:23
118:18 122:14
150:21
**closed**
44:6 82:2
**closer**
61:23 122:12 151:3
156:9
**closing**
81:16,17
**clothes**
63:20 64:17,22,24 65:2
65:6,9 66:9,14,15
102:4,5 121:9 157:10
157:11,16

**clothing**
157:6,17
**code**
35:14
**COLEMAN**
2:13
**college**
20:13
**Collinsport**
105:11
**color**
43:21 112:15 113:7
**colors**
53:24 54:3
**come**
42:13 57:5 73:16 80:13
80:15 115:22 116:2
117:9 119:22 129:12
136:9 147:10 148:14
158:2
**comes**
69:19
**comfortable**
92:3 124:23 157:12
**coming**
14:19 81:18 116:17,18
141:16
**commencing**
1:18
**Commerce**
2:18
**commission**
165:16 166:22
**Communication**
19:7,15 20:6
**Communications**
19:4
**company**
35:21 131:23 132:16
133:4,9
**complaint**
24:13 109:16,19,24
110:8,11
**complaints**
126:16
**completely**
79:20
**computer**
6:17,22 105:7 126:19
126:21,23
**computers**
127:1
**concluded**
162:2
**concrete**
123:4,5,6
**condition**
12:11 46:22
**conditions**
26:1,4,4
**confirm**
130:5 133:1
**confusing**
119:15
**connected**
69:18,20 105:19
**connection**
6:22 7:9,9 18:2,6,8,10
18:14,24 19:23 20:5
57:12 105:18
**consent**
111:15

**consider**
79:4
**consults**
92:14
**contact**
131:12,23 145:13
**contacted**
131:22
**contacts**
28:8
**context**
86:2
**continue**
94:24 110:2 126:6
**continued**
28:2 78:8
**contour**
119:3,9
**control**
89:8,11 96:5
**copies**
62:17
**copy**
61:9
**cord**
135:1,17
**corner**
157:4
**correct**
8:12 23:5 38:15 39:4
58:12 63:7 81:22
88:1 89:2 93:19
99:17 100:16,18,19
101:11 118:20
121:10 122:18,23
134:3 135:20 137:21
137:24 139:9,19
155:5,22 165:5
**corrections**
163:5,7 165:8
**corrective**
28:18,19
**correctly**
8:17 40:23 112:18
118:12
**Cotton**
112:23 113:1
**counsel**
4:1,21,22 98:24 166:9
166:12
**counselor**
103:14
**County**
71:20 166:22
**couple**
28:13 105:12 125:4,5
139:2 146:2
**court**
1:1 4:10,13 5:10 6:15
7:24 8:15 10:11
57:11 60:16,21 61:1
61:7,11,14,19 62:1,4
62:7,10,13,23 63:2
163:20 166:3
**courtroom**
7:20
**cousin**
29:22 67:17 96:19
114:3 115:8 121:23
**cousin's**
96:21
**cover**

133:9
**covering**
119:13,16 139:8
**COVID**
73:19
**COVID-19**
22:19,23
**cracked**
138:3
**crazy**
6:22
**cream**
74:8,23 76:4 78:2
103:6
**creams**
76:11 77:1,13
**create**
46:11
**credit**
18:15,18 20:1,3 25:9
**credits**
18:19 19:24
**crossed**
14:2
**cube**
134:24
**curiosity**
143:24
**current**
15:20 17:13 98:15
**currently**
15:13 20:18,20 26:3
98:18
**customer**
130:16
**cut**
19:18
**CWorks**
2:12 5:4

**D**

**D**
3:1
**dad**
30:6 70:5 71:7 116:23
**damage**
113:11 138:1
**damaged**
137:20 145:17
**dangling**
118:19
**dark**
139:17 156:19,19
**date**
4:15 15:18 24:9 131:10
136:2,14,18 137:2,15
137:17 144:4 150:21
151:3 155:12 161:16
163:9 165:12 166:6
**dated**
73:8
**dates**
21:23 107:15 151:1,1,2
**daughter**
97:10
**day**
21:24 24:10 28:23 32:9
51:14 55:16 85:9
124:17 128:7,13,15
137:3 142:2,10 143:2
143:8 151:8,10,14

Ishynique McCoy 07/19/2021

155:1,9
**days**
75:10 76:17,18,18 80:6
80:8 124:8 142:22
163:16
**dead**
142:19
**deal**
74:3
**December**
17:20 86:5
**deemed**
163:19
**defendant**
5:6,9 93:6
**defendants**
1:10 110:5
**definitely**
6:16
**definition**
125:7
**Delaware**
160:16
**delivered**
42:11,24 159:6
**DENNEHEY**
2:13
**department**
69:18,19 116:21 117:4
**depicts**
89:1
**deponent**
4:19 165:1
**deposing**
163:15
**deposition**
1:4,15 4:12,17 6:9
11:21 12:4 13:16,18
13:20,23 14:11,15,19
62:16 93:5,12 109:15
116:7 150:16 162:2
163:3,13,17,18 165:5
166:10
**depositions**
62:6
**describe**
10:18 44:24 57:8 59:8
61:2 111:22
**described**
128:22 129:13 141:3
**describing**
10:17 135:4
**DESCRIPTION**
3:16
**destroy**
66:8
**destroyed**
66:9
**destructive**
95:15 96:6 104:22
160:1
**destructive/non-dest...**
105:5
**detector**
69:11
**detectors**
69:8,14,16
**determine**
160:11
**device**
127:2,7 130:3,3 138:10
145:11

**diabetes**
26:5
**dialed**
117:6
**diaries**
14:24
**difference**
40:21 60:13 80:17
**different**
14:1 18:23 25:13 49:16
49:17 52:13,14 53:21
54:12 56:19 73:23
125:7 127:16 140:10
149:7
**differently**
49:15 52:14
**difficulties**
6:5
**diploma**
17:17,19,21
**direct**
44:21
**directly**
39:11
**dirt**
123:6
**discovery**
152:23
**discuss**
159:22
**discussion**
86:19
**discussions**
14:12
**disease**
26:5
**distributed**
87:3
**District**
1:1,2,4 13,14
**doctor**
26:10,12,13,19 27:9,20
75:14,18,20,22 76:7
76:16 77:8 82:15
94:11 99:8
**doctors**
27:17,24
**document**
109:24
**documentation**
136:9
**documents**
14:19
**DOHERTY**
2:9
**doing**
6:6,7 8:5,7 14:15 22:17
56:19 76:19,21 77:9
83:9,18 84:6 92:14
105:9 116:6 117:15
163:8
**Dorney**
107:23 108:14 109:9
**double**
120:18
**downstairs**
123:13
**drink**
13:14
**driver's**
24:6 28:12,14,16,18,20
**drivers**

23:9
**drop**
138:1
**dropped**
101:8 137:20
**dry**
81:19,22
**duly**
5:14

| E |
|---|

**E**
2:1,1,22,22 3:1,14
164:2 166:1,1
**e-cigarettes**
130:13
**e-document**
39:17,18 40:5,6
**earbuds**
32:23
**earlier**
51:1 53:2 101:10
106:24 150:16
156:19,22
**earphones**
31:23 90:15 95:10,23
136:4 138:18,23,24
148:7
**ears**
32:24
**Eastern**
1:2 4:14
**eat**
126:2
**effort**
9:2
**eight**
86:7
**eight-day**
105:10
**either**
42:21,21 84:5 113:23
131:15 140:13
**Electronics**
2:16 5:7 93:6
**eleven**
86:8
**else's**
38:12
**email**
39:15,22,23 40:1,3
**emailed**
127:9
**emergency**
74:12,13
**employed**
166:9,12
**employee**
166:12
**employer**
116:13
**EMTs**
116:21
**enclosed**
123:7
**ended**
33:8 77:21,23
**endure**
11:7
**enrolled**
25:3,6

**entire**
7:3,4 86:9 87:10
**entity**
116:22
**ER**
74:20 75:2,5,22 76:15
82:14,18
**Erin**
2:18 5:8 125:20
**errata**
163:6,9,11,15 165:10
**ERSA**
4:10
**especially**
8:5
**ESQUIRE**
2:3,6,10,14,18
**essentially**
19:21
**estimate**
9:17 114:6 151:6
**estimation**
9:23 118:5
**eventually**
38:7,24 41:8 70:9
136:1 143:17
**everybody**
29:24 61:16 67:18,22
68:15,18 84:11 158:1
**exact**
9:20 32:7 34:20 79:13
107:15
**exactly**
8:13 61:11 121:15
123:2 128:17
**EXAMINATION**
1:5
**examinations**
145:8
**examine**
144:18
**examined**
5:14 143:23 144:24
145:3
**example**
9:18 32:22
**excused**
162:1
**Exhibit**
87:13
**exhibits**
105:13
**exist**
86:2
**existed**
96:14
**exit**
68:23
**exited**
68:19
**experts**
154:1,5
**expires**
165:16 166:22
**explain**
18:17 20:10
**exploded**
110:13
**exterior**
147:3 149:17
**extinguishers**
69:5,6

| F |
|---|

**extract**
87:11
**eye**
61:24
**eyeglasses**
28:5,6
**eyelash**
20:24 21:6,15
**eyes**
28:17

**F**
166:1
**fabric**
60:9
**Facebook**
29:13 55:9,11 56:18,20
100:22 128:1,5,23
**faced**
58:24
**facility**
116:13
**facing**
122:15 141:9,9,11
**fact**
14:15 52:12 92:4
**factual**
110:4
**fail**
163:18
**fair**
6:18 27:6 40:7 43:1,8
50:12 58:21 78:17
90:16
**fall**
33:6
**fallen**
31:16 53:4
**false**
113:24
**familiar**
8:24 110:7
**family**
27:9 32:8 42:4 75:14
75:18,20,21 76:7
83:15 107:1,3 108:15
109:6 114:8 127:12
130:21,24 142:4,5
145:9
**far**
8:7 17:15 56:4 118:19
132:1 138:9
**fast**
48:12
**faster**
18:21
**father**
114:17 117:1,3 118:1
**February**
36:3
**FedEx**
42:24
**feel**
7:11 10:2 100:8,12,13
100:15 114:12 121:2
137:17
**feeling**
80:10,11 151:22
**feet**
9:22,22,22

**fell**
32:23 139:23
**felt**
79:12 80:5,16
**fence**
123:8
**figure**
60:22 91:7 120:10
**file**
131:11
**filed**
29:5 109:20,20 126:15
126:16
**filing**
4:2 106:15
**film**
45:8,21
**finally**
46:7
**financially**
166:13
**find**
125:6
**fine**
9:16 13:3 35:15 42:2
48:13 61:17 89:13
93:9 126:4
**fingerprint**
136:21
**finish**
7:13 8:19,20 30:8
124:10 157:20
**finished**
7:17 8:11 18:13 105:10
**fire**
29:18,20,22 30:3,4
39:8 57:19 58:9 59:3
59:21,21,21,23 63:4
63:5,9,14,18,21 64:1
64:4,8,11,17,22,23
65:1,5,9,10,18,19,22
66:1,2,7,15 67:3,24
68:4 69:1,2,5,18,18
70:1,6,9,14 71:17
100:7 102:4,5,7
113:12,24 114:3,9
116:21 117:4 120:8
121:13 122:2 123:14
123:16 139:9,11,16
139:18 140:17,18
141:13,16,21,22
144:1 151:21
**firefighters**
70:7,12
**first**
19:4 24:3 54:18 63:23
79:12 80:1,2 81:6,6
83:11 88:20 96:23
98:17,19,20 99:4
106:15 108:4 116:22
144:7 159:22 161:14
161:17 166:5
**fitted**
60:12,14
**five**
68:14 81:4 86:7 125:9
128:17
**five-minute**
48:14
**flames**
121:17 139:12,15

141:19
flat
60:13
Flight
21:20 23:4 115:13
flip
149:3
floor
67:4,5,16 122:23 143:9
floors
68:11
flower
111:19 112:2
follow
75:22 77:15,18
follow-up
30:9 75:6 82:16 153:20
following
77:21,24
follows
5:15
followup
125:14
food
22:8
foregoing
165:4 166:4,5
Foreman
2:14 3:8 5:5,5 62:22
93:1,2 94:1,4 95:18
95:21 96:8,12 105:1
105:6,16 106:6,18
126:8 154:15,16
155:16,20 156:23
157:21 158:5,10
161:5,10,18
Foreman's
87:2
form
4:4 165:8
formed
63:13
forth
22:9 110:4 166:7
found
146:23 149:10
four
17:22 18:13 86:7 146:4
fourteen
86:8
framing
59:11
Frank
2:3 4:24 72:22 86:3,3
86:11 94:1,2 111:4
158:14 159:17
freight
23:10
freshen
22:10
Friday
25:11,15
friend
37:24 129:22
friends
145:9
front
58:15 68:22 86:4,10
99:22 104:5 112:8,11
112:13 122:12,13
123:11 141:9
full

13:1 15:4
full-sized
59:5
fully
12:8 13:7
fulsome
13:1
function
52:2,15 101:5 137:14
further
160:6 166:8,11

G

gate
115:20 123:9,10,11
gathered
122:4
GED
17:23,24 18:7,11 20:8
20:15
general
85:14 140:23
generally
128:8 137:1,3
getting
10:24 23:22 84:12,21
91:23 92:13 94:19
101:18 107:8
give
9:23 10:3 13:1 15:3
16:12 61:8 77:11
89:16,19 104:15
132:3 158:1
given
6:7 165:6
gives
29:4 39:7
giving
82:8
glanced
33:23 34:3,7 54:10,15
go
6:1 18:1,22 19:21 20:2
26:14,15 27:9 30:5
32:5 34:15 41:15
51:14 60:22 68:2
69:13,17 70:19 72:6
72:12 75:17,18,21,23
76:2,16 78:4 83:13
83:15 86:15 90:2
93:16 99:8,9 103:9
103:11,14 105:22
107:15,20 108:8,18
108:23 109:7 111:10
136:11 138:17 142:7
143:9 145:24 147:14
157:13 158:12
160:10,17,21 161:2,5
161:10
God
105:12
goes
6:22 8:4 147:14 149:21
GOGGIN
2:13
going
6:9,13,13 8:10,13 9:7
10:11 11:2 14:9,15
26:24 27:3,6,21 28:1
28:24 48:18 61:12,21
62:12,15 65:19 67:17

68:7 72:10,23 73:10
83:21 86:18 87:8,9
92:5,19 94:5 97:24
98:3 104:14 105:19
106:1,18 107:8
120:18 123:22
126:12 132:24
138:22 148:13,19
158:2,20 161:20,24
good
5:20 24:8 30:8 60:20
94:6 106:22 125:24
126:7 144:3
goodness
88:4
gotten
55:5 82:15
GPS
101:4
grab
56:11
grabbed
63:20
grabbing
29:19
grade
19:9,11,21,22
graduate
18:11,20
graduated
18:8
grandmom
30:6 115:8
grandmother
115:6 117:9
gray
45:2
great
5:17 8:22 9:10 11:2
12:6 28:4 48:24 49:4
105:10 129:9
ground
6:2 90:20
guess
9:14,15 74:3 88:15
128:16 135:9
guide
136:10,11
gun
57:14 118:13 119:19,20
gunshot
29:16 57:14 120:12
guys
41:2 62:17 65:5 68:16
68:18 71:14 117:19
159:14,15 160:11

H

H
3:14
Haddonfield
1:17
Hahnemann
72:3,4 118:9
half
46:18 80:24 81:2,13,15
82:4 123:6,6 142:16
hand
10:19 56:10
handled
106:17 132:20

hands
10:10,11 102:13,15
hanging
100:5
happen
32:16 34:4 53:8 61:21
71:17 80:18
happened
29:1,4 57:16 63:16
80:2 88:21 91:8
97:13 107:18 108:4
112:19 114:17
126:22 129:23 130:7
141:14 143:24
144:18 145:1 156:7
hard
82:9 84:12
HARDY
2:17
headphones
95:4,19 135:22 136:1,3
136:6 138:22 139:19
139:21 140:2,4
159:13
heal
78:18 81:16
healed
78:19 79:5,12,17,20,24
109:3 150:22 152:6
healing
92:10
health
21:18,21,24 22:6 23:15
94:14 98:14,18 158:6
161:6,11
Healthcare
21:19 22:12
hear
6:14,23,23,24 7:3,4
8:18,23 14:13 57:16
89:17 104:23,24
119:24 124:2 132:4
148:5
heard
29:15 40:23 54:16 55:2
57:1,4,21,22 58:5,8
58:10,19 91:20,20
112:17 118:11,12
120:20,23 139:7
158:16
hearing
7:13
heart
26:5
held
4:17 21:14 86:20
Hello
60:16
help
61:10 71:8 84:17
helping
22:9
helps
8:20
Hi
93:2,3,4 125:18,19
high
17:17,18,21,22 18:1,4
18:22,23 19:4,5,7,13
20:2,6,13 25:7,8,21
97:24
high-tech

105:14
hip
112:12
hit
102:10,13
hitting
102:8
hold
83:17 85:23 88:4
158:14
holding
57:24 58:11
holes
113:16
home
21:18,21,24 22:6 23:14
42:11 68:19 69:3
74:24 76:19 115:22
116:4 142:10,12
143:1 148:8 150:10
151:19 154:19 156:2
156:8
Honestly
120:15
hope
11:3
hopefully
86:24
hospital
71:2 72:3,14 74:11
76:12 103:6 143:2,8
151:17,20 155:2,10
hot
137:17
hour
74:21
hours
12:18 13:5,10,13 143:2
house
17:14 21:8 30:1 67:21
68:3,7,8,11,16,22,23
69:6,9,15,17,20,22
69:24 70:3,5,18,20
70:21,22 84:10 90:9
96:20 97:15 115:4
122:13,13,17,21
140:21 143:10
153:11
hundred
40:2 105:12
hurt
78:11 79:22
hurting
76:3 78:12 121:5

I

iCloud
46:11
ID
161:14
idea
10:1 22:1 37:21 133:17
identical
88:11
identification
87:13
identified
17:3
identify
4:23
image

85:10,11
images
95:16
immediately
19:13 99:15 116:1
impacted
107:2
impair
12:24
impaired
28:10
imperative
163:14
important
7:18 8:6,18 10:16
impossible
105:15
inches
111:22
incident
5:24 7:16 14:22 15:1
24:14,15 25:3,23
39:8 41:16,19 51:7
53:2 54:4,8 70:18
74:18 80:2,6 82:5
83:6,20 84:15 87:24
89:2,20 90:6 91:10
94:17 95:5 96:20
97:4,12,21,24 98:11
99:11,15 100:6 101:8
103:12,15,22 104:12
104:19 106:10 107:2
107:18 109:1 110:19
126:22 127:5,10,13
127:21,24 128:7,15
128:19 129:23
131:10 132:8 133:6
133:10,14 135:19
136:2,15,18 137:3,15
137:18 138:4 139:4
140:13 141:10 143:3
143:12,22 144:4,16
144:20,22 145:14,17
146:1,11,15,18 148:2
148:11 150:11,21
151:4,10,14 154:18
155:1 156:10
including
52:19 93:13
incorrect
51:1
indicate
132:18
information
99:1 147:6,9,20
injuries
74:18 83:5,7 84:16
92:1
injury
5:24 85:2,6,7 150:17
insecurity
157:15
inserted
139:19
inside
42:17 43:14,17,18 44:3
44:13,15 69:6,24
78:24 134:2,8,12,14
135:5 146:23 147:7
149:10,12,12
inspect

154:5
inspected
146:18 153:24
inspection
146:22 147:12,16,22
Instagram
128:2
instance
99:21
instruction
44:21 52:22 77:12
instructions
44:20 76:9 93:11,13
136:10 163:11
insurance
35:20 75:3 82:19,21
98:14,16,18 131:16
131:23 157:19 158:7
161:7,12
intended
11:6
intention
91:23
interested
166:13
interior
43:20
International
116:14
internet
101:2 129:19
interrupt
60:17 161:3
investigated
159:5
involved
39:8 127:5 131:13
132:8 133:5,10,13
146:18 153:24 159:2
involving
24:14
iPad
86:14
iPhone
31:9,13,24 33:21,21
34:18 35:24 36:9,18
36:23 37:4,8,12,17
38:2,7,7,10 39:3,6,10
45:4 47:15,21 49:5,6
49:7,19,20,22,23
50:9,11,12,17 51:7
52:3,6,9,15,19,23
53:3,19,20 55:12,23
56:4 66:18 99:12
100:21 110:11,15
127:4,4 130:3 131:8
132:1,8 133:5,9,13
133:18,22 135:18,23
136:17 137:2 138:14
145:17 146:5,7,11,16
146:17,24 147:3,7,10
147:13,15,22 148:3,5
148:22 149:10,14,22
iPhone's
149:17
Ishynique
1:4,7 3:5 4:18,20 5:13
15:5 165:3,13
IshyniqueMcCoy.zip
87:16 88:6,13
issues

47:2,3,5
_____ J _____
J
2:6
Jersey
1:17
JFK
2:10
job
9:10 21:14 23:21 25:20
25:20 94:6 130:10
journals
14:23
July
1:17 4:15 24:13,16,21
25:24 28:23 29:3
35:1 47:4,17 51:6,18
51:23 52:8 54:4 78:8
79:3,16 83:6 109:11
135:19 138:12 139:4
jump
94:5 106:22 126:13
jumping
94:7
_____ K _____
keep
10:6 61:23 76:24 77:1
77:8 154:20
KELLY
2:9
kept
14:23 159:3,4
Keystone
98:17,19,20 99:4
161:14,17
kicked
60:17 63:1
kid
27:22 28:1 75:15
kids
68:3
kind
20:12 25:10 26:12 30:4
31:7,12 32:8 35:22
37:15 47:14 49:12,14
53:12 55:22 56:20
59:4 63:12,13 64:23
66:5 69:16,17 78:16
81:16,17 90:13 98:14
99:24 100:20 102:6
103:6 104:6 112:1,1
112:10 116:6 123:4
126:16 127:6 136:3,9
148:20 154:5 157:17
King
114:20
Klein
26:20,21 99:10
know
6:15,23,24 7:8,11,12
8:9,9,13,17 9:15,16
9:17,19,19,20,22
10:4,7,9,10,14,18,21
11:2,4,9,10,10,11,15
22:14 25:8,11 27:13
27:16 28:1 29:14
35:16 37:1,23 38:17
39:24 48:8 49:16
52:8 58:20 60:13

68:7 70:20 71:5,6
73:11,15,24 74:4
75:2 78:21 79:8,9
80:4 82:18,20,23
84:5 85:24 88:22
90:22 91:4,6,12,13
91:19 93:15 94:21
96:16 97:6 98:14
99:3,6 103:6 105:12
106:12 117:7,11
126:1 127:12 130:6
130:15 131:22 132:1
132:23 134:5 136:5
138:10 141:3,8,21,24
143:14,19,21 144:5,8
144:17 145:19,20,22
146:19,23 147:2,17
147:18,23 150:10,18
150:24 151:4,7
152:10,15 154:10
159:3,4,10,12 160:3
160:5,12
knowledge
9:11 82:23
known
15:10
knows
10:15
_____ L _____
L
2:22
lab
160:15
laboratory
146:19
laid
22:20,24 29:7
land
123:2
landed
123:3
Lane
15:21 16:4 42:1
largest
66:2
late
32:8
LAW
2:6
lawsuit
5:23 13:21 14:7 29:4
39:7 89:22 106:16
109:17 125:21
126:15 128:19 129:3
130:8 145:7,8 146:20
153:23 154:1,4
lawsuits
14:9 110:3
lawyer
110:1 129:7,9
lawyer's
153:7,11 156:3
lawyers
109:20
leave
18:6 19:6 23:21 53:9
70:17 116:1 124:8
Leffler
2:18 3:10 5:8,8 125:17
125:20 126:5,9,10

148:23 149:2,6,13,16
149:24 150:6,8,14,15
152:21 153:1,2,14
157:23 160:24
left
32:17 34:4 68:1,2,16
72:20 79:5 80:3
99:21,23 100:8
101:21 103:24 104:7
104:8 112:6,8,9,12
118:18 143:15
leg
104:1 114:9
legal
109:24
legs
11:11 100:4,5 118:19
lens
28:19
lenses
28:19
lessen
80:13
let's
28:22 48:13 108:1
letting
92:3
license
23:22 24:3,6,6 28:13
28:14,16,18,20
life
145:10
lift
43:24
lighters
117:19
limited
83:9 84:6
LINE
164:4
listening
32:22 140:1
little
23:19 34:5 45:14,15
81:8 94:5 98:23
105:8 124:12 126:13
134:24 157:14 161:9
live
16:2,4,8,10,13,21 35:12
41:5 97:8
lived
15:24 16:7,9,16,18
40:20 41:12
lives
16:23 31:3 40:19 97:6
living
40:14,18 41:19,21
114:22
local
26:13,14,15,18
located
15:22 26:23 72:17
location
16:21,24 17:13 31:4
40:7,8,20 41:2,3,6,11
41:12,13,14,22
locked
38:5
Logistics
2:16 5:7 93:6
logo
134:6

long
15:24 16:7 21:5 22:1
23:11 26:7,24 36:22
37:15,18 41:5 54:14
56:24 64:14 65:8,11
65:12 68:8 74:20
76:15 78:7 79:14
83:18 84:22,23,24
114:6 116:4,24 118:1
124:16 125:3 130:15
138:11 144:8,9
145:24 146:7
longer
50:22 79:18
look
10:14 33:20 42:15
58:23 72:23 90:5
92:19 106:20 134:18
135:8 136:11 143:4,5
143:23,24 144:17,24
156:17
looked
34:9 43:20 44:24 51:17
54:20 59:8,20 92:2,6
92:7,8,12 104:19
106:9 116:7 121:13
141:19 143:6 145:6
145:10 150:17
looking
28:4 88:18 129:2
159:23
looks
73:3,12,22 85:13,14
87:22 88:7,10,14
89:4 93:18 156:18,24
loose
134:12 146:23 147:6,10
149:9,11,13,14
lost
7:9,9 38:18 57:12
130:9
lot
48:12 53:8 76:3 79:23
80:17,22 84:10 93:10
94:6 133:21 138:24
lots
49:16
loud
29:15,15 54:16 55:2
57:1,4,7,13,21,22
58:5,8,10,18,19
97:14,22 110:16
114:7 118:13 119:18
119:19 120:11,16
139:7 141:23
low
61:20
Luther
114:20
lying
100:2
_____ M _____
M
161:15
M-A-R-T-I-N
97:1
ma'am
141:23
mail
39:12

mailed
39:10 40:6,8,9,12 42:8
Malaya
16:15
manual
44:21 52:22
manuals
44:19
manufacturer
49:21
Maple
15:21 16:4 41:24
maps
101:4
marathon
11:6
Marc
2:10 5:3 106:23
March
21:24 22:18 34:21,23
35:1,5 36:1 47:4,16
51:6,18,23 52:8
132:9 133:23 135:19
136:14 138:12
165:16
mark
87:9
marked
3:16 87:13
Market
2:3,7,14,19
marks
2:9 113:18,20
married
15:13,16
MARSHALL
2:13
Martin
96:22 97:1 114:20
matches
117:20
matter
4:18 5:22 144:10 151:4
mattress
59:10 60:4,10 63:6,7
66:13 94:17,19,22
139:9 154:17
McCoy
1:4,7 3:5 4:19,20 5:13
5:20 6:12 12:3,6 13:5
15:3,5,8 16:14,14,15
16:15,15,15,19,19
17:9 20:20 31:2
48:24 63:4 74:6
86:24 89:16 125:18
131:7 150:16 153:3
153:16,19 161:6,11
165:3,13
McCoy-1
3:17 87:10,14 88:12,19
154:22
mean
10:20 13:17,19 20:10
24:6 45:8,10,11 48:4
53:16 64:6 66:14
74:2 82:8 85:12,13
86:12 109:22 125:6,8
132:3 145:19 158:14
161:3
means
7:7,21 147:18
measurement

9:20 65:16
measurements
56:7 85:22 111:24
media
127:21,23 128:19
medical
25:24 26:4 75:6 92:14
medication
12:15,19,24 13:6,9
medications
77:12
medics
71:11
medium-sized
112:1
meet
116:2
Melanie
2:14 5:5 93:2 105:20
member
130:21,24
memory
9:12
mentioned
66:22 93:4 106:24
metal
59:9
Michael
161:15
mid-sized
65:14 111:21,23
middle
15:6 23:24 66:6
midnight
32:11,12,14
mind
67:12 153:13
minors
17:3,6
minus
89:8,11
minute
55:3 57:3 68:10 117:2
minutes
28:13 29:7 54:19 93:16
114:11 116:5 118:4,6
125:23 158:2
missed
24:1 33:24 34:9 54:11
54:21 76:14 107:5,22
108:10,14
missing
7:1 147:3 148:21 149:5
149:18
mistake
42:7
mistaken
134:15
mobile
127:6
modified
47:23 48:3 138:11
moisture
81:18
mom
30:7 35:7,16,20 36:14
36:18 38:17,22 39:17
40:1,3,4 72:8,13
84:17 91:3 98:8
101:23 106:17 115:9
115:10 117:17 118:3
131:2,15,20,21,22

132:15,19,20 143:15
154:20
mom's
17:14 38:11,20 116:13
moment
104:16 120:7
Monday
1:17 25:11,15
money
83:1 84:14
month
24:11 151:5
months
10:14,20 16:1 78:9,10
78:18 79:8 124:19
125:4,10 146:2,4
Moore
26:23
morning
5:20 6:3 11:15 29:6
30:11 33:12,15,20,22
53:2,4 54:7 140:5
142:15
mother
115:7 116:17,19 118:8
move
17:12 41:2 58:14 88:3
88:11
moved
41:11,24 42:4
moving
56:11 112:12
multiple
63:10 67:23 107:16
108:16 109:7
music
32:22 100:24 101:1

### N

N
2:1,22 3:1
name
4:9 5:21 15:4,6 16:17
21:3 26:18 27:12,16
35:8 75:13 91:20
93:2 96:21,23 97:1
126:23 125:20
129:20
names
15:11 16:12 27:17
narrows
23:19
nasty
85:13
Nealis
1:15 5:11 165:19 166:3
166:21
nearby
29:19
necessarily
78:19
necessary
163:4
need
9:14 11:4,5,8,16 28:5
28:18 84:4 93:8
111:4,15 155:16
158:11 160:22
161:17
needed
78:2 99:8 105:13,14

158:17
needing
93:14
neither
82:13 84:8 166:8
nerves
101:18
never
13:20 23:2 47:19 48:10
67:12 89:22 102:21
121:10 130:18
137:13,20 138:10,20
143:6,15 144:19
145:3 147:24 153:13
new
1:17 35:21 36:6 46:23
50:11 55:10,16 60:3
132:13,15,19 138:19
154:19
night
23:24 32:5,18,24 33:1
33:4,5 53:1,8 54:7
60:8 101:11 139:21
140:5 142:3,5,8
148:3,11
nights
101:16
Nikita
35:9,10 97:8
Nikita's
97:10
nine
86:7
Ninth
19:11
noise
55:2 97:15,22 120:16
120:20,23 141:23
non-destructive
95:14 96:4 104:23
159:6 160:1,14
Nope
161:18
normally
6:6 8:4 51:13 137:8,9
North
35:13 97:7 116:12
Notary
1:16 165:20 166:21
noted
4:21 163:11 165:9
notes
14:24 30:9 92:20
106:20 118:12
120:17
notice
32:16 33:16 34:4 51:21
58:16 64:4
noticed
29:17 57:19 58:9 64:11
100:11 101:20 120:7
139:8 141:12,22,22
number
3:16 6:21 47:8,12
54:11 80:16 153:24
155:15
numbers
82:8

### O

2:22
O'BRIEN
2:9
O'NEILL
2:9
oath
7:19,22 8:1
objections
4:4
obligated
8:1
obtain
18:7
obtaining
20:8
obviously
43:7 121:9 160:12
occasionally
124:6
occasions
156:2
occurred
24:14,15,16 41:16 51:7
89:2 114:7
occurring
100:6
ocean
107:8,12,21 108:2,5,8
108:19,23
office
22:14 27:21,21 76:7
93:19 153:8,11 156:3
OFFICES
2:6
oh
33:23 37:24 50:3 60:19
80:16,22 101:1
105:11 108:10 132:6
144:19 161:13
okay
5:20 6:12,20 7:5,6,24
8:4,20 9:6,8 10:5,6
10:24 11:1,12,13,22
12:10,15,18,21 13:9
13:13,16,21 14:1,7
14:11,18,22 15:3
16:7,17,20,23 17:2,7
17:15,18,21 18:1,10
18:13,17,19 19:6,9
19:12,18 20:2,8,17
20:20,23 21:3,5,8,14
21:17,21 22:1,6,17
22:20 23:1,7,8,14,17
23:19 24:5,8,18,24
24:21 25:2,8,16,23
26:3,7,9,12,18 27:2,5
27:8,11,13,20,24
28:8,12,16,22,23
29:6 30:8,14,20 31:1
31:3,6,10,14,16 32:1
31:24 32:3,10,13,16
32:20 33:6,12,15
34:7,11,14,18,22
35:1,5,8,19,22 36:1,4
36:12,16,22 37:8,12
37:15,21 38:10,14,17
38:24 39:3,6,10,13
39:18,21,24 40:4,9
40:14,17,21 41:4,5,8
41:15,18,18,21 42:2
42:3,7,11,13 43:6,10

old
15:8,9 24:21 25:1 27:8
50:22 82:9,11 97:3
130:6
older
17:5
once
43:10 68:18 70:3,5
97:14 120:8,19,23
153:11 156:2,2
ones
138:19 152:18,18
online
92:16
oozing
81:9,14
open
44:12 123:10 136:21
147:22 148:10
opened
43:6,11,13 123:11
134:1 159:5,9
operate
25:12
opportunities
107:20 108:8
opportunity
108:5
ORAL
1:5
orange
139:16
order
8:15 111:15
original
49:19 163:15
outside
30:2 43:4 64:10 67:10
67:11,14 68:22 70:20
70:21,22 86:2 100:16
113:5,6 120:12 123:3
outstanding
82:24
overnight
51:14
owe
83:1
ownership
52:18
Oxford
16:5,21 17:12 31:3
40:6,8,19 41:2,11,14
41:22,23 42:5

### P

P
2:1,1,22
P-E-N-T-A-L-O-B-E
149:20,24
P-E-N-T-E
149:23
p.m
25:18 86:18,22 106:1,5
142:9 158:20,24
161:24 162:3
PA
2:4,8,11,15,20 15:23
16:5 35:14 40:10
page
3:3,15 88:3,5,12,18
164:4

pages
86:9 165:5
paid
38:5 75:3 82:19,21
pain
76:4 78:1 80:2,5,7,13
81:5 114:13
painful
92:10
pair
112:19
pandemic
6:7
paper
43:3
papers
44:20
paragraph
110:10
parents
16:11,17,20 41:10
parents'
111:15
park
30:5 107:23 108:14
109:10 114:18,19
115:3
parlor
111:10
part
13:21,22 82:13 95:16
130:8 134:23 135:9
140:13 141:16 145:6
146:19 160:19
part-time
25:20
participate
79:23 83:11
particular
14:7 25:12 27:20 34:18
35:19,21,22,22 36:5
36:6,6,10 37:13,13
37:15 38:3,9,19 39:1
39:19 40:6 42:8,19
43:17,20 44:2,11,16
44:23 45:2,9,10,13
45:21,22 46:2,6,8,13
46:16,18,20,21,22
47:1,5,8,8,10,12,14
47:18,19,21,24 48:2
48:2,5,8,9,9,10 49:24
50:2,4,18,19,22 51:2
51:6,9,12,17,22
52:13 53:5,17 54:5,8
54:12,16,18,20 55:1
55:4,7,8,10,15,17,19
55:22 56:1,17,18
57:1 58:1,4,11 59:24
63:5,14,17 64:1
66:10,18,24 67:7,14
67:20 71:17 89:21,24
90:1,4,6,16,20,23
91:1,8,11,13 95:4,24
96:1,3 97:17 99:19
101:7,11,24 102:1,2
104:18 106:9,12
110:12,18 118:17,22
119:9,16 121:16,17
122:6,7 123:1,16,21
127:2,5 128:11 131:9
131:9,11,15,16 132:5
132:10,14,15,17,19

people
19:24 20:11 68:7 89:21
percent
40:2
percentage
142:18
performance
51:22 137:14
performed
129:1 133:4
period
19:14,16 36:4 40:22
47:7 48:6 52:7 78:13
94:24 114:12 115:17
120:23 124:5,13,20
124:24 125:3 144:8
person
6:7 17:7 34:2 35:2
43:11 54:22,23 68:23
102:12 105:14
personal
5:24
petered
105:18
Philadelphia
2:4,8,11,15,20 15:23
16:5 19:5,13,15,20
25:7,8 27:15 35:13
40:10 71:20,22 94:13
97:24 116:8,10,12,14
166:22
Philly
19:17,23 20:6 25:21
phone
24:14 29:8,11,12 30:23
31:7,8,10,12,14,15
31:17,17,19,24 32:14
32:20 33:2,3,4,9,13
34:8,23 35:3,5,17,18
35:19,21,22,22 36:5
36:6,6,10 37:13,13
37:15 38:3,9,19 39:1
39:19 40:6 42:8,19
43:17,20 44:2,11,16
44:23 45:2,9,10,13
45:21,22 46:2,6,8,13
46:16,18,20,21,22
47:1,5,8,8,10,12,14
47:18,19,21,24 48:2
48:2,5,8,9,9,10 49:24
50:2,4,18,19,22 51:2
51:6,9,12,17,22
52:13 53:5,17 54:5,8
54:12,16,18,20 55:1
55:4,7,8,10,15,17,19
55:22 56:1,17,18
57:1 58:1,4,11 59:24
63:5,14,17 64:1
66:10,18,24 67:7,14
67:20 71:17 89:21,24
90:1,4,6,16,20,23
91:1,8,11,13 95:4,24
96:1,3 97:17 99:19
101:7,11,24 102:1,2
104:18 106:9,12
110:12,18 118:17,22
119:9,16 121:16,17
122:6,7 123:1,16,21
127:2,5 128:11 131:9
131:9,11,15,16 132:5
132:10,14,15,17,19

134:9,15 136:3,13
137:3,15,17,20 138:1
138:3,7,10,16 139:1
139:9,19,21,22 140:2
140:4 141:4,8,17,17
141:18,22 142:1,11
142:15,19,21 143:3,5
143:6,11,22,23 144:1
144:5,16,17,19,22,24
145:6,11,16,20,23,24
146:3,10,14 148:1
152:2 153:24 154:6
159:3
phones
36:15 49:17 130:18
132:21 142:23
photo
96:16 104:14 106:7
154:24 155:4,5,21
157:2
photograph
87:17 88:23 89:1 96:13
105:4 155:2,8
photographed
153:4
photographer
73:16 152:17 153:4
156:1
photographers
153:9
photographs
3:17 73:2,5,5,7,9,16
87:3,4,12 94:16 95:3
104:15 150:17
photos
85:19 86:1,1,4 112:3
150:19 151:3,13,17
151:23 156:1,18
phrase
12:23 14:1 49:15
physical
48:2,9
physically
153:6
pick
23:9
picture
34:5 87:20 88:16,19
102:21 151:10
pictures
56:20 89:13 100:22
128:13 151:7 152:3,5
152:7,15 153:7
pieces
148:22
pillows
59:15,17 119:7
place
80:21 156:4,8 160:7,15
166:6
placed
8:1
places
137:6
plaintiff
1:5 2:5 5:1
plaintiffs
5:1
plan
38:11,12,14 130:20,24
131:2,4

plastic
45:3,5,7,9,12,17,20
46:1,3,4,5 59:23 60:1
60:2,5 63:5,6,24 78:5
103:21 121:16 139:8
154:17,20 159:19
plastic-wrapped
60:10
playing
56:24 117:12,17,19
please
4:23 6:14 7:10 9:14
10:6 15:4 68:17 73:1
86:16 93:15 163:3,8
plug-in
135:9
plugged
31:21,22 95:4 99:12
136:2
plugs
134:23
plus
31:13 32:1 33:21 34:18
35:24 36:9,19,23
37:4,8,12 38:7,10
39:3,6,10 45:4 47:22
50:9,12,17 51:8 52:3
52:6,10,15,19,23
53:3,20 55:9,12 56:5
66:19 99:12 100:21
127:4,4 130:3 131:8
132:1,8 133:5,10,13
133:18,22 135:23
136:17 137:2 138:14
146:17,24
pocket
110:12,15,18 137:10,12
pockets
113:2
point
8:22 10:21 23:3 33:16
33:20 50:13 52:18,21
55:1,24 58:23 63:23
66:2,21 79:7,11,17
80:12,14,15 109:3
118:16 121:2,20
123:19
police
71:3,4 131:12,13
pool
108:14,19
pop
105:16
portion
62:24
pose
9:7
post
127:24 128:6,10,13,23
posted
127:20 128:5,8,18,21
pour
103:2
poured
103:4
power
34:4 47:1
practitioners
27:17
preparation
109:15
present

153:3
pretty
8:7 56:7 57:22 60:3
85:20 109:2 121:23
prevent
12:7,11 13:6,10
previous
35:19
primary
26:15 77:7 82:15,20
99:9
prior
14:11 21:11 154:4
private
71:21
probably
23:13 36:8 38:22 54:19
57:3 68:10 73:19
74:21 75:10 79:18
80:23,23 81:4,8 82:4
97:5 105:21,22 111:9
114:10 117:2 118:4,6
125:3,22 130:17
141:14 142:2,15,22
143:14 144:13 145:3
146:2,4
problem
137:16 148:10
problems
37:5 38:3,4 137:14
proceeded
30:1
process
68:9 92:10
product
126:17
production
86:10
professional
1:16 152:17 153:4,9
156:1
professionals
145:2 154:5
program
18:20,23 20:3 131:16
programs
20:4
propounded
165:7
protected
136:17
protocol
96:3
provided
73:17 86:5 95:14,17
96:3 152:23
providing
22:8 132:17
psychiatrist
103:17
psychologist
103:19
public
1:16 94:13 165:20
166:21
pull
45:13,15 102:23 160:6
pulled
46:16 102:19,20
purchase
35:6
purchased

35:7 36:20 37:24
purse
137:9
pursuant
96:3
put
10:16 11:23 24:2 29:20
34:1,10,11,15 54:22
55:1 64:7,17,22 65:2
65:9 66:15,15 67:3
74:8,23 76:24 100:12
102:3,24 114:3,8
122:2 123:21 139:16
140:18 148:9 151:21
153:21 154:22
putting
64:17,21

Q

question
4:5 6:24 7:4,12 8:9,10
8:13,19,23 9:2,6 10:2
11:9 41:1 49:14
60:24 61:2 72:11
104:24 105:2 124:12
127:15 129:8 144:3
153:20 154:15
questions
7:15,17 12:8,12 13:7
13:11 29:2 30:10
91:17 92:21 93:8,15
94:7,9 125:13 132:24
139:2 148:21 149:7
153:15 165:7
quick
148:14 149:1 153:20
154:15
quickly
121:23 141:14
quit
22:21 24:4

R

R
2:1,22 164:2,2 166:1
railing
59:11
ran
57:18 64:13 97:16
rate
80:7,8
reached
56:9,9
read
11:21 52:22 163:3
165:4
ready
5:17,18 12:3 49:1
62:21
real
80:16 148:13 149:1
really
10:1 42:22 48:12 50:6
56:7 57:7 80:9,9,11
83:17,21 84:24 85:21
95:8,8 101:18 102:6
104:13 119:19
120:16 156:12
rear
112:9
reason

6:22 38:6 47:18 76:1
163:5
reasons
75:24
recall
120:19 128:16 131:10
142:20 146:14
150:18,22 151:16
152:7 153:3
receipt
163:16
receive
17:18 18:11 39:11
received
17:17 39:12 43:7 132:9
133:5,15,19 135:18
136:14 137:2 144:6
152:19
recollection
9:12 152:12
reconnecting
105:23
record
4:9,22 8:16 10:24
11:24 48:18,22 60:22
86:16,18,20,22 93:16
94:2 106:1,5 110:2
149:8 155:4,19,21
157:2 158:12,20,24
160:10,18 161:6,11
161:21,24
recorded
6:10 10:8,13
recording
62:9,12
recover
132:2
recovered
90:1,23
recovering
132:5
recovery
18:15,18 20:1,3 25:9
referring
45:18 66:12
refills
78:2
refurbished
132:11
regard
107:1 148:21 157:8
regularly
26:10
related
15:1 83:5 129:3 130:10
166:9
relates
154:1
relating
5:23 14:22 84:15
relation
99:19 103:12,14,21
110:19 114:21
122:11
relative
56:5 166:11
remember
9:16 10:4 19:9 24:10
24:11 33:9 36:22
37:18 39:13 43:19
46:15 70:14,16 76:23
77:20,23 80:20 82:11

84:23 104:13 113:7
120:15,16 128:8
134:19 136:7 138:21
141:1,10 142:15
143:3,4 151:9,13,24
remove
138:6
repair
37:10
repaired
37:9 47:18,19 132:11
138:11
repeat
33:18 40:24 52:5
109:23 116:16
126:12 148:20
repeated
9:2
rephrased
9:2
replace
138:6,22
replaced
51:17 133:9,14,18
138:24
replacement
39:1,19 49:6 50:12,18
50:22 51:2,6,9,17,22
52:6 53:20 55:4,12
133:4 145:16
replacing
38:6
report
131:11,19
reported
35:20 131:15
reporter
1:16 5:10 6:15 8:1,15
10:11 57:11 60:16,21
61:1,7,11,14,19 62:1
62:4,7,10,13,23 63:2
166:3
Reporting
4:11
represent
5:22,22 93:5 125:20
request
72:24 73:8
research
92:16 129:1 130:2
researched
129:4
reserve
11:20
reserved
4:5
resign
105:17
respond
70:10,13
responses
10:17
responsive
71:7
rest
17:5
restriction
28:17,19
restroom
11:12
result
83:10,19 87:24 92:10

146:22 147:12
retail
21:9
retained
4:10
return
39:14 163:14
reunion
32:8 142:5
review
14:18 109:16,19
Rhianna
16:14
rid
92:9,13,15 94:19,21
95:18
ride
98:8 107:23
rides
83:14 84:3 107:9,24
riding
107:9
right
7:7 9:19 11:14,20 12:7
15:3,13 24:6 28:22
30:11 31:4 34:10,11
37:1,18 39:1 41:22
42:5 44:17 52:21
53:4,5 54:22 62:6
64:2 65:23 66:16,19
67:3 71:3,24 77:5,23
80:6 81:9 87:7 89:1
90:17 93:17 94:10
97:22 105:8 107:18
109:3 110:10 112:6
112:20 115:17 116:8
119:3,3,5 120:3
121:24 122:9 123:3
130:10 131:17
134:16 135:11
136:11 137:15
138:12 140:8,13
141:5,6,24 143:13
146:12 148:2,9
149:14 150:11
151:20 154:1 158:13
161:13
ripping
78:22 79:10
rise
29:4 39:7
room
7:20 9:19 29:8,10,12
29:23 30:15,16,17,18
30:20 55:19 57:6
65:13,14 67:4 68:1,2
69:2,11 74:12,13
93:22 94:2 97:14,20
120:8 140:10,16
rooms
30:1 64:8 67:16 68:13
Rothermel
2:2,3 4:24,24 5:18
11:19,23 12:22 48:16
61:5 62:8,11,18,20
73:4,14,22 85:18
86:12 89:8,11 93:21
95:13,20 96:2,9
104:21 105:3,9
110:23 111:2 148:18
148:24 149:4,11,15

149:23 150:4,7,12
152:16,22 154:13
155:14,18 156:21
158:1,8 159:1,12
160:20 161:8,13,19
161:22
round
25:14
rude
10:23
rule
6:21
rules
6:2
run
67:21
running
29:17 67:15

S

S
2:1,22,22 3:14
sat
29:14
saw
29:19 33:24 54:11,21
63:4,16,24 90:12,12
90:20 94:12 121:13
129:12 141:20
144:19 151:7 156:19
saying
43:14 124:9
says
50:5 87:17 110:11
scale
80:3 81:3
scanned
94:2
scar
85:15,17 87:21,23 88:7
88:14 89:4 152:7
156:17,18,19,24
157:5
scarring
88:20
scars
153:4
scary
141:14
schedule
25:13
school
17:16,17,19,21,22 18:1
18:4,15,18,22,23
19:4,7,13,14,17 20:1
20:2,6,13 25:3,4,9,10
25:17,21 51:15 53:22
83:19,22 98:3,5,9,12
101:16 107:22 109:9
109:12 124:1,6,7,9
124:14 142:24
schools
19:3
schoolwork
126:24
scorching
113:20
screen
7:8 45:9,16,21 87:1,2,5
87:7,17 89:13 104:16
106:7 133:17 138:3

141:9 148:9 154:23
screw
146:23 147:6,18 149:10
149:11
screws
138:7 147:2,10,14,17
149:5,17,19,21 150:1
sealed
43:4 44:4
sealing
4:2
search
129:19
seated
118:17
second
19:5 23:23 24:23 85:24
86:16 148:15 154:23
155:16
Seconds
64:15
see
10:8,8 11:7 26:19
27:18 28:2 58:7 59:2
68:4 75:17,18 86:6
87:4,18 90:11,14
95:16 103:11 104:16
106:7 115:13 119:22
121:17 129:5,12
135:10 144:18,24
155:5 157:3 159:11
159:14,15,15,18
seeing
75:15 159:24
seen
74:11,13 92:9,14
103:21
self-employed
20:22 21:5,15
selfies
56:22
send
73:1,5 160:12
sense
9:3 135:1,3
sent
35:21 37:9 62:9,12,13
73:5 74:24 85:19
86:1
separately
87:11 159:4
SEPTA
98:7
September
22:3,4,5
server
86:13
service
138:15
serviced
133:14
Services
115:13
set
46:8 150:20,22 166:7
sets
110:4
seven
86:7
Shameek
16:19
Shamir

16:15
Shamiyah
16:14 17:9 31:2 97:19
97:20,20 102:11
131:7
share
30:16 105:14
shared
30:18,20 140:7
Sharifa
16:15
sharing
87:1,2
she'll
36:15
sheet
59:19 60:8,9,12,13,14
66:24 67:7,13 90:13
90:14 118:22 119:2,3
119:10,11,12,16
122:5,7 123:1,14
139:8 141:4 143:15
143:16,19,20 159:8
159:24 160:4 163:7,9
163:12,15 165:10
sheets
22:10 34:17 66:12
121:16
shift
23:23 24:3
shipping
134:1
shirt
113:9
SHOOK
2:17
short
48:19 106:2 111:7
158:21
shortly
152:19,22
shorts
58:3 102:6,18,22
112:19,24 113:2,4,5
113:6,7,9,11,21,22
113:24
shot
119:20
show
71:3 73:11 87:20 88:19
94:2 104:14 129:18
152:6 160:4
showed
70:15 71:6,7,10 129:14
129:16,16,21 147:16
shower
84:22
showers
83:12 84:2,19
showing
87:1,16 157:12
shows
87:21 88:20
Shymira
97:18
siblings
16:11,13,16,20 17:2
41:10 84:17
side
25:19 72:19,20 79:5
80:3 99:24 100:4
104:6,7 112:9,10

118:18 122:18 141:5
**SIEGEL**
 2:2
**sign**
 11:21 39:15,17,19
 163:8
**signed**
 40:5
**signing**
 40:5 163:10
**signs**
 23:8 46:1
**sim**
 138:7
**similar**
 20:3
**single**
 15:14,15
**sink**
 103:5
**sister**
 17:10,11 29:7 30:18,21
 30:21,21,23 31:1
 55:24 56:16 57:18
 63:20 64:13,21 65:4
 67:7 68:6,21 97:17
 102:10 114:2 115:5
 120:8 121:22 131:5,6
 140:8,18 141:12
 152:1
**sister's**
 55:7,18 57:1 58:1,11
 102:2 146:3
**sisters**
 30:5 102:7 115:8
**sit**
 56:17 79:4,21 81:5,21
 83:16 85:1 120:22
 124:6,17 138:21
 145:5 151:13
**sitting**
 56:2,3,5,12 64:1,3
 83:22 84:11 99:16
 100:1,3 124:2,14
**situation**
 12:11 85:6
**six**
 10:14,20 16:20 78:9,10
 78:18 79:8 86:7
 125:10
**size**
 9:19 44:2 66:3
**skin**
 78:18,22 79:1,10 114:4
**sleep**
 32:21 33:7,8 59:17
 84:7
**sleeping**
 31:18,20 124:22,24
**slept**
 60:8,9
**slow**
 105:8
**small**
 19:16 43:23 44:15 50:6
 102:6 113:22
**smaller**
 89:7 122:20 134:2
**smell**
 140:16,19,20,23 141:1
**smoke**
 69:8,11,14,16 90:13

**139:17**
**smoking**
 117:22 139:13
**Snapchat**
 128:3
**social**
 103:11 127:21,23
 128:19
**soft**
 6:12
**somebody**
 40:4 72:12 102:3
 111:11,12 119:20
 125:5
**someone's**
 130:23
**someplace**
 116:15
**soon**
 116:19 129:23 144:14
**sore**
 80:9
**sorry**
 19:18 22:4 50:3 54:1
 60:16,19 62:4,10
 76:13 85:5 89:10
 111:1 129:15,15
 137:23 150:24
 153:13 161:3
**sort**
 68:2 86:1 105:18
 112:12 133:21
**sound**
 29:16 54:16 57:2,5,5,7
 57:9,17,21,22 58:5,8
 58:10,18,19,21 61:3
 118:13 120:5 139:7
**sounded**
 57:9 61:3
**sounds**
 8:17 30:8 121:22
**source**
 37:23 120:1,5
**Southwest**
 27:15
**space**
 21:9 163:6
**sparks**
 119:22
**speak**
 6:14 8:6 11:17 161:8
**speaker**
 148:4,5 150:9
**speaking**
 137:1
**special**
 76:20
**specialist**
 75:19 78:5
**specialized**
 20:9
**specific**
 21:23 22:16 24:10
 124:12 151:1,2
**specifically**
 23:12
**spell**
 15:6 96:23
**spills**
 154:21
**spoken**
 6:13

**spot**
 56:11 63:11,12
**spots**
 63:10
**spreading**
 63:13
**spring**
 59:10
**sprinklers**
 69:21,23,24
**Square**
 2:18
**stack**
 87:10
**stamped**
 155:5
**stand**
 70:20 83:22 124:6
**standing**
 25:24 26:3 56:1 65:4
**start**
 8:8,10 19:21 84:18
 125:22
**started**
 11:14 22:3,3 27:5
 29:18 49:2 64:16
 100:12 109:16,21
 114:8 124:7 151:22
**starting**
 14:11 67:16 81:16
**starts**
 110:3
**state**
 163:5
**statement**
 89:19
**States**
 1:1 4:13
**status**
 128:11
**stay**
 84:10 105:19 108:1
 140:4 149:8 160:18
**stayed**
 65:22 70:21,22
**stenographic**
 4:22
**Stephen**
 26:20,21 99:10
**steps**
 57:18
**stick**
 78:15
**stickers**
 42:20 44:8,17 45:24
 134:10,12,18,20,21
**sticky**
 45:14
**stitches**
 74:14
**stolen**
 35:20,23 36:1,3,6,9,19
 36:23 37:5,9,12 38:8
 38:10 49:6,7,19 50:8
 50:17,19,20 52:4,10
 52:16,20 127:4 131:8
 131:11,16 132:2,5
 145:20
**stomach**
 26:6
**stood**
 57:23 58:15,24 120:20

**120:24 121:12,12**
 124:1,13
**stop**
 22:17 76:4 78:14,21
 81:11,24 82:1 117:16
**stopped**
 78:16 79:10 82:2,12
**store**
 1:7 36:13 37:22 138:15
 138:22
**stored**
 91:13 143:12,12
**Street**
 2:3,7,14,19 16:5 31:4
 35:13 40:6,8,10,15
 40:19 41:2,3,6,11,12
 41:13,17,19,22,23,24
 42:5,8 97:7 114:23
 115:2 116:8
**stretch**
 11:11
**stretchy**
 102:22
**strike**
 153:13
**stripped**
 147:17,18 150:2
**stuck**
 23:24 78:24
**stuff**
 9:13 22:10 29:19,21
 43:17 46:12 48:8
 53:22,24 54:3 56:19
 76:10,12 78:1,3,15
 78:16,22 79:22 81:8
 84:10 85:22 92:11,17
 100:13,23 102:19
 107:9,16 117:17,18
 129:5 138:19 148:7
 154:21 157:11
**subject**
 163:10
**submitted**
 99:3
**Subscribed**
 165:15
**substance**
 165:9
**successful**
 64:19
**suddenly**
 110:12
**sued**
 14:3,5
**suit**
 157:10
**Suite**
 2:4,7,11,15,19
**summer**
 79:24 98:2 107:17,19
 107:21 108:3,7,11,13
 108:19,22 109:6
 126:22 152:20
**summertime**
 79:19,20
**super**
 159:18
**supplemental**
 73:2
**sure**
 10:23 12:1 14:2 18:22
 19:8 21:23 22:11,16

**23:12 24:24 27:12,16**
 32:7 33:19 34:20
 35:14 36:14 37:3,4
 37:20 38:13,20,23
 39:15,23 40:23 41:1
 41:4,9 42:10,22,23
 44:22 46:14 47:9
 48:4 52:6 56:7 59:7
 61:3,20 62:18 64:8
 65:11 67:17,24 68:18
 70:7,11 73:12,14
 75:4,13 79:13 81:12
 81:20,20 82:7,13,22
 84:20,24 87:11 88:24
 90:4 91:5,9 94:23
 95:8,9 96:18 98:16
 101:15,16 102:11
 104:11 107:15
 108:16,24 109:4,22
 111:24 117:8 118:11
 119:24 120:7 123:22
 123:23 124:21
 131:24 132:20
 133:24 135:24
 137:23 138:16 139:1
 140:12 141:20
 142:18 143:7 145:22
 148:6,23 150:14
 153:1 156:5,12 158:8
 161:22
**surgeon**
 78:5 103:21
**sustain**
 74:18
**swear**
 5:11
**swim**
 84:1 107:23 108:5
 157:10,16
**swimming**
 83:13 107:9,11,21
**switch**
 54:2
**switched**
 23:23
**sworn**
 5:14 165:15 166:6

**T**

**T**
 2:22 3:14 164:2 166:1
 166:1
**T-A-M-I-Y-A-H**
 15:7
**T-Mobile**
 1:7,7 2:12 4:19 5:4
 36:1,1,13,15 37:22
 38:11,12,14 39:16
 130:15 131:22
 137:12 145:13
**t-shirt**
 58:3 112:19,22 113:4,8
 113:12,23
**T-Y-S-H-I-R-A-H**
 96:24
**tab**
 45:15
**tablet**
 127:6
**take**
 6:17 11:3 44:12 48:13

**64:14 65:8,9,11 66:3**
 68:9 72:2,7,9 76:11
 79:14 83:12,12 84:2
 84:2,15 90:5 91:11
 93:16 94:16 95:3
 96:13 98:9 116:4
 125:24 126:3 137:5
 137:24 138:14 143:5
 144:17 152:2 156:1,4
**taken**
 1:15 12:18,21 13:6,9
 48:20 105:4 106:3
 144:23 150:19,20
 151:1,3,10,14,17
 152:5,11,13,19,24
 153:7 155:1,9 158:22
 166:11
**talk**
 10:9 14:14 24:18 28:22
 52:21 54:23 71:11,14
 110:1 148:7
**talked**
 28:12 82:18 89:18
 127:3 129:7,9 139:6
 156:21
**talking**
 8:8 10:10,15 48:1,7
 49:5 100:22 101:17
 139:22 152:7
**tall**
 56:14
**Tamiyah**
 15:5
**tampered**
 43:7
**tattoo**
 111:6,10,16,18
**tattoos**
 103:24
**tech**
 20:24 21:6,15
**technical**
 6:5 38:4
**technology**
 6:21
**tell**
 7:2 8:2 9:1,21,23 10:3
 17:15 24:8,12 29:1,3
 77:15 79:10 123:19
 124:3 129:10 132:13
 139:13 141:13,15
 143:11 159:15
**telling**
 30:2 76:12 94:11 100:7
 108:20 117:16 129:8
**tells**
 154:20
**ten**
 80:4,8,13 81:3 86:8
 118:4,6
**terms**
 66:11 157:6
**test**
 96:11
**testified**
 5:14 109:2 126:13
 133:21 135:8 139:3
 153:21
**testify**
 154:24
**testimony**

13:2 112:17 118:12
118:17 120:18
testing
95:14,15 96:4,7 104:23
105:5 159:7 160:2,15
texting
100:22
thank
5:20 6:3,20 19:18
27:16 28:4 35:15
48:15,16 49:4 62:1,3
86:24 92:22 93:24
94:3 99:3 125:15
126:8 148:17 150:12
153:15 154:10
155:24 157:24
161:18
Thanks
94:1 96:8 158:10
thigh
104:4,8 112:6,8,9,13
thin
45:9
thing
29:14 31:22 54:18 85:9
things
10:17,19 83:8 84:5
100:20 107:1 123:24
think
8:9 9:21 73:18,19
89:12 90:3,3 95:9
105:21 106:15 109:2
109:4 112:17 118:8
118:16 120:5,9,12,13
120:14 123:18,18,23
123:24 125:12,22
130:5 131:13,14
132:22,23 133:24
134:9,20 135:7
136:23 138:9 139:6
141:11 142:11,14
144:10 150:1 156:8,9
156:21 160:22
thinks
74:1
third
67:5,16 122:23 143:9
third-party
5:6 93:5
thirteen
86:8
thirty
163:16
thirty-seven
86:9
thought
73:6 117:12,14 120:10
120:19
three
68:12 83:2 86:7 146:4
threw
29:21,21 66:22 67:1,9
67:10,13,20 96:14
122:5 123:1
throw
67:6,7 95:12
throwing
67:11
thrown
89:24 143:17
thumb

148:10
thumbprint
136:24
tight
80:9
TikTok
128:3
time
4:5,15 8:7 11:3,15,16
11:16 18:24 19:14,16
23:23 25:2,2,12,16
25:23 30:12 32:5,7
32:14 33:10 36:4,17
40:13,15,22 41:18
47:7,16 48:6,17,19
48:21 50:21 51:5,18
51:23 52:7 54:4,15
54:17,24 56:21 57:11
58:2,20 65:18 78:13
79:8,11,14 83:18
84:22 86:17,19,21
87:12 95:1,5 96:20
97:3,21,23 98:15
99:11 100:6,14 101:7
101:8 104:15 105:24
106:2,4 110:19
113:23 114:22
115:10,17 118:3
120:23 124:5,7,13,20
124:24 125:3,24
128:1 138:17 139:18
140:11,17 141:9,21
141:24 142:20 144:3
144:8,15,21 153:10
154:18 156:4 158:19
158:21,23 161:23
166:6
times
101:13 107:16 108:3,6
108:16,16 109:7
138:24
timing
34:20 79:13
tingly
80:10
tiny
7:1
today
6:9 7:15,19 9:10 11:3
12:4,8,10,13,16 13:7
13:11 14:8,12,16,20
14:23 24:9,19 52:21
79:2,4 81:21 85:1
87:22 89:5 99:8
109:15 127:3 130:23
138:21 145:6 150:16
151:13 156:17,24
Today's
4:14
told
20:4 25:9 29:24 44:16
46:22 53:2 71:17
75:12,22 76:10,14,21
76:22,24 77:8 83:24
89:21,22 91:17
117:12 124:22
132:15
tool
147:21
top
34:14,17 43:24 45:6,8

104:4 112:5 118:23
118:24 141:17
topside
104:7
totally
9:16 25:12
touch
92:3
touching
112:11
trade
138:19
train
24:1
training
20:9,12
transcribe
6:16 62:23
transcript
1:14 4:3 105:23 148:19
163:17,19 166:4
transcription
165:6
transfer
19:12
transported
71:23
traveled
118:9
treat
26:10 74:7
treated
72:16
treatment
91:24,24
trial
4:6 105:11
tried
122:2 143:24
trip
107:22 108:15 109:9
trips
83:15 107:1,3,5 109:5
109:12
truck
70:9,15
trucks
70:8
true
113:24 114:1 166:4
truth
8:2
truthful
13:2
truthfully
12:13 13:11
try
44:9 64:16 77:1 91:7
105:19 126:12 138:6
144:18 147:22
trying
10:23 11:6 29:20 67:22
73:18 89:7 114:8
120:10 139:11
Ts
14:2
tucked
113:4
turn
46:16 70:1
turned
23:17 27:3,5

Turner
40:10,14 41:3,5,11,13
41:17,19,23 42:8
114:22 115:2 116:8
turning
33:9
twelve
86:8
twice
153:10
twin
59:5
two
2:18 16:1,20 19:3 21:7
21:11 50:13 54:19
55:3 57:3 82:14,20
86:6 104:14 108:6
109:1 114:10 115:2
117:2 135:1 140:10
142:22 147:14
149:18,21 152:13
156:2,14 158:2
two-minute
114:12
type
18:15 20:3 28:17 45:12
45:17,20 46:1,4
49:21 78:4 92:13
130:12
types
8:16 49:16,17
typical
53:7
typically
135:8
Tyshirah
96:22 97:12

---

## U

uh-huh
10:19
uh-uh
10:19
ulcer
26:6
ultimately
90:1,23
unboxed
44:24 45:21 46:2,8
uncomfortable
84:8 125:1,1
underneath
34:15 118:22
understand
6:10 7:18,21,24 8:2,23
9:3 12:8 13:7,17,19
36:16 53:16 132:10
133:24 139:12
141:13 145:5 153:23
154:2
understanding
9:12 132:7 133:3,8,12
understood
9:7
underwent
96:6
unique
140:24
United
1:1 4:13
unlocked

38:5
unusual
51:21
updated
73:9
upper
67:4
UPS
42:16,24
upstairs
64:13,14
USA
1:7
usable
90:17
use
8:24 11:11 29:8,9 35:2
48:11 50:17 52:22
55:7,14,15,17,20
56:1,16,17 94:24
100:20,24 101:4
126:19,21 127:1
136:13 137:3 148:7
152:2
user
136:10,11
uses
125:5
usher
68:3
usually
36:14 46:11 53:21
54:18 101:11,15
134:22 137:5 142:23
154:19

---

## V

vape
130:13
verbal
10:7
verify
46:12
video
1:14 4:12,15 48:18,22
62:17 73:12 86:18,22
105:22 106:1,5
140:13 158:20,24
161:24
videographer
2:23 4:8,10 5:10 6:10
48:17,21 61:8,13,23
62:15,19 86:17,21
105:24 106:4 158:11
158:16,19,23 161:20
161:23
view
88:7,13,15
vision
28:10
visit
75:2,5 99:9 155:11
visits
75:6 82:14,20 83:2,2
vs
1:6 4:19

---

## W

wages
130:9
wait

22:4 41:15 85:5 148:18
158:14
waiting
6:4
waived
4:3
wake
30:12,14 53:10
walk
98:6
walked
29:9,12 98:13
wall
123:7 134:23
want
6:1 7:3,4 10:23 14:13
54:23 60:21 73:20,23
89:17 94:8 110:2
118:11 126:1,2 129:6
130:5 133:23 137:23
139:2 140:12 154:22
158:3 160:11,17,18
wanted
17:14 38:9 55:15 62:17
154:9 160:8
WARNER
2:13
warning
110:13
wash
84:21
wasn't
18:16 19:16 39:23 40:8
43:6 44:1 45:6 67:24
78:19 79:19,24 102:5
107:23 119:13 120:7
121:5,7 123:22
124:23 125:1 142:19
watch
84:11
watching
96:10
water
48:12 102:24 103:2,4
123:21
wave
7:8
way
8:18 9:3 14:1 28:10
29:11 30:2 47:23
48:3,6 52:2,9,12,13
54:8,12 58:20 67:24
79:2 127:16 136:20
153:22
we'll
74:3 93:16
we're
5:18 6:7,13 7:19,20 8:5
8:7 10:15,17,24
14:23 24:9,18 52:20
158:13,14
we've
11:15 14:2 116:6
wear
28:8 157:6,17
wearing
28:5 58:2 112:18
website
136:11
websites
129:2
week

Ishynique McCoy 07/19/2021

week
151:5
weekend
101:17
weeks
21:7,11 36:8 124:19
144:11,13
weeks'
144:15,21
weeping
81:9,14,18
weird
54:8,12
welcome
92:24 125:16 153:17
154:12
Wellness
26:20,21 99:10
went
17:15 19:3,17,20 23:2
30:7 32:10,13,17,21
33:7,8,10 49:4 57:14
64:8,10 67:19 68:16
68:19,19 69:15 75:24
76:6,15 77:7 90:9
91:14 108:14,15
118:13 119:19
123:13 137:6 142:9
143:4 151:20 155:2
159:24
weren't
22:22 108:18 119:24
121:9 134:16
West
16:5,21 17:12
wet
55:5
whatsoever
14:14 92:1
whichever
116:22
white
43:23 44:3,10,12,15
134:2,20
wide
9:22
Williams
35:9,12
window
29:22 66:23 67:1,8,20
90:1 122:5,15 123:2
123:3
windows
122:17
wires
159:20
witness
3:3 5:12 57:13 85:20
92:24 95:23 125:16
153:17 154:12 162:1
163:1 166:5
woke
29:6 30:11,19 33:12,15
33:19,21 54:10
wondering
125:24 141:15 150:18
151:2,12
wood
59:9
Woodland
27:14 75:12 76:7,16
94:12

word
8:24 125:5
words
10:17
work
21:8,9 52:2,9 89:9 92:4
103:3 115:11 116:1
147:24
worker
103:11
working
6:4 20:17,21 21:12
23:22 24:5 25:19
115:12,16 150:9,10
World
19:4,6,15 20:5
Worldwide
21:20 23:4 115:13
worst
80:5
wound
152:6
Wow
61:5
wrap
63:6 76:11
wrapped
60:2,4 74:9,23 77:1
90:13
wraps
45:10
written
14:24 136:9
wrong
101:21 110:6 147:21
148:4,6

**X**

X
3:1,14 161:15,15

**Y**

Y
161:14
yard
122:12
yeah
44:1 45:5 50:3 62:7
73:4,14 76:24 78:15
81:20 83:10,11,17
84:7 85:20 91:3 95:8
101:1 102:20 103:4
116:17 117:8 119:14
132:4 137:16 138:13
141:20 144:13,20
158:18 161:2,13
year
18:3 23:13 25:14 37:2
79:15,19 80:24 81:2
81:13,15 82:4 109:9
144:11 146:9 152:11
years
15:9 17:22 18:13,16
25:1 26:8 27:1,2,8
41:7,12 82:9 104:11
109:1 128:17 152:13
156:6,14
yellow
161:15
Yep
101:3 155:21

**Z**

ZIP
35:14
zoom
1:17 4:18 6:8 8:6 62:6
72:24 105:10 155:17

**0**

000003
157:3
000011
155:5
000012
155:22

**1**

1:00
124:8,10
1:18
105:24
1:19
106:4
10
9:21,22,22
10:00
30:13
10:45
1:18 4:16
1010
2:11
106
3:9
10th
19:22
11
47:15 110:10 146:5,8
146:11
11:00
30:13
11:45
48:17
11:54
48:21
12/18/98
15:19 161:16
12:45
86:17
12:47
86:21
125
3:10
1261298
166:21
15
97:5 116:5
1515
2:3
153
3:7
154
3:8
1540
2:4
16
17:20 111:8
1600
2:7
1617
2:10
17
24:13,16,21 25:1,24

28:23 29:3 35:2 47:5
51:24 52:8 54:5 78:8
79:16 83:6 139:4
18
17:3,5,7 23:17 27:3,5,8
36:17 109:4
19
1:18 4:15 79:3
19102
2:4
19103
2:8,11,15,20
19121
16:6 40:11
19124
15:23

**2**

2.jpg
87:17
2:18-CV-04079
1:2
2:26
158:19
2:30
158:23
2:34
161:23
2:36
162:2
20
126:21
2000
2:14
2001
2:19
2006(sic)
126:22
2012
16:5
2016
24:13,16,21 25:24
28:23 29:3 34:23
35:1,2,6 36:2 47:4,5
47:16,17 51:19,23,24
52:8,8 54:5 78:8 83:6
107:19 108:3 132:9
133:23 135:19
136:14 139:4
2017
16:9 17:20 18:5,6,9
42:4 79:16 108:7,19
109:11
2018
108:22 109:5
2019
22:5 73:20 86:5 152:20
2020
2:7 21:24 22:3,18
2021
1:18 4:15 79:3
2023
165:16
2046
40:10,14 41:3,17,19
42:8 116:7
21st
26:23
22
15:9
2300

2:15
24
12:18 13:5,10,13

**3**

3.JPG
88:6
3/22/2023
166:23
3:00
25:18 142:9
30
125:23 163:16
3000
2:19
31
88:12
34
88:18

**4**

**5**

5
3:7
5'5
56:15
51008251
161:16
55th
27:14
5SE
31:9 55:23

**6**

6
31:13,24 33:21 34:18
35:24 36:9,18,23
37:4,8,12,17 38:1,2,7
38:7,10 39:3,6,10
45:4 47:22 49:19
50:9,12,17 51:7 52:3
52:6,9,15,19,23 53:3
53:20 55:12 56:5
66:18 99:12 100:21
110:11 127:4,4 130:3
131:8 132:1,8 133:5
133:9,13,18,22
135:23 136:17 137:2
138:14 146:17,24

**7**

7
146:16
7.JPG
88:13
7:00
142:3,8,10
731
15:21 16:4

**8**

8:00
142:3
848
35:13 97:7
87
3:17

**9**

9
86:5
9:00
25:18 124:7,10
911
117:6 118:1
93
3:8
9th
19:21