## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISHYNIQUE MCCOY, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 18-4079 |
| | : | |
| CWORK SOLUTIONS, LP, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of April, 2022, it is **ORDERED** that the Motion for Summary Judgment of Defendant T-Mobile USA (ECF No. 86) is **DENIED**.

      s/ANITA B. BRODY, J.
      ANITA B. BRODY, J.

Copies **VIA ECF**