IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISHYNIQUE MCCOY, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 18-4079 |
| | : | |
| CWORK SOLUTIONS, LP, et al., | : | |
| Defendants. | : | |

# **ORDER**

**AND NOW**, this 28th day of April, 2022, it is **ORDERED** that Plaintiff's Motion for Reconsideration of Order of March 18, 2022 and for Leave to File an Amended Complaint (ECF No. 87) is **DENIED**.

                                                                   s/ANITA B. BRODY, J.
                                                                   ANITA B. BRODY, J.

Copies **VIA ECF**

1